ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
BRIAN E. COCHRAN (286202)
JENNIFER N. CARINGAL (286197)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUNG KYAW SOE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>PROGENITY, INC., et al.,<br><br>                  Defendants. | Case No. 3:20-cv-01683-CAB-AHG<br><br>CLASS ACTION<br><br>PHILLIP MATZ'S NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:    December 1, 2020<br>CTRM:   15A<br>JUDGE:  Hon. Cathy Ann Bencivengo |

4850-0855-5474

|   |   |
|---|---|
| 1 | On October 27 2020, Phillip Matz timely filed a motion for consolidation of |
| 2 | related actions, appointment as lead plaintiff, and approval of his selection of lead |
| 3 | counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the |
| 4 | "PSLRA").  *See* ECF No. 24.  On that date, similar motions were filed by other |
| 5 | members of the putative class in this action.  *See* ECF Nos. 23, 25. |
| 6 | The PSLRA provides a presumption that the "most adequate plaintiff" to |
| 7 | represent the interests of class members is the person or group that, among other |
| 8 | things, has "the largest financial interest in the relief sought by the class" and that |
| 9 | "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil |
| 10 | Procedure."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing |
| 11 | motions and supporting papers provided by the other movants seeking appointment as |
| 12 | lead plaintiff, it appears that Mr. Matz does not possess the "largest financial interest |
| 13 | in the relief sought by the class" as required by the PSLRA.  If the Court determines |
| 14 | that the other lead plaintiff movants with losses larger than Mr. Matz are incapable or |
| 15 | inadequate to represent the class in this litigation, Mr. Matz remains willing and able |
| 16 | to serve as lead plaintiff or as a class representative.  By this Notice of Non- |
| 17 | Opposition, Mr. Matz does not waive his rights to participate and recover as a class |
| 18 | member in this litigation. |

DATED:  November 17, 2020

Respectfully Submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
BRIAN E. COCHRAN
JENNIFER N. CARINGAL
JUAN CARLOS SANCHEZ

s/ Jennifer N. Caringal
---
JENNIFER N. CARINGAL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
jcaringal@rgrdlaw.com
isanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff