**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (FAX)

**ROBBINS GELLER RUDMAN & DOWD LLP**
David C. Walton (167268)
Brian E. Cochran (286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (FAX)
davew@rgrdlaw.com
bcochran@rgrdlaw.com

*Counsel for Plaintiff Aung Kyaw Soe*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No.: 3:20-cv-01683-CAB-AHG |
| | **NOTICE OF VOLUNTARY DISMISSAL** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff Aung Kyaw Soe hereby voluntarily dismisses his claims without prejudice to his ability to participate in this consolidated action as an absent class member.  Mr. Soe's counsel, Frank J. Johnson, of Johnson Fistel, LLP and David C. Walton and Brian E. Cochran of Robbins Geller Rudman & Dowd LLP, are also concurrently filing a Notice of Request for Withdrawal of Counsel in this action.  The class's interests will continue to be represented by Glancy Prongay & Murray LLP, Court-appointed Lead Counsel.

Respectfully submitted,

Dated:  February 3, 2021

**JOHNSON FISTEL, LLP**

By:  */s/ Frank J. Johnson*
FRANK J. JOHNSON

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (FAX)
FrankJ@johnsonfistel.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
David C. Walton (167268)
Brian E. Cochran (286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (FAX)
davew@rgrdlaw.com
bcochran@rgrdlaw.com

*Counsel for Plaintiff Phillip Berry*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

Date:  February 3, 2021

JOHNSON FISTEL, LLP

*/s/ Frank J. Johnson*
FRANK J. JOHNSON

2