BRIAN M. LUTZ, SBN 255976
(*application for admission forthcoming*)
  blutz@gibsondunn.com
JEFFREY S. ROSENBERG
(*pro hac vice application forthcoming*)
  jsrosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
CAROLINE K. MONROY, SBN 329018
  cmonroy@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

MATTHEW W. CLOSE, SBN 188570
  mclose@omm.com
MEG K. LIPPINCOTT, SBN 324713
  mlippincott@omm.com
YUAN (GRACE) ZHONG, SBN 318808
  yzhong@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
  dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone:  212.326.2000

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-CAB-AHG |
| | **DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |
| | Hearing Date:          May 10, 2021 Courtroom: 15A Judge:          Hon. Cathy Ann Bencivengo |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, ALEXANDER K. MIRCHEFF, declare and state as follows:

1.    I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Progenity, Inc. ("Progenity"), Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell in the above-captioned case.  I make this Declaration in support of Defendants' Motion to Dismiss and Request for Judicial Notice, filed concurrently herewith.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.    Attached hereto as **Exhibit A** are excerpts of a true and correct copy of Progenity's Prospectus on Form 424B4, dated June 19, 2020, and filed with the U.S. Securities and Exchange Commission ("SEC") on June 22, 2020.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Yahoo! Finance's record and representation of Progenity's stock price between June 19, 2020, and April 5, 2021, available at https://yhoo.it/3tb4iXe (last accessed Apr. 5, 2021).

4.    Attached hereto as **Exhibit C** is a true and correct copy of Progenity's Form 10-Q, filed with the SEC on August 14, 2020.

5.    Attached hereto as **Exhibit D** are excerpts of a true and correct copy of the Financial Accounting Standards Board's ("FASB") Accounting Standards Codification ("ASC") 105 and 450, available at https://asc.fasb.org (last accessed Apr. 5, 2020).

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration is executed on this 5th day of April, 2021, at Los Angeles, California.

By: _s/ Alexander K. Mircheff_
Alexander K. Mircheff
amircheff@gibsondunn.com

Gibson, Dunn & Crutcher LLP

DECLARATION OF ALEXANDER K. MIRCHEFF
CASE NO. 20CV1683-CAB-AHG

*In re Progenity Securities Litigation*, Case No. 20cv1683-CAG-AHG
**Table of Exhibits Pursuant to Electronic Filing Procedures Section II(k)**

Exhibit A ................................................................................................................1
Exhibit B ..............................................................................................................19
Exhibit C ..............................................................................................................27
Exhibit D ..............................................................................................................32

# EXHIBIT A

**Progenity's Prospectus on Form 424(b)(4) (filed with the SEC on June 22, 2020)**

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-238738

## 6,666,667 Shares

## PROGENITY, INC.

### Common Stock

### $15.00 per share

- Progenity, Inc. is offering 6,666,667 shares.
- The initial public offering price is $15.00 per share.
- Prior to this offering, no public market existed for our shares.
- Nasdaq Global Market trading symbol: "PROG."

**This investment involves risk. See "Risk Factors" beginning on page 16.**

We are an "emerging growth company" as defined under the federal securities laws and, as such, may elect to comply with certain reduced public company reporting requirements in future reports after the completion of this offering. See "Prospectus Summary—Implications of Being an Emerging Growth Company."

|  | Per Share | Total | |
|---|---|---|---|
| Initial public offering price | $15.00 | $ | 100,000,005 |
| Underwriting discount[1] | $ 1.05 | $ | 7,000,000 |
| Proceeds, before expenses, to Progenity, Inc. | $13.95 | $ | 93,000,005 |

[1]  See "Underwriting" beginning on page 213 for additional information regarding underwriting compensation.

*The underwriters have a 30-day option to purchase up to 1,000,000 additional shares of common stock from us at the initial public offering price less the underwriting discount.*

Certain of our existing stockholders, including those affiliated with members of our Board, have agreed to purchase an aggregate of approximately $50 million of shares of our common stock in this offering at the initial public offering price per share and on the same terms as the other purchasers in this offering. The underwriters will receive the same underwriting discount and commissions on these shares of common stock as they will on any other shares of common stock sold to the public in this offering.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved the securities described herein or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of common stock to our investors on or about June 23, 2020.

## Piper Sandler                                     Wells Fargo Securities

## Baird                                                    Raymond James

### BTIG

**The date of this prospectus is June 19, 2020.**

**Exhibit A
Page 2**

**THE OFFERING**

| | |
|---|---|
| Common stock offered by us | 6,666,667 shares. |
| Option to purchase additional shares of common stock | The underwriters have a 30-day option to purchase up to 1,000,000 additional shares of our common stock. |
| Common stock to be outstanding immediately after this offering | 45,163,795 shares (or 46,163,795 shares if the underwriters exercise in full their option to purchase the additional shares of our common stock). |
| Use of proceeds | We expect that our net proceeds from this offering will be approximately $89.0 million, after deducting the underwriting discounts and commissions and estimated offering expenses payable by us. We intend to use the proceeds of this offering to support our operations, to invest in our molecular testing research and development program, to invest in research and development with respect to our precision medicine platform, and for working capital and general corporate purposes. See "Use of Proceeds" for additional information. |
| Risk factors | You should carefully read and consider the information set forth in "Risk Factors," together with all of the other information set forth in this prospectus, before deciding whether to invest in our common stock. |
| Nasdaq Global Market symbol | "PROG" |

The number of shares of common stock to be outstanding after this offering (i) is based on 35,712,214 shares of our common stock (including shares of our preferred stock outstanding on an as-converted basis) outstanding as of March 31, 2020, (ii) includes 19,994 shares of our common stock issued subsequent to March 31, 2020, (iii) includes 719,398 shares of our common stock (on an as-converted basis) issuable upon the conversion of 4,444,444 shares of our Series B Preferred Stock issued subsequent to March 31, 2020, (iv) includes 2,045,522 shares of our common stock issuable pursuant to an adjustment in the conversion rate of all of our shares of Series B Preferred Stock outstanding as of the date hereof that occurs when the public offering price per share of common stock is less than $16.68, based on the public offering price of $15.00, and (v) excludes the following:

- 3,678,520 shares of our common stock issuable upon the exercise of stock options outstanding as of March 31, 2020 under our 2011 Incentive Stock Plan, Second Amended and Restated 2012 Stock Plan, 2015 Consultant Stock Plan, and Third Amended and Restated 2018 Equity Incentive Plan, or the 2018 Plan, at a weighted average exercise price of $7.90 per share;

**SUMMARY CONSOLIDATED FINANCIAL DATA**

The following summary consolidated statement of operations data for the years ended December 31, 2018 and 2019 are derived from our audited consolidated financial statements included elsewhere in this prospectus. The following summary consolidated statement of operations data for the three months ended March 31, 2019 and 2020 and the summary consolidated balance sheet data as of March 31, 2020 are derived from our unaudited interim condensed consolidated financial statements included elsewhere in this prospectus. Our unaudited interim condensed consolidated financial statements were prepared on the same basis as our audited consolidated financial statements and, in our opinion, reflect all adjustments, consisting only of normal recurring adjustments, that are necessary for the fair statement of our unaudited interim condensed consolidated financial statements.

The historical results presented below are not necessarily indicative of the results to be expected for any future period, and our interim results are not necessarily indicative of the results to be expected for the full year or any future period. This information should be read in conjunction with "Risk Factors," "Capitalization," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Selected Consolidated Financial Data," and our financial statements and the related notes included elsewhere in this prospectus. Our financial statements are prepared in accordance with generally accepted accounting principles in the United States, or GAAP.

| | Year Ended December 31, | | Three Months Ended March 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2019 | 2020 |
| | (in thousands, except share and per share data) | | (in thousands, except share and per share data) (unaudited) | |
| Revenue | $ 127,974 | $ 143,985 | $ 47,507 | $ 16,828 |
| Cost of sales | 92,076 | 100,492 | 24,421 | 26,570 |
| Gross profit | 35,898 | 43,493 | 23,086 | (9,742) |
| Operating expenses: | | | | |
| Research and development | 48,712 | 63,400 | 15,248 | 11,240 |
| Selling and marketing | 50,187 | 58,888 | 15,567 | 14,436 |
| General and administrative | 51,238 | 61,324 | 14,278 | 17,108 |
| Total operating expenses | 150,137 | 183,612 | 45,093 | 42,784 |
| Loss from operations | (114,239) | (140,119) | (22,007) | (52,526) |
| Interest expense | (9,091) | (9,199) | (2,269) | (2,302) |
| Equity loss of equity method investee | (2,327) | — | — | — |
| Interest and other income, net | 1,801 | 575 | 257 | (20) |
| Loss before taxes | (123,856) | (148,743) | (24,019) | (54,848) |
| Income tax expense (benefit) | 5,250 | (706) | — | (37,696) |
| Net loss | $ (129,106) | $ (148,037) | $ (24,019) | $ (17,152) |
| Dividend paid to preferred stockholders | — | (3,652) | (3,652) | — |
| Stock dividend on exchange of Series A-1 for Series B Preferred Stock | — | (27,637) | — | — |
| Stock dividend on Series B Preferred Stock | — | (49,501) | — | — |
| Net loss attributable to common stockholders | $ (129,106) | $ (228,827) | $ (27,671) | $ (17,152) |
| Net loss per share attributable to common stockholders, basic and diluted | $ (27.72) | $ (46.87) | $ (5.88) | $ (3.43) |
| Weighted average number of shares outstanding, basic and diluted | 4,657,337 | 4,882,662 | 4,705,641 | 4,993,393 |
| Pro forma loss per share, basic and diluted (unaudited)(1) | | $ (5.49) | | $ (0.49) |
| Pro forma weighted average shares outstanding, basic and diluted (unaudited)(1) | | 26,961,445 | | 35,063,069 |

(1) See Notes 2 and 13 to our audited consolidated financial statements and Notes 2 and 13 to our unaudited condensed consolidated financial statements included elsewhere in this prospectus for an explanation of the method used to calculate our net loss per share attributable to common stockholders, basic and diluted; pro forma net loss attributable to common stockholders, basic and diluted; and the weighted average shares used in the computation of these per share amounts.

**Exhibit A**
**Page 4**

## RISK FACTORS

*Investing in our common stock involves a high degree of risk. You should carefully consider the risks and uncertainties described below, together with all of the other information in this prospectus, including our financial statements and related notes, before deciding whether to purchase shares of our common stock. If any of the following risks actually occurs, our business, financial condition, operating results, reputation, and prospects could be materially and adversely affected. In that event, the price of our common stock could decline and you could lose part or all of your investment. Additional risks not presently known to us, or that we presently deem immaterial, may also negatively impact us.*

**Risks Related to Our Business and Industry**

*The recent and ongoing COVID-19 pandemic could materially affect our operations, as well as the business or operations of third parties with whom we conduct business. Our business could be adversely affected by the effects of other future health epidemics or pandemics in regions where we or third parties on which we rely have significant business operations.*

Our business and its operations, including but not limited to our laboratory operations, sales and marketing efforts, supply chain operations, research and development activities, and fundraising activities, could be adversely affected by health epidemics in regions where we have business operations, and such health epidemics could cause significant disruption in the operations of third parties upon whom we rely. For example, in December 2019, a novel strain of coronavirus, SARS-CoV-2, causing a disease referred to as COVID-19, was reported to have surfaced in Wuhan, China. Since then, COVID-19 has spread to other countries and throughout the United States. In March 2020, the World Health Organization declared the COVID-19 outbreak a pandemic, and the U.S. government imposed restrictions on travel between the United States, Europe, and certain other countries. Further, the President of the United States declared the COVID-19 pandemic a national emergency. Since March 2020, numerous state and local jurisdictions, including the jurisdictions where our headquarters and laboratories are located, have imposed, and others in the future may impose, quarantines, shelter-in-place orders, executive, and similar government orders for their residents to control the spread of COVID-19. The State of California, the State of Michigan, and the State of Texas have each commenced their re-opening processes based on state and local government orders.

In response to these public health directives and orders, we have implemented work-from-home policies for substantially all of our employees. The effects of the executive orders, the shelter-in-place orders, and our work-from-home policies may negatively impact productivity, disrupt our business, and delay our preclinical and clinical programs and timelines, the magnitude of which will depend, in part, on the length and severity of the restrictions and other limitations on our ability to conduct our business in the ordinary course. These and similar, and perhaps more severe, disruptions in our operations could negatively impact our business, operating results and financial condition. We continue to monitor state and local quarantine, shelter-in-place, executive, and similar government orders and have begun reopening our offices to allow employees to return to the office, as needed, in accordance with our reopening plan, which is based on a phased approach that is appropriately tailored for each of our offices, with a focus on employee safety and optimal work environment.

Quarantines, shelter-in-place, executive, and similar government orders, or the perception that such orders, shutdowns or other restrictions on the conduct of business operations could occur, related to COVID-19 or other infectious diseases, could impact personnel at third-party manufacturing facilities in the United States and other countries, or the availability or cost of materials we use or require to conduct our business, including product development, which would disrupt our supply chain. In particular, some of our suppliers of certain materials used in our laboratory operations and research and development activities are located in areas that are subject to executive orders and shelter-in-place orders. While many

16

**Exhibit A**
**Page 5**

- the FDA or other U.S. or foreign regulatory or legislative bodies may adopt new regulations or policies or take other actions that impose significant restrictions on our ability to market our products.

If the market and our market share for our women's health-related NIPT and carrier screening products fail to grow or grow more slowly than expected, our business, operating results, and financial condition would be adversely affected.

*We have incurred losses in the past, and we may not be able to achieve or sustain profitability in the future.*

In the future, we expect to incur significant costs in connection with the development, approval, and commercialization of enhanced, improved, or new products. Even if we succeed in creating such products from these investments, those innovations still may fail to result in commercially successful products.

Other than revenues from our molecular testing business, we do not expect to generate revenues from other sources in the immediate future. It is possible that we will not generate sufficient revenue from the sale of our products to cover our costs, including research and development expenses related to furthering our product pipeline, and achieve or sustain profitability. Since we or any collaborators or licensees may not successfully develop additional products, obtain required regulatory authorizations, manufacture products at an acceptable cost or with appropriate quality, or successfully market and sell such products with desired margins, our expenses may continue to exceed any revenues we may receive. Our operating expenses also will increase as and if, among other things:

- our earlier-stage product candidates move into later-stage clinical development, which is generally more expensive than early-stage development;

- additional technologies or products are selected for development;

- we pursue development of our molecular tests or other product candidates for new uses;

- we increase the number of patents we are prosecuting or otherwise expend additional resources on patent prosecution or defense; or

- we acquire or in-license additional technologies, product candidates, products, or businesses.

*We operate in a highly competitive business environment.*

The industries in which we operate are highly competitive and require an ongoing, extensive search for technological innovation. They also require, among other things, the ability to effectively develop, test, commercialize, market, and promote products, including communicating the effectiveness, safety, and value of products to actual and prospective healthcare providers. Other competitive factors in our industries include quality and price, product technology, reputation, customer service, and access to technical information.

Our women's health-related NIPT and carrier screening tests are molecular tests, which are used by obstetricians and gynecologists, maternal fetal medicine specialists, and *in vitro* fertilization specialists. The principal competition for our NIPT and carrier screening tests comes from existing testing methods, technologies, and products, including other molecular NIPT and carrier screening tests offered by our competitors. The molecular testing field is characterized by rapid technological changes, frequent new product introductions, changing customer preferences, emerging competition, evolving industry standards, reimbursement uncertainty, and price competition. Many companies in this market are offering, or may soon offer, products and services that compete with our tests, in some cases at a lower cost than ours, and healthcare providers may choose to recommend the tests of our competitors. Moreover, established, traditional first-line testing prenatal methods, such as serum protein

19

Table of Contents

A CNV is a genetic mutation in which a segment of the genome has been deleted or duplicated, including microdeletions in which a small segment of a chromosome is deleted. The International Society for Prenatal Diagnosis has issued guidelines that are supportive of performing NIPT in average-risk pregnancies, as well as high-risk pregnancies. The American College of Medical Genetics, or ACMG, has also provided support for the use of NIPT in the general population. However, the Society for Maternal Fetal Medicine, or SMFM, has issued guidelines for NIPT stating that, while all pregnant women should be informed of the option to receive NIPT, conventional screening methods, such as traditional serum screening, rather than NIPT, remain the most appropriate choice for first-line screening for average-risk pregnancies. Therefore, while we expect the ACOG and SMFM guidelines to result in an increase in the number of average-risk women who are informed of NIPT and that may request it as a result, not all third-party payors reimburse for NIPT for these average-risk patients.

Currently, Aetna, UnitedHealthcare, and a number of other third-party payors have negative coverage determinations for NIPT in average-risk patient populations, meaning that their policy is not to reimburse for NIPT for patients in the average-risk or general population. The SMFM guidelines also echoed a previous statement from SMFM that routine screening for microdeletions should not be performed. Many third-party payors do not cover microdeletions screening. We have experienced, and may continue to experience, a negative impact on third-party payors' coverage for Innatal for microdeletions, at least until additional validation data on the sensitivity and specificity of our tests becomes available. We may not be able to obtain positive coverage determinations for our tests. If third-party payors do not reimburse for NIPT for average-risk pregnancies or microdeletions in the future, our operating results would be adversely affected, particularly to the extent that we continue to perform large volumes of tests for which third-party payors do not cover.

*New reimbursement methodologies applicable to our tests, including new CPT codes, may decrease reimbursement rates from third-party payors.*

In the United States, the American Medical Association, or AMA, generally assigns specific billing codes for laboratory tests under a coding system known as Current Procedure Terminology, or CPT, which we and our ordering healthcare providers must use to bill and receive reimbursement for our molecular tests. Once the CPT code is established, CMS establishes payment levels and coverage rules under Medicare while private payors independently establish rates and coverage rules. A CPT code specific to NIPT for aneuploidies was implemented, effective January 1, 2015, and a CPT code for microdeletions was implemented, effective January 1, 2017. CMS has established a pricing benchmark of $802 for aneuploidy and microdeletions testing. However, our microdeletions reimbursement has decreased under this new code because third-party payors are declining to reimburse under this new code or reimbursing at a much lower rate than we had previously received. Furthermore, we cannot guarantee that we will be able to negotiate favorable rates for this code or receive reimbursement at all if we are unable to collect and publish additional data and obtain positive coverage determinations for Innatal for microdeletions. In addition, effective January 1, 2019, the AMA approved the use of a CPT code for expanded carrier screening tests, which may similarly cause reimbursement for our Preparent expanded carrier screening tests to decline. We do not currently have assay-specific CPT codes assigned for all of our tests, and there is a risk that we may not be able to obtain such codes or, if obtained, we may not be able to negotiate favorable rates for such codes.

We currently submit for reimbursement using CPT codes based on the guidance of outside coding experts and legal counsel. There is a risk that the codes we currently submit may be rejected or withdrawn or that third-party payors will seek refunds of amounts that they claim were inappropriately billed based on either the CPT code used, or the number of units billed. In addition, third-party payors may not establish positive coverage policies for our tests or adequately reimburse for any CPT code we may use, or seek recoupment for testing previously performed, which have occurred in the past.

49

**Exhibit A**
**Page 7**

## SELECTED CONSOLIDATED FINANCIAL DATA

The following tables set forth selected historical consolidated financial data as of and for the periods indicated. The historical consolidated statement of operations data for the years ended December 31, 2018 and 2019 and the consolidated balance sheet data as of December 31, 2018 and 2019 are derived from our audited consolidated financial statements included elsewhere in this prospectus. The historical consolidated statement of operations data for the three months ended March 31, 2019 and 2020 and the consolidated balance sheet data as of March 31, 2020 are derived from our unaudited interim condensed consolidated financial statements included elsewhere in this prospectus. Our unaudited interim condensed consolidated financial statements were prepared on the same basis as our audited consolidated financial statements and, in our opinion, reflect all adjustments, consisting only of normal recurring adjustments, that are necessary for the fair statement of our unaudited interim condensed consolidated financial statements.

The historical results presented below are not necessarily indicative of the results to be expected for any future period, and our interim results are not necessarily indicative of the results to be expected for the full year or any future period. This information should be read in conjunction with "Risk Factors," "Capitalization," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and our financial statements and the related notes included elsewhere in this prospectus. Our financial statements are prepared in accordance with GAAP.

| | Year Ended December 31, | | Three Months Ended March 31, | |
| | 2018 | 2019 | 2019 | 2020 |
| | (in thousands, except share and per share data) | | (in thousands, except share and per share data) (unaudited) | |
|---|---|---|---|---|
| Revenue | $ 127,974 | $ 143,985 | $ 47,507 | $ 16,828 |
| Cost of sales | 92,076 | 100,492 | 24,421 | 26,570 |
| Gross profit | 35,898 | 43,493 | 23,086 | (9,742) |
| Operating expenses: | | | | |
| Research and development | 48,712 | 63,400 | 15,248 | 11,240 |
| Selling and marketing | 50,187 | 58,888 | 15,567 | 14,436 |
| General and administrative | 51,238 | 61,324 | 14,278 | 17,108 |
| Total operating expenses | 150,137 | 183,612 | 45,093 | 42,784 |
| Loss from operations | (114,239) | (140,119) | (22,007) | (52,526) |
| Interest expense | (9,091) | (9,199) | (2,269) | (2,302) |
| Equity loss of equity method investee | (2,327) | — | — | — |
| Interest and other income, net | 1,801 | 575 | 257 | (20) |
| Loss before taxes | (123,856) | (148,743) | (24,019) | (54,848) |
| Income tax expense (benefit) | 5,250 | (706) | — | (37,696) |
| Net loss | $ (129,106) | $ (148,037) | $ (24,019) | $ (17,152) |
| Dividend paid to preferred stockholders | — | (3,652) | (3,652) | — |
| Stock dividend on exchange of Series A-1 for Series B Preferred Stock | — | (27,637) | — | — |
| Stock dividend on Series B Preferred Stock | — | (49,501) | — | — |
| Net loss attributable to common stockholders | $ (129,106) | $ (228,827) | $ (27,671) | $ (17,152) |
| Net loss per share attributable to common stockholders, basic and diluted | $ (27.72) | $ (46.87) | $ (5.88) | $ (3.43) |
| Weighted average number of shares outstanding, basic and diluted | 4,657,337 | 4,882,662 | 4,705,641 | 4,993,393 |
| Pro forma loss per share, basic and diluted (unaudited)(1) | | $ (5.49) | | $ (0.49) |
| Pro forma weighted average shares outstanding, basic and diluted (unaudited)(1) | | 26,961,445 | | 35,063,069 |

(1) See Notes 2 and 13 to our audited consolidated financial statements and Notes 2 and 13 to our unaudited condensed consolidated financial statements included elsewhere in this prospectus for an explanation of the method used to calculate our net loss per share attributable to common stockholders, basic and diluted; pro forma net loss attributable to common stockholders, basic and diluted; and the weighted average shares used in the computation of these per share amounts.

**Exhibit A**
**Page 8**

Table of Contents

| Percentage of Revenue Data: | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2020 |
| | (unaudited) | |
| Revenue | 100% | 100% |
| Cost of sales | 51 | 158 |
| Gross profit (loss) | 49 | (58) |
| Operating expenses: | | |
| Research and development | 32 | 67 |
| Selling and marketing | 33 | 86 |
| General and administrative | 30 | 102 |
| Total operating expenses | 95 | 254 |
| Loss from operations | (46) | (312) |
| Interest expense | (5) | (14) |
| Interest and other income (expense), net | 1 | — |
| Loss before taxes | (51) | (326) |
| Income tax benefit | — | (224) |
| Net loss | (51)% | (102)% |

*Revenue*

| | Three Months Ended March 31, | | Increase/ | % Change |
| --- | --- | --- | --- | --- |
| | 2019 | 2020 | (Decrease) | |
| | (in thousands) (unaudited) | | | |
| Revenue | $47,507 | $16,828 | $(30,679) | (64.6%) |

Revenue was $16.8 million for the three months ended March 31, 2020 compared to $47.5 million for the three months ended March 31, 2019, a decrease of $30.7 million, or 64.6%. During the three months ended March 31, 2020 and 2019, revenue was reduced by $13.4 million and $0.5 million, respectively, for accruals for reimbursement claims and settlements with payors. The accrual for the three months ended March 31, 2020 includes an accrual for $13.2 million related to the settlement with the DOJ and the participating State AGs.

The $30.7 million decrease in revenue was primarily due to an increase in accruals for reimbursement claims and settlements with payors of $12.9 million, which are recognized as reductions in revenue, during the three months ended March 31, 2020 compared to the three months ended March 31, 2019. The remainder of the decrease is related to rate degradation due to payor policy changes.

*Cost of Sales*

| | Three Months Ended March 31, | | Increase/ | % Change |
| --- | --- | --- | --- | --- |
| | 2019 | 2020 | (Decrease) | |
| | (in thousands) (unaudited) | | | |
| Cost of sales | $24,421 | $26,570 | $ 2,149 | 8.8% |

97

**Exhibit A**
**Page 9**

Table of Contents

**Off-Balance Sheet Arrangements**

As of December 31, 2019, we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities, that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Quantitative and Qualitative Disclosures about Market Risk**

We are exposed to market risks in the ordinary course of our business.

*Interest Rate Risk*

Our exposure to risks related to interest rates is minimal. The interest rates for most of our indebtedness, including under our Credit Agreement and our equipment financing facility, are fixed rates. Our Ann Arbor mortgage with an initial principal amount of $1.8 million has a floating interest rate of 2.94% plus a floating rate at LIBOR. Such interest-bearing instruments carry a degree of risk; however, we have not been exposed to, nor do we anticipate being exposed to, material risks due to changes in interest rates. A hypothetical 10% change in interest rates during any of the periods presented would not have had a material impact on our financial statements.

Our cash and cash equivalents consist primarily of highly liquid investments in money market funds and cash on hand and have an original maturity date of 90 days or less. The fair value of our cash and cash equivalents would not be significantly affected by either an increase or decrease in interest rates due mainly to the short-term nature of these instruments.

*Foreign Currency Risk*

Our operations are currently conducted primarily in the United States. As we expand internationally, our results of operations and cash flows may become subject to fluctuations due to changes in foreign currency exchange rates. In periods when the U.S. dollar declines in value as compared to the foreign currencies in which we incur expenses, our foreign-currency based expenses will increase when translated into U.S. dollars. In addition, future fluctuations in the value of the U.S. dollar may affect the price at which we sell our tests outside the United States. To date, our foreign currency risk has been minimal and we have not historically hedged our foreign currency risk; however, we may consider doing so in the future.

**Critical Accounting Policies and Significant Judgments and Estimates**

Our management's discussion and analysis of our financial condition and results of operations is based on our financial statements, which have been prepared in conformity with GAAP. The preparation of financial statements in accordance with GAAP requires management to make estimates and assumptions about future events that affect the amounts of assets and liabilities reported, disclosures about contingent assets and liabilities, and reported amounts of revenue and expenses. These estimates and assumptions are based on management's best estimates and judgment. Management regularly evaluates its estimates and assumptions using historical experience and other factors; however, actual results could differ materially from these estimates and could have an adverse effect on our financial statements. While our significant accounting policies are more fully described in the notes to our financial statements elsewhere in this prospectus, we believe that the accounting policies discussed below are most critical to understanding and evaluating our historical and future performance.

110

**Exhibit A
Page 10**

Table of Contents

*Revenue Recognition*

Revenue is primarily derived from providing molecular laboratory tests to customers. We invoice and collect from third-party payors, laboratory services intermediaries, and self-paying individuals. Third-party payors include commercial payors, such as health insurance companies, health maintenance organizations and government payors, such as Medicare and Medicaid in the United States. We bill for these tests rendered upon completion of the testing process and delivery of test results to the customer.

We adopted the new revenue recognition guidance, ASC Topic 606, *Revenue from Contracts with Customers*, or ASC 606, on January 1, 2019 using the modified retrospective transition method. The transition method was applied to all contracts that were not yet complete as of January 1, 2019. The cumulative impact of adoption was recorded as an adjustment of $23.7 million to increase the opening balance of accounts receivable and decrease accumulated deficit as of January 1, 2019. Results for reporting periods beginning after January 1, 2019 are presented under ASC 606, while prior period amounts have not been adjusted and continue to be reported in accordance with our historical accounting policy under ASC Topic 605, *Revenue Recognition*.

In accordance with ASC 606, we follow a five-step process to recognize revenue: (i) identify the contract with the customer; (ii) identify the performance obligations; (iii) determine the transaction price; (iv) allocate the transaction price to the performance obligations; and (v) recognize revenue when the performance obligations are satisfied. We have evaluated our contracts with healthcare insurers, government payors, laboratory partners, and patients and identified a single performance obligation in those contracts, the delivery of a test result. We satisfy our performance obligation at a point in time upon the delivery of the test result, at which point control is transferred to the customer, and we can bill for the tests. The amount of revenue recognized reflects the amount of consideration to which we expect to be entitled, or the transaction price, and considers the effects of variable consideration, which is discussed below.

Prior to 2019, we recognized the majority of our revenue from contracts involving third-party payors upon receipt of cash due to limited historical experience and uncertainty in determining the amount of revenue and timing of collections. Effective January 1, 2019, in accordance with ASC 606, the total consideration we expect to collect from insurance carriers, clinics, and patients in exchange for the tests accessioned is recognized in the period in which our tests are performed and reported to customers.

The transaction price is an estimate and may be fixed or variable. Variable consideration includes reimbursement from healthcare insurers, government payors, and patients and is adjusted for estimates of disallowed cases, discounts, and refunds using the expected value approach. Tests billed to healthcare insurers and directly to patients can take up to six months to collect and we may be paid less than the full amount billed or not be paid at all. For insurance carriers and government payors, we utilize the expected value approach using a portfolio of relevant historical data for payors with similar reimbursement experience. The portfolio estimate is developed using historical reimbursement data from payors and patients, as well as known current reimbursement trends not reflected in the historical data. Such variable consideration is included in the transaction price only to the extent it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainties with respect to the amount are resolved. We monitor these estimates at each reporting period based on actual cash collections in order to assess whether a revision to the estimate is required. Both the initial estimate and any subsequent revision to the estimate contain uncertainty and require the use of judgment in the estimation of the transaction price and application of the constraint for variable consideration. If actual results in the future vary from our estimates, we will adjust these estimates, which would affect revenue and earnings in the period such variances become known. The consideration expected from laboratory partners is generally a fixed amount.

Table of Contents

observed by maternal-fetal medicine providers (20%), prevalence observed by OB/GYNs (10%), and prevalence observed in the general population (2.7%).

**Table 2: Preeclampsia Rule-Out Test Optimization[1]**

| Test Population | Sensitivity | Specificity | NPV |
|---|---|---|---|
| Intended Use Population (30.0% Prevalence) | 91.0 (78.1, 96.5) | 79.9 (75.0, 84.1) | 95.2 (91.8, 97.5) |
| Intended Use Population (20.0% Prevalence) | 91.0 (78.1, 96.5) | 79.9 (75.0, 84.1) | 97.1 (94.2, 98.8) |
| Intended Use Population (10.0% Prevalence) | 91.0 (78.1, 96.5) | 79.9 (75.0, 84.1) | 98.6 (96.1, 99.4) |
| Intended Use Population (2.7% Prevalence) | 91.0 (78.1, 96.5) | 79.9 (75.0, 84.1) | 99.6 (97.7, 100) |

[1] Targets: NPV ≥ 95.5%; Sensitivity ≥ 90.0%; Specificity ≥ 80.0%

We have secured the clinical verification and validation sample sets for our preeclampsia test and we are in the process of processing and analyzing these samples for verification purposes. We expect to complete verification of our preeclampsia test in the fourth quarter of 2020 and validation in the first quarter of 2021. If successfully developed, we anticipate a targeted commercial launch of this product in the second quarter of 2021. However, we cannot predict whether the COVID-19 pandemic or other factors will impact the timing of our commercial launch. For example, see "Risk Factors—The recent and ongoing COVID-19 pandemic could materially affect our operations, as well as the business or operations of third parties with whom we conduct business. Our business could be adversely affected by the effects of other future health epidemics or pandemics in regions where we or third parties on which we rely have significant business operations." We may also explore various alternatives for future iterations of the test, including different target gestational ages.

*Market Opportunity*

According to the Preeclampsia Foundation, preeclampsia occurs in 5% to 8% of pregnancies in the United States and is one of the leading causes of premature birth and maternal and neonatal morbidity and mortality. Based on our estimates, annually, over 700,000 pregnant women in the United States experience signs and symptoms that could be attributed to preeclampsia. In addition, due to poor screening tools, we estimate that the number of pregnant women monitored for preeclampsia is four times greater than the number affected. An estimated 18% of maternal deaths in the United States are directly associated with preeclampsia or eclampsia. The rate of preeclampsia in the United States has increased by about 25% in the last two decades, consistent with increases in preeclampsia risk factors such as obesity, maternal age, and diabetes in the population. The only consensus treatment is early delivery of the infant, regardless of gestational age. According to a study published by the American Journal of Obstetrics and Gynecology, the annual cost burden of preeclampsia to the U.S. healthcare system is estimated to be approximately $1.03 billion for mothers and $1.15 billion for infants. We believe the total addressable market of our preeclampsia test is approximately $3 billion dollars per year in the United States alone.

*Other Opportunities*

In response to the COVID-19 pandemic, the Avero Diagnostics laboratory is providing molecular testing for diagnosing COVID-19. The test is run on the Hologic Panther platform using the transcription-mediated amplification version of Hologic's SARS-CoV-2 assay, which received emergency use authorization from the FDA.

126

**Exhibit A**
**Page 12**

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. Organization and Description of Business**

Progenity, Inc. and subsidiaries (the "Company" or "Progenity"), a Delaware corporation, commenced operations in 2010 with its corporate office located in San Diego, California. Progenity's primary operations include a licensed Clinical License Improvement Amendment ("CLIA") and College of American Pathologists ("CAP") certified laboratory located in Michigan specializing in the molecular testing markets serving women's health providers in the obstetric, gynecological, fertility, and maternal fetal medicine specialty areas in the United States.

The Company has expertise in the national reference laboratory, clinical genetics, laboratory molecular testing, and biotechnology markets. Distribution is managed by a dedicated women's health physician sales force and a field operations team who support all logistical functions in receiving clinical samples to the laboratory for analysis.

The Company's core business is focused on the prenatal carrier screening and noninvasive prenatal test market, targeting preconception planning, and routine pregnancy management for genetic disease risk assessment.

Through its affiliation with Mattison Pathology, LLP ("Mattison"), a Texas limited liability partnership doing business as Avero Diagnostics ("Avero"), located in Lubbock and Dallas, Texas, the Company's operations have expanded to provide anatomic and molecular pathology testing products in the United States.

*Liquidity*

As of December 31, 2019, the Company had cash and cash equivalents of $33.0 million and an accumulated deficit of $348.5 million. For the year ended December 31, 2019, the Company also had a net loss of $148.0 million and cash used in operations of $106.1 million. The Company's primary sources of capital have been private placements of preferred stock and incurrence of debt. As of December 31, 2019, the Company had a $75.0 million term loan outstanding with a private equity firm (see Note 7), and mortgages outstanding of $3.3 million (see Note 8). Management does not believe that the current available cash and cash equivalents will be sufficient to fund the Company's planned expenditures and meet its obligations for at least 12 months following the financial statement issuance date without raising additional funding. As a result, there is substantial doubt about the Company's ability to continue as a going concern for the twelve months following the issuance date of the consolidated financial statements for the year ended December 31, 2019.

The Company's ability to continue as a going concern is dependent upon its ability to raise additional funding. Management intends to raise additional capital through equity offerings and/or debt financings. Adequate funding, if needed, may not be available to the Company on acceptable terms, or at all. If the Company is unable to raise capital when needed or on attractive terms, it would be forced to delay, reduce, or eliminate its research and development programs or other operations. If any of these events occur, the Company's ability to achieve its operational goals would be adversely affected.

**2. Summary of Significant Accounting Policies**

*Basis of Presentation*

The Company's financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("GAAP") and include the accounts of Progenity, Inc., its wholly owned subsidiaries, and an affiliated professional partnership with Avero with respect to

F-7

**Exhibit A**
**Page 13**

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**

which the Company currently has a specific management arrangement. The Company has determined that Avero is a variable interest entity and that the Company is the primary beneficiary resulting in the consolidation of Avero as required by the accounting guidance for consolidation. All significant intercompany balances and transactions have been eliminated in consolidation (see Note 3).

There have been no material changes in the Company's significant accounting policies, other than the adoption of Financial Accounting Standards Board ("FASB") Accounting Standards Update ("ASU") No. 2014-09 *Revenue from Contracts with Customers* ("ASC 606"), described below.

*Use of Estimates*

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Significant items subject to such estimates include the estimate of variable consideration in connection with the recognition of revenue, the valuation of Series B preferred stock, the valuation of stock options, the valuation of goodwill and intangible assets, accrual for reimbursement claims and settlements, assessing future tax exposure and the realization of deferred tax assets, the useful lives, and the recoverability of property and equipment. The Company bases these estimates on historical and anticipated results, trends, and various other assumptions that the Company believes are reasonable under the circumstances, including assumptions as to future events. These estimates form the basis for making judgments about the carrying values of assets and liabilities and recorded revenues and expenses that are not readily apparent from other sources. Actual results could differ from those estimates and assumptions.

*Operating Segments*

Operating segments are identified as components of an enterprise about which separate discrete financial information is available for evaluation by the chief operating decision maker or decision-making group in making decisions on how to allocate resources and assess performance. The Company views its operations and manages its business as one operating segment. All revenues are attributable to U.S.-based operations and all assets are held in the United States.

*Revenue Recognition*

Revenue is recognized in accordance with FASB Accounting Standards Codification ("ASC") Topic 606, *Revenue from Contracts with Customers* ("ASC 606"). The Company adopted ASC 606 with an initial application date of January 1, 2019 using the modified retrospective method, as discussed under *Recent Accounting Pronouncements Adopted* below. In accordance with ASC 606, the Company follows a five-step process to recognize revenues: 1) identify the contract with the customer, 2) identify the performance obligations, 3) determine the transaction price, 4) allocate the transaction price to the performance obligations and 5) recognize revenues when the performance obligations are satisfied.

Revenue is primarily derived from providing molecular testing products, which are reimbursed through arrangements with third-party payors, laboratory distribution partners, and amounts from individual patients. Third-party payors include commercial payors, such as health insurance companies, health maintenance organizations and government health benefit programs such as Medicare and Medicaid. The Company's contracts generally contain a single performance obligation, which is the delivery of the test results, and the Company satisfies its performance obligation at a point in time upon the delivery of the results, which then triggers the billing for the product. The amount of revenue recognized reflects the

F-8

**Exhibit A**
**Page 14**

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**

of common stock and related per share amounts contained in the accompanying consolidated financial statements have been retroactively adjusted to reflect this reverse stock split for all periods presented. The reverse stock split resulted in an adjustment to the respective Series A and B preferred stock conversion prices to reflect a proportional decrease in the number of shares of common stock to be issued upon conversion.

**16. Events (Unaudited) Subsequent to the Date of Report of the Independent Registered Public Accounting Firm**

On March 31, 2020, in connection with an amendment to our existing credit agreement, which provides for the payment of interest due and payable as of March 31, 2020 and June 30, 2020 in shares of our Series B Preferred Stock, we issued an aggregate of 967,130 shares of our Series B Preferred Stock at a subscription price of $2.25 per share to existing investors as payment for interest due and payable as of March 31, 2020 and all applicable fees.

On April 3, 2020, we issued and sold an aggregate of 4,444,444 shares of our Series B Preferred Stock at a purchase price of $2.25 per share to existing investors in exchange for aggregate consideration of approximately $10.0 million in cash.

In April 2018, we received a civil investigative demand from an Assistant U.S. Attorney for the Southern District of New York and a HIPAA subpoena issued by an Assistant U.S. Attorney for the Southern District of California. In May 2018, we received a subpoena from the State of New York Medicaid Fraud Control Unit. Since that time, we have cooperated with federal civil and criminal investigations, and state civil investigations, regarding discontinued legacy billing practices for our NIPT and microdeletion tests and the provision of alleged kickbacks or inducements to physicians and patients. The civil investigations also include inquiries about our laboratory licenses, our enrollment in state Medicaid programs, and the laboratories that performed testing for us.

On March 31, 2020, we reached an agreement on the monetary terms with the Department of Justice (the "DOJ") and the State of New York (with the State of New York Attorney General representing or facilitating the interests of all States participating in the settlement (collectively, the "State AGs")) with respect to relevant government health benefit programs to resolve all of the government's outstanding civil and criminal investigations, including the investigations by the U.S. Attorney's Office for the Southern District of California and the U.S. Attorney's Office for the Southern District of New York, as well as the investigation by the State AGs. The terms of this agreement in principle contemplate that we will enter into a civil settlement agreement providing that we will pay $8.0 million upon entering into the settlement, $4.0 million in December 2020, $5.0 million in December 2021, $7.0 million in December 2022, $8.0 million in December 2023, $9.0 million in December 2024, and $8.0 million in December 2025 (all of which, other than the initial $8.0 million payment, will also be subject to interest at a rate of 1.25% per annum) for a release of the civil claims and that we will enter into a non-prosecution agreement to resolve all criminal allegations. Those criminal allegations pertain to discontinued legacy billing practices for our NIPT tests. The companion civil settlement agreement is expected to resolve all civil claims involving discontinued legacy billing practices for our NIPT and microdeletion tests as well as other allegations pertaining to the provision of potential kickbacks or inducements to physicians and patients. Other non-financial terms and conditions remain subject to negotiation. The final civil settlement materials are subject to final approval of the Assistant Attorney General at DOJ, a U.S. District Court judge in New York, and any other relevant parties, including any potential whistleblower and the State AGs. We also expect to enter into a corporate integrity agreement with the Department of Health and Human Services Office of Inspector General, which would be expected to impose additional

F-38

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**

compliance, reporting and disclosure obligations, and related costs in the future. The agreement in principle does not cover other potential claims by a potential whistleblower(s), if any, of a nature not covered by the government settlement.

As of December 31, 2019, we had accrued an aggregate of $35.8 million associated with a potential settlement with the DOJ and the participating State AGs within accrued expenses and other current liabilities and as a reduction of revenue as reflected on the consolidated balance sheet of the Company as of December 31, 2019 and consolidated statement of operations for the year ended December 31, 2019. In addition, in the quarter ended March 31, 2020, we expect to accrue an additional $13.2 million with respect to the total amount to be paid under the agreement in principle to the DOJ and the participating State AGs, and additional amounts for any related costs as of and for the quarterly period ended March 31, 2020. Until the final documents are approved and signed, there can be no assurance that the amount we have accrued will be sufficient to cover our obligations relating to this matter. Our obligations could also increase depending on a number of factors, potentially materially, including whether or not the agreement in principle is finalized, the terms of the final approved agreements, the parties to the settlement, the cost of complying with the terms of the settlement, including monitoring fees related to any potential corporate integrity agreement, the costs related to the settlement, and other factors.

F-39

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

disruptions, including the disruption of global supply chains. The COVID-19 pandemic has negatively impacted the global economy, disrupted global supply chains and created significant volatility and disruption of financial markets. The Company has been materially and negatively affected by the COVID-19 pandemic; however, the extent of the impact of the COVID-19 pandemic on the Company's operational and financial performance, including its ability to execute its business strategies and initiatives in the expected time frame, will depend on future developments, including the duration and spread of the pandemic and related restrictions on travel and transports, all of which are uncertain and cannot be predicted. An extended period of global supply chain and economic disruption could materially affect the Company's business, results of operations, access to sources of liquidity and financial condition.

The estimates used for, but not limited to, determining the amount to be collected for accounts receivable, fair value of long-lived assets, and fair value of goodwill could be impacted by the pandemic. While the full impact of COVID-19 is unknown at this time, the Company has made appropriate estimates based on the facts and circumstances available as of the reporting date. These estimates may change as new events occur and additional information is obtained.

**2.    Summary of Significant Accounting Policies**

**Basis of Presentation**

The Company's financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("GAAP") and include the accounts of Progenity, Inc., its wholly owned subsidiaries, and an affiliated professional partnership with Avero with respect to which the Company currently has a specific management arrangement. The Company has determined that Avero is a variable interest entity and that the Company is the primary beneficiary resulting in the consolidation of Avero as required by the accounting guidance for consolidation. All significant intercompany balances and transactions have been eliminated in consolidation (see Note 3).

**Unaudited Interim Financial Information**

The accompanying balance sheet as of March 31, 2020, the statements of operations, the statements of stockholders' deficit and statements of cash flows for the three months ended March 31, 2019 and 2020 are unaudited. The unaudited interim financial statements have been prepared on the same basis as the audited annual financial statements and, in the opinion of management, reflect all adjustments, which include only normal recurring adjustments, necessary for the fair statement of the Company's financial position as of March 31, 2020 and the results of its operations and its cash flows for the three months ended March 31, 2019 and 2020. The financial data and other information disclosed in these notes related to the three months ended March 31, 2019 and 2020 are also unaudited. The results for the three months ended March 31, 2020 are not necessarily indicative of results to be expected for the year ending December 31, 2020, any other interim periods, or any future year or period. The balance sheet as of December 31, 2019 included herein was derived from the audited financial statements as of that date. Certain disclosures have been condensed or omitted from the interim financial statements. These financial statements should be read in conjunction with the Company's audited financial statements included elsewhere in this prospectus.

**Use of Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of

F-45

**Exhibit A**
**Page 17**

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

In April 2018, the Company received a civil investigative demand from an Assistant U.S. Attorney ("AUSA") for the Southern District of New York and a Health Insurance Portability and Accountability Act subpoena issued by an AUSA for the Southern District of California. In May 2018, the Company received a subpoena from the State of New York Medicaid Fraud Control Unit. Since that time, the Company has cooperated with federal civil and criminal investigations, and state civil investigations, regarding discontinued legacy billing practices for its non-invasive prenatal testing and microdeletion tests and the provision of alleged kickbacks or inducements to physicians and patients. The civil investigations also include inquiries about the Company's laboratory licenses, its enrollment in state Medicaid programs, and the laboratories that performed testing for the Company.

On March 31, 2020, the Company reached an agreement on the monetary terms with the U.S. Department of Justice (the "DOJ") and the State of New York (with the State of New York Attorney General representing or facilitating the interests of all States participating in the settlement (collectively, the "State AGs")) with respect to relevant government health benefit programs to resolve all of the government's outstanding civil and criminal investigations, including the investigations by the U.S. Attorney's Office for the Southern District of California and the U.S. Attorney's Office for the Southern District of New York, as well as the investigation by the State AGs. The terms of this agreement in principle contemplate that the Company will enter into a civil settlement agreement providing that the Company will pay $49.0 million in the aggregate over a five-year period, structured as follows: $8.0 million upon entering into the settlement; $4.0 million in December 2020; $5.0 million in December 2021; $7.0 million in December 2022; $8.0 million in December 2023; $9.0 million in December 2024; and $8.0 million in December 2025 for a release of the civil claims and that the Company will enter into a non-prosecution agreement to resolve all criminal allegations. Those criminal allegations pertain to discontinued legacy billing practices for the Company's NIPT tests. The amounts payable to the government, other than the initial $8.0 million payment, will be subject to interest at a rate of 1.25% per annum, and any or all amounts may be paid earlier at the option of the Company. The companion civil settlement agreement is expected to resolve all civil claims involving discontinued legacy billing practices for the Company's NIPT and microdeletion tests as well as other allegations pertaining to the provision of potential kickbacks or inducements to physicians and patients. Other non-financial terms and conditions remain subject to negotiation. The final civil settlement materials are subject to final approval of the Assistant Attorney General at DOJ, a U.S. District Court judge in New York, and any other relevant parties, including any potential whistleblower and the State AGs. The Company also expects to enter into a corporate integrity agreement with the Department of Health and Human Services Office of Inspector General, which would be expected to impose additional compliance, reporting and disclosure obligations, and related costs in the future.

As of December 31, 2019, the Company had accrued an aggregate of $35.8 million associated with a potential settlement with the DOJ and the participating State AGs within accrued expenses and other current liabilities and as a reduction of revenue as reflected on the consolidated balance sheet of the Company as of December 31, 2019 and consolidated statement of operations for the year ended December 31, 2019. In addition, in the quarter ended March 31, 2020, the Company accrued an additional $13.2 million with respect to the total amount to be paid under the agreement in principle to the DOJ and the participating State AGs, and additional amounts for related costs as of and for the quarterly period ended March 31, 2020. Furthermore, in connection with recording a discrete tax benefit of $37.7 million related to the net operating loss ("NOL") carryback provisions available under the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") legislation, the Company has agreed with the government that, if during calendar years 2020 through 2023, and as long as amounts payable to the government remain unpaid, it receives any civil settlement, damages awards, or tax refunds, to the extent that the amounts exceed $5.0 million in a calendar year, the Company will pay 65% of the amount received in such civil settlement, damages award, or tax refunds as an accelerated

**Exhibit A**
**Page 18**

# Exhibit B

**Yahoo! Finance - Progenity's Stock Price
(last accessed April 5, 2021)**



PROG 4.9350 0.0150 0.30% : Progenity, Inc. - Yahoo Finance

Finance Home     Watchlists     My Portfolio     Screeners     Yahoo Finance Plus ✦     Markets     News     ⋯     y!finance+     Try it free

## Progenity, Inc. (PROG)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Add to watchlist

Visitors trend  2W →  10W ↑  9M ↑

**4.9350**  +0.0150 (+0.30%)
At close: 4:00PM EDT

Quote Lookup

Summary     Company Outlook ✦     Chart     Conversations     Statistics     **Historical Data**     Profile     Financials     Analysis     Options     Holders     Sustainability



START YOUR INDOOR GARDEN — Find the Right Blooms for Your Space — Learn More — THE HOME DEPOT — How doers get more done.

Time Period: Apr 05, 2020 - Apr 05, 2021 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD                                                                 ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 05, 2021 | 4.9400 | 5.1300 | 4.9010 | 4.9350 | 4.9350 | 444,708 |
| Apr 01, 2021 | 4.8000 | 5.0900 | 4.7000 | 4.9200 | 4.9200 | 293,000 |
| Mar 31, 2021 | 4.7100 | 4.8800 | 4.5500 | 4.7600 | 4.7600 | 214,700 |
| Mar 30, 2021 | 4.5900 | 4.6800 | 4.3000 | 4.6200 | 4.6200 | 270,300 |
| Mar 29, 2021 | 4.3300 | 4.7900 | 4.3000 | 4.7000 | 4.7000 | 335,400 |
| Mar 26, 2021 | 4.1800 | 4.5900 | 4.1800 | 4.4300 | 4.4300 | 256,300 |
| Mar 25, 2021 | 4.1800 | 4.3600 | 4.0200 | 4.1300 | 4.1300 | 315,700 |
| Mar 24, 2021 | 4.7500 | 4.7500 | 4.1000 | 4.1200 | 4.1200 | 318,800 |
| Mar 23, 2021 | 4.8700 | 4.8900 | 4.5600 | 4.6800 | 4.6800 | 141,500 |
| Mar 22, 2021 | 4.9200 | 4.9900 | 4.6900 | 4.9000 | 4.9000 | 194,500 |
| Mar 19, 2021 | 4.4500 | 4.9800 | 4.2500 | 4.8200 | 4.8200 | 1,721,400 |
| Mar 18, 2021 | 4.9400 | 4.9800 | 4.2800 | 4.3900 | 4.3900 | 506,800 |
| Mar 17, 2021 | 4.7100 | 5.0000 | 4.6850 | 4.9800 | 4.9800 | 251,900 |
| Mar 16, 2021 | 4.7500 | 4.9000 | 4.5600 | 4.8600 | 4.8600 | 301,200 |
| Mar 15, 2021 | 4.8640 | 5.1100 | 4.6500 | 4.7300 | 4.7300 | 439,000 |
| Mar 12, 2021 | 4.3000 | 4.8700 | 4.2500 | 4.8400 | 4.8400 | 342,800 |
| Mar 11, 2021 | 4.2500 | 4.4800 | 4.1500 | 4.4100 | 4.4100 | 347,200 |
| Mar 10, 2021 | 4.2600 | 4.4600 | 4.1100 | 4.1500 | 4.1500 | 503,200 |
| Mar 09, 2021 | 3.9700 | 4.2700 | 3.9500 | 4.2000 | 4.2000 | 350,100 |
| Mar 08, 2021 | 4.0600 | 4.1800 | 3.9100 | 3.9100 | 3.9100 | 236,100 |
| Mar 05, 2021 | 4.1000 | 4.1350 | 3.6000 | 3.9900 | 3.9900 | 529,400 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.


START YOUR INDOOR GARDEN — Find the Right Blooms for Your Space — Learn More — THE HOME DEPOT — How doers get more done.

yahoo! finance — Trade like it's not your first rodeo — Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **FMTX** Forma Therapeutics Holdings, Inc. | 29.91 | +2.23 | +8.06% |
| **RPTX** Repare Therapeutics Inc. | 31.91 | +1.81 | +6.01% |
| **PYPD** PolyPid Ltd. | 9.52 | -0.14 | -1.45% |
| **GTH** Genetron Holdings Limited | 22.82 | +0.08 | +0.35% |
| **GBIO** Generation Bio Co. | 31.09 | +1.71 | +5.82% |



Advertise with us

| Finance Home | Watchlists | My Portfolio | Screeners | Yahoo Finance Plus | Markets | News |
|---|---|---|---|---|---|---|

··· y! finance+   Try it free

Do Not Sell My Personal Information ▷

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

🐦 f in

© 2021 Verizon Media. All rights reserved.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 04, 2021 | 4.8000 | 4.9400 | 3.9100 | 4.0500 | 4.0500 | 785,600 |
| Mar 03, 2021 | 5.4100 | 5.4100 | 4.7300 | 4.7700 | 4.7700 | 948,200 |
| Mar 02, 2021 | 5.5600 | 5.6400 | 5.3300 | 5.3400 | 5.3400 | 261,100 |
| Mar 01, 2021 | 5.4600 | 5.8000 | 5.4600 | 5.4900 | 5.4900 | 313,300 |
| Feb 26, 2021 | 5.4100 | 5.6100 | 5.4000 | 5.4700 | 5.4700 | 319,900 |
| Feb 25, 2021 | 5.8900 | 5.9100 | 5.2700 | 5.5700 | 5.5700 | 501,100 |
| Feb 24, 2021 | 5.7500 | 5.9900 | 5.5200 | 5.8700 | 5.8700 | 276,800 |
| Feb 23, 2021 | 5.8200 | 5.9650 | 5.2500 | 5.5600 | 5.5600 | 576,600 |
| Feb 22, 2021 | 5.6000 | 6.1800 | 5.5000 | 6.0500 | 6.0500 | 584,700 |
| Feb 19, 2021 | 5.3800 | 5.7500 | 5.3600 | 5.5900 | 5.5900 | 276,600 |
| Feb 18, 2021 | 5.6900 | 5.7600 | 5.3200 | 5.3400 | 5.3400 | 382,500 |
| Feb 17, 2021 | 5.6700 | 5.8450 | 5.6000 | 5.7000 | 5.7000 | 353,500 |
| Feb 16, 2021 | 5.6500 | 5.7900 | 5.5400 | 5.6600 | 5.6600 | 352,300 |
| Feb 12, 2021 | 5.7700 | 5.8700 | 5.5200 | 5.6000 | 5.6000 | 372,700 |
| Feb 11, 2021 | 6.0300 | 6.1490 | 5.5800 | 5.6200 | 5.6200 | 439,900 |
| Feb 10, 2021 | 6.2500 | 6.3320 | 5.8000 | 5.9800 | 5.9800 | 454,800 |
| Feb 09, 2021 | 5.8500 | 6.2300 | 5.5800 | 6.1200 | 6.1200 | 784,400 |
| Feb 08, 2021 | 6.0100 | 6.1300 | 5.6500 | 5.7900 | 5.7900 | 1,477,200 |
| Feb 05, 2021 | 6.3500 | 6.4390 | 6.0100 | 6.2100 | 6.2100 | 478,800 |
| Feb 04, 2021 | 6.5500 | 6.6780 | 6.2200 | 6.2500 | 6.2500 | 404,300 |
| Feb 03, 2021 | 7.1000 | 7.1650 | 6.3000 | 6.4000 | 6.4000 | 785,000 |
| Feb 02, 2021 | 7.0500 | 7.2500 | 6.7500 | 7.0800 | 7.0800 | 262,600 |
| Feb 01, 2021 | 6.8600 | 7.2200 | 6.8500 | 7.0000 | 7.0000 | 218,500 |
| Jan 29, 2021 | 7.2200 | 7.2600 | 6.7500 | 6.8800 | 6.8800 | 268,600 |
| Jan 28, 2021 | 7.2600 | 7.4400 | 6.4200 | 7.3100 | 7.3100 | 713,500 |
| Jan 27, 2021 | 7.2100 | 7.8600 | 7.1500 | 7.2600 | 7.2600 | 803,500 |
| Jan 26, 2021 | 6.4100 | 7.4700 | 6.2200 | 7.2700 | 7.2700 | 1,769,500 |
| Jan 25, 2021 | 6.3400 | 6.4800 | 6.1000 | 6.3800 | 6.3800 | 482,500 |
| Jan 22, 2021 | 6.0800 | 6.2600 | 5.9500 | 6.2000 | 6.2000 | 430,800 |
| Jan 21, 2021 | 6.2400 | 6.3340 | 5.9700 | 6.2200 | 6.2200 | 458,800 |
| Jan 20, 2021 | 6.3600 | 6.7800 | 6.0500 | 6.1100 | 6.1100 | 536,600 |
| Jan 19, 2021 | 5.5200 | 6.3500 | 5.5180 | 6.3200 | 6.3200 | 907,700 |
| Jan 15, 2021 | 5.4300 | 5.7000 | 5.2200 | 5.4200 | 5.4200 | 532,900 |
| Jan 14, 2021 | 5.9600 | 5.9830 | 5.3200 | 5.4000 | 5.4000 | 840,200 |
| Jan 13, 2021 | 6.0100 | 6.1000 | 5.6300 | 5.7600 | 5.7600 | 494,400 |
| Jan 12, 2021 | 6.3300 | 6.3520 | 5.9000 | 6.0400 | 6.0400 | 525,300 |
| Jan 11, 2021 | 6.2000 | 6.7400 | 6.2000 | 6.2800 | 6.2800 | 416,700 |

*Close price adjusted for splits.   **Adjusted close price adjusted for both dividends and splits.

**Exhibit B**
**Page 22**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 08, 2021 | 6.0500 | 6.3800 | 5.8550 | 6.2800 | 6.2800 | 378,300 |
| Jan 07, 2021 | 6.1000 | 6.4700 | 5.9800 | 6.1000 | 6.1000 | 746,800 |
| Jan 06, 2021 | 6.1900 | 6.3500 | 5.6100 | 5.8400 | 5.8400 | 894,200 |
| Jan 05, 2021 | 5.2700 | 6.2250 | 5.0000 | 5.9900 | 5.9900 | 2,018,900 |
| Jan 04, 2021 | 5.5100 | 5.6310 | 4.7600 | 5.2200 | 5.2200 | 785,000 |
| Dec 31, 2020 | 5.1700 | 5.3800 | 4.9500 | 5.3100 | 5.3100 | 418,100 |
| Dec 30, 2020 | 4.7800 | 5.5000 | 4.6700 | 5.2500 | 5.2500 | 898,000 |
| Dec 29, 2020 | 5.4100 | 5.4490 | 4.7000 | 4.7700 | 4.7700 | 1,234,200 |
| Dec 28, 2020 | 6.0900 | 6.4000 | 5.2600 | 5.3500 | 5.3500 | 1,194,200 |
| Dec 24, 2020 | 6.6600 | 6.7500 | 5.8000 | 6.0000 | 6.0000 | 807,900 |
| Dec 23, 2020 | 6.8000 | 6.9410 | 6.2900 | 6.7400 | 6.7400 | 1,070,900 |
| Dec 22, 2020 | 6.8000 | 7.5500 | 6.5000 | 6.6800 | 6.6800 | 2,005,700 |
| Dec 21, 2020 | 6.2800 | 6.9200 | 5.2100 | 6.8500 | 6.8500 | 2,014,400 |
| Dec 18, 2020 | 5.5400 | 6.4200 | 5.5000 | 6.3200 | 6.3200 | 3,443,700 |
| Dec 17, 2020 | 5.0000 | 5.6700 | 4.9400 | 5.4400 | 5.4400 | 2,573,100 |
| Dec 16, 2020 | 4.3300 | 4.7900 | 4.1000 | 4.6500 | 4.6500 | 1,737,400 |
| Dec 15, 2020 | 4.2000 | 4.3400 | 3.9100 | 4.1600 | 4.1600 | 941,500 |
| Dec 14, 2020 | 5.0000 | 5.0630 | 4.0200 | 4.1300 | 4.1300 | 2,199,200 |
| Dec 11, 2020 | 4.2000 | 4.8800 | 4.0700 | 4.7300 | 4.7300 | 4,064,000 |
| Dec 10, 2020 | 3.7420 | 4.0100 | 3.5600 | 3.9700 | 3.9700 | 3,080,000 |
| Dec 09, 2020 | 3.5600 | 3.5600 | 3.3400 | 3.4700 | 3.4700 | 1,114,200 |
| Dec 08, 2020 | 3.7800 | 3.8900 | 3.3000 | 3.4200 | 3.4200 | 1,050,600 |
| Dec 07, 2020 | 3.5000 | 3.7100 | 3.3700 | 3.5000 | 3.5000 | 1,613,200 |
| Dec 04, 2020 | 3.3000 | 3.3500 | 3.1800 | 3.2700 | 3.2700 | 961,200 |
| Dec 03, 2020 | 3.1800 | 3.3100 | 3.0800 | 3.2650 | 3.2650 | 2,940,600 |
| Dec 02, 2020 | 3.6700 | 3.6800 | 3.2700 | 3.2850 | 3.2850 | 709,500 |
| Dec 01, 2020 | 3.6790 | 3.8500 | 3.5700 | 3.6300 | 3.6300 | 1,070,800 |
| Nov 30, 2020 | 3.9800 | 4.1500 | 3.9100 | 4.0100 | 4.0100 | 359,500 |
| Nov 27, 2020 | 3.9500 | 4.0000 | 3.7900 | 3.9000 | 3.9000 | 170,000 |
| Nov 25, 2020 | 4.0310 | 4.1500 | 3.8400 | 3.9100 | 3.9100 | 292,800 |
| Nov 24, 2020 | 3.8000 | 4.2000 | 3.6600 | 3.9000 | 3.9000 | 449,500 |
| Nov 23, 2020 | 4.0100 | 4.0290 | 3.6400 | 3.6400 | 3.6400 | 435,800 |
| Nov 20, 2020 | 4.0300 | 4.1070 | 3.8600 | 3.9200 | 3.9200 | 265,700 |
| Nov 19, 2020 | 4.1100 | 4.2400 | 3.9700 | 4.0000 | 4.0000 | 158,100 |
| Nov 18, 2020 | 4.2100 | 4.4200 | 4.0100 | 4.1600 | 4.1600 | 134,900 |
| Nov 17, 2020 | 4.4600 | 4.5340 | 4.1800 | 4.2100 | 4.2100 | 104,000 |
| Nov 16, 2020 | 4.6500 | 4.7600 | 4.3200 | 4.3900 | 4.3900 | 76,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

**Exhibit B
Page 23**

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 13, 2020 | 4.4900 | 4.8400 | 4.3900 | 4.4700 | 4.4700 | 130,700 |
| Nov 12, 2020 | 4.7900 | 4.8950 | 4.3000 | 4.3900 | 4.3900 | 67,600 |
| Nov 11, 2020 | 4.6000 | 4.8900 | 4.6000 | 4.7200 | 4.7200 | 141,900 |
| Nov 10, 2020 | 4.8800 | 5.1900 | 4.5600 | 4.6000 | 4.6000 | 147,800 |
| Nov 09, 2020 | 5.1000 | 5.2500 | 4.5800 | 4.8700 | 4.8700 | 114,900 |
| Nov 06, 2020 | 5.3500 | 5.3500 | 4.7300 | 4.8800 | 4.8800 | 84,800 |
| Nov 05, 2020 | 4.2600 | 5.1400 | 4.2200 | 5.1000 | 5.1000 | 120,200 |
| Nov 04, 2020 | 4.3100 | 4.5300 | 4.0000 | 4.3200 | 4.3200 | 132,300 |
| Nov 03, 2020 | 4.5200 | 4.6940 | 4.2600 | 4.3000 | 4.3000 | 72,700 |
| Nov 02, 2020 | 5.1800 | 5.1800 | 4.2400 | 4.2700 | 4.2700 | 202,700 |
| Oct 30, 2020 | 6.0500 | 6.0500 | 4.9900 | 4.9900 | 4.9900 | 199,000 |
| Oct 29, 2020 | 7.7200 | 7.7200 | 5.9200 | 5.9600 | 5.9600 | 468,300 |
| Oct 28, 2020 | 7.8700 | 7.9300 | 7.6000 | 7.6900 | 7.6900 | 73,100 |
| Oct 27, 2020 | 8.1200 | 8.2000 | 7.9050 | 7.9100 | 7.9100 | 24,600 |
| Oct 26, 2020 | 7.9600 | 8.0350 | 7.8400 | 7.9500 | 7.9500 | 14,300 |
| Oct 23, 2020 | 8.0100 | 8.2400 | 7.8500 | 7.9100 | 7.9100 | 14,700 |
| Oct 22, 2020 | 7.9500 | 8.1800 | 7.8000 | 7.8000 | 7.8000 | 19,600 |
| Oct 21, 2020 | 8.2600 | 8.5660 | 7.9200 | 7.9900 | 7.9900 | 57,400 |
| Oct 20, 2020 | 8.9000 | 9.1600 | 8.1300 | 8.1300 | 8.1300 | 73,400 |
| Oct 19, 2020 | 9.1400 | 9.1650 | 8.8300 | 8.9600 | 8.9600 | 11,100 |
| Oct 16, 2020 | 8.9700 | 9.4100 | 8.8400 | 9.0300 | 9.0300 | 19,700 |
| Oct 15, 2020 | 8.8400 | 9.1500 | 8.8400 | 9.0000 | 9.0000 | 12,700 |
| Oct 14, 2020 | 9.3300 | 9.4800 | 8.9000 | 8.9800 | 8.9800 | 19,000 |
| Oct 13, 2020 | 9.1700 | 9.1700 | 8.7400 | 9.1400 | 9.1400 | 50,600 |
| Oct 12, 2020 | 9.2600 | 9.3220 | 9.0000 | 9.1300 | 9.1300 | 22,900 |
| Oct 09, 2020 | 9.4550 | 9.5100 | 9.1300 | 9.2600 | 9.2600 | 16,000 |
| Oct 08, 2020 | 9.2800 | 9.5400 | 9.2800 | 9.4800 | 9.4800 | 43,900 |
| Oct 07, 2020 | 9.1000 | 9.5600 | 9.0100 | 9.2200 | 9.2200 | 27,700 |
| Oct 06, 2020 | 9.2900 | 9.2900 | 9.0400 | 9.0900 | 9.0900 | 24,900 |
| Oct 05, 2020 | 9.3700 | 9.3700 | 8.8240 | 9.1000 | 9.1000 | 26,700 |
| Oct 02, 2020 | 9.0900 | 9.3000 | 8.7600 | 9.2900 | 9.2900 | 48,900 |
| Oct 01, 2020 | 9.0200 | 9.5000 | 9.0200 | 9.3500 | 9.3500 | 63,700 |
| Sep 30, 2020 | 8.9100 | 9.0700 | 8.6700 | 9.0200 | 9.0200 | 57,100 |
| Sep 29, 2020 | 8.8500 | 9.0000 | 8.6300 | 8.8700 | 8.8700 | 35,200 |
| Sep 28, 2020 | 8.8200 | 9.1000 | 8.6300 | 8.8500 | 8.8500 | 76,100 |
| Sep 25, 2020 | 8.7500 | 8.8100 | 8.5300 | 8.7500 | 8.7500 | 55,600 |
| Sep 24, 2020 | 8.9200 | 8.9200 | 8.2500 | 8.5300 | 8.5300 | 88,200 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

https://finance.yahoo.com/quote/PROG/history?p=PROG

**Exhibit B**
**Page 24**

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Sep 23, 2020 | 8.2500 | 8.9700 | 8.1200 | 8.7100 | 8.7100 | 151,200 |
| Sep 22, 2020 | 8.4500 | 8.5600 | 8.2200 | 8.3000 | 8.3000 | 27,700 |
| Sep 21, 2020 | 8.4500 | 9.3000 | 8.0500 | 8.3100 | 8.3100 | 48,100 |
| Sep 18, 2020 | 9.2400 | 9.4000 | 8.4300 | 8.4800 | 8.4800 | 498,000 |
| Sep 17, 2020 | 9.0800 | 9.5300 | 9.0100 | 9.1900 | 9.1900 | 76,200 |
| Sep 16, 2020 | 9.3000 | 9.6600 | 9.1700 | 9.2100 | 9.2100 | 41,700 |
| Sep 15, 2020 | 9.5300 | 9.7500 | 9.0410 | 9.1600 | 9.1600 | 246,800 |
| Sep 14, 2020 | 8.9900 | 9.5300 | 8.4100 | 9.4500 | 9.4500 | 224,500 |
| Sep 11, 2020 | 8.6800 | 9.2100 | 8.5800 | 8.9200 | 8.9200 | 68,100 |
| Sep 10, 2020 | 9.4000 | 9.4000 | 8.5200 | 8.6400 | 8.6400 | 36,000 |
| Sep 09, 2020 | 8.9800 | 9.6650 | 8.9800 | 9.6000 | 9.6000 | 70,000 |
| Sep 08, 2020 | 9.2800 | 9.6200 | 8.3600 | 8.9900 | 8.9900 | 93,800 |
| Sep 04, 2020 | 8.3300 | 8.9800 | 8.1000 | 8.9000 | 8.9000 | 66,700 |
| Sep 03, 2020 | 8.9200 | 8.9800 | 8.1100 | 8.2900 | 8.2900 | 75,300 |
| Sep 02, 2020 | 8.7550 | 9.0000 | 8.5100 | 8.9900 | 8.9900 | 36,000 |
| Sep 01, 2020 | 9.2200 | 9.2200 | 8.5100 | 9.0500 | 9.0500 | 33,300 |
| Aug 31, 2020 | 8.8500 | 9.2500 | 8.8200 | 9.2300 | 9.2300 | 36,100 |
| Aug 28, 2020 | 8.7900 | 9.4500 | 8.7900 | 9.1000 | 9.1000 | 51,000 |
| Aug 27, 2020 | 8.9800 | 9.2400 | 8.8000 | 8.9000 | 8.9000 | 14,000 |
| Aug 26, 2020 | 8.7800 | 9.0300 | 8.7800 | 8.9800 | 8.9800 | 18,000 |
| Aug 25, 2020 | 9.0300 | 9.1950 | 8.6600 | 8.7800 | 8.7800 | 22,800 |
| Aug 24, 2020 | 9.7000 | 9.7100 | 8.6700 | 9.1500 | 9.1500 | 31,700 |
| Aug 21, 2020 | 9.7300 | 9.7500 | 8.9300 | 9.0700 | 9.0700 | 28,400 |
| Aug 20, 2020 | 8.8500 | 9.5500 | 8.5200 | 9.5500 | 9.5500 | 44,300 |
| Aug 19, 2020 | 9.5600 | 9.6750 | 8.8000 | 8.8500 | 8.8500 | 72,600 |
| Aug 18, 2020 | 9.4400 | 10.2700 | 8.9500 | 9.5600 | 9.5600 | 152,400 |
| Aug 17, 2020 | 7.8800 | 9.5400 | 7.8500 | 9.5400 | 9.5400 | 131,400 |
| Aug 14, 2020 | 8.3100 | 8.5000 | 7.7100 | 7.7100 | 7.7100 | 101,700 |
| Aug 13, 2020 | 9.0400 | 9.3750 | 8.8500 | 8.9500 | 8.9500 | 40,700 |
| Aug 12, 2020 | 9.0000 | 9.3100 | 8.8300 | 9.1300 | 9.1300 | 35,200 |
| Aug 11, 2020 | 9.0200 | 9.0700 | 8.8000 | 8.9600 | 8.9600 | 24,100 |
| Aug 10, 2020 | 8.8900 | 9.1400 | 8.8900 | 9.1000 | 9.1000 | 41,900 |
| Aug 07, 2020 | 8.9900 | 9.0980 | 8.6400 | 9.0900 | 9.0900 | 17,700 |
| Aug 06, 2020 | 8.6200 | 9.1400 | 8.6200 | 9.0000 | 9.0000 | 28,400 |
| Aug 05, 2020 | 9.0500 | 9.0900 | 8.6900 | 8.7400 | 8.7400 | 49,000 |
| Aug 04, 2020 | 9.0300 | 9.2400 | 8.9300 | 9.0900 | 9.0900 | 32,700 |
| Aug 03, 2020 | 9.2300 | 9.2300 | 8.8000 | 9.0800 | 9.0800 | 29,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

**Exhibit B**
**Page 25**

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jul 31, 2020 | 8.5300 | 9.1100 | 8.4500 | 9.1100 | 9.1100 | 75,700 |
| Jul 30, 2020 | 8.6400 | 8.8490 | 8.4010 | 8.7700 | 8.7700 | 27,200 |
| Jul 29, 2020 | 8.4600 | 8.6200 | 8.1600 | 8.2900 | 8.2900 | 58,300 |
| Jul 28, 2020 | 8.5800 | 8.8400 | 8.3600 | 8.5200 | 8.5200 | 63,200 |
| Jul 27, 2020 | 9.0200 | 9.0200 | 8.6500 | 8.7000 | 8.7000 | 44,100 |
| Jul 24, 2020 | 9.2600 | 9.2800 | 8.9000 | 8.9400 | 8.9400 | 48,800 |
| Jul 23, 2020 | 8.8100 | 9.3050 | 8.8000 | 9.0100 | 9.0100 | 126,100 |
| Jul 22, 2020 | 9.0600 | 9.4800 | 8.5900 | 9.0400 | 9.0400 | 91,200 |
| Jul 21, 2020 | 10.1300 | 10.5200 | 8.8600 | 9.0500 | 9.0500 | 200,200 |
| Jul 20, 2020 | 10.6100 | 10.6100 | 10.0700 | 10.2900 | 10.2900 | 44,600 |
| Jul 17, 2020 | 10.9800 | 11.0000 | 10.2700 | 10.7100 | 10.7100 | 84,100 |
| Jul 16, 2020 | 10.1800 | 10.9000 | 9.7100 | 10.7900 | 10.7900 | 145,600 |
| Jul 15, 2020 | 9.4500 | 10.5000 | 9.1500 | 10.2000 | 10.2000 | 269,200 |
| Jul 14, 2020 | 8.5000 | 9.5370 | 8.0700 | 9.2900 | 9.2900 | 103,100 |
| Jul 13, 2020 | 9.6000 | 9.6100 | 8.7200 | 8.7400 | 8.7400 | 83,900 |
| Jul 10, 2020 | 9.1900 | 9.6300 | 8.8400 | 9.5300 | 9.5300 | 51,500 |
| Jul 09, 2020 | 10.0200 | 10.0200 | 8.9900 | 9.2500 | 9.2500 | 123,100 |
| Jul 08, 2020 | 9.6300 | 10.4200 | 9.1800 | 10.0500 | 10.0500 | 243,800 |
| Jul 07, 2020 | 8.5100 | 9.7900 | 8.5100 | 9.4200 | 9.4200 | 302,100 |
| Jul 06, 2020 | 8.7500 | 8.9900 | 8.6100 | 8.7300 | 8.7300 | 271,900 |
| Jul 02, 2020 | 8.3900 | 9.0000 | 7.9000 | 8.8000 | 8.8000 | 390,700 |
| Jul 01, 2020 | 9.0700 | 9.0700 | 7.6300 | 7.9800 | 7.9800 | 827,200 |
| Jun 30, 2020 | 9.6000 | 9.8100 | 8.8100 | 9.0000 | 9.0000 | 259,100 |
| Jun 29, 2020 | 9.8300 | 10.1800 | 9.1600 | 9.7500 | 9.7500 | 192,600 |
| Jun 26, 2020 | 10.5100 | 10.6000 | 9.5400 | 9.9800 | 9.9800 | 209,100 |
| Jun 25, 2020 | 11.5000 | 11.5000 | 10.2500 | 10.5000 | 10.5000 | 369,700 |
| Jun 24, 2020 | 11.3600 | 11.7860 | 11.0300 | 11.5200 | 11.5200 | 313,500 |
| Jun 23, 2020 | 11.9600 | 12.3740 | 10.6000 | 11.3000 | 11.3000 | 556,600 |
| Jun 22, 2020 | 13.8900 | 13.9500 | 11.7600 | 11.9700 | 11.9700 | 580,100 |
| Jun 19, 2020 | 15.1100 | 15.9200 | 12.6500 | 13.1200 | 13.1200 | 3,023,200 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

**Exhibit B**
**Page 26**

6/6

# Exhibit C

**Progenity's Form 10-Q**
**(filed with the SEC on August 14, 2020)**

Exhibit C
Page 27

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**Washington, D.C. 20549**

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from                to**

**Commission File Number: 001-39334**

# Progenity, Inc.

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **27-3950390** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **4330 La Jolla Village Drive, Suite 200, San Diego, CA** | **92122** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(855) 293-2639**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | PROG | The Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   ☐ Yes   ☒ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Small reporting company | ☐ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   ☐ Yes   ☒ No

As of July 31, 2020, the registrant had 46,548,035 shares of common stock, par value $0.001 per share, outstanding.

**Exhibit C**
**Page 28**

across the U.S. healthcare system. The Company expects test volumes to continue to be adversely affected by COVID-19 and cannot predict when volumes will return to normal.

In accordance with ASC 606, a performance obligation represents a promise in a contract to transfer a distinct good or service to a customer and the consideration should be allocated to each distinct performance obligation and recognized as revenue when or as the performance obligation is satisfied. The Company has evaluated its contracts with healthcare insurers, government payors, laboratory partners and patients and identified a single performance obligation in those contracts, the delivery of a test result. The Company satisfies its performance obligation at a point in time upon the delivery of the test result, at which point the Company can bill for its products. The amount of revenue recognized reflects the transaction price and considers the effects of variable consideration, which is discussed below.

Once the Company satisfies its performance obligations upon delivery of a test result and bills for the product, the timing of the collection of payments may vary based on the payment practices of the third-party payor. The Company bills patients directly for co-pays and deductibles that they are responsible for and also bills patients directly in cases where the customer does not have insurance.

The Company has established an accrual for refunds of payments previously made by healthcare insurers based on historical experience and executed settlement agreements with healthcare insurers. The refunds are accounted for as reductions in revenues in the statement of operations as an element of variable consideration. For example, during the three months ended June 30, 2020, the Company accrued $10.3 million for refunds to government payors related to reimbursement for the Company's Preparent expanded carrier screening tests during 2019 and early 2020. In the United States, the American Medical Association ("AMA") generally assigns specific billing codes for laboratory tests under a coding system known as Current Procedure Terminology ("CPT"), which we and our ordering healthcare providers must use to bill and receive reimbursement for our molecular tests. Effective January 1, 2019, the AMA issued a CPT code for genetic testing for severe inherited conditions that includes sequencing of at least 15 genes, which affects potential reimbursement for the Company's Preparent expanded carrier screening tests. As part of the Company's work to improve its compliance program, including its internal auditing and monitoring function, the Company commissioned a third-party review of its billing processes. In connection with that audit, the Company identified that it had not effectively transitioned to the implementation of the new CPT code in 2019, and as a result the Company received an overpayment of approximately $10.3 million from government payors during 2019 and early 2020. The final analysis of the amount of the overpayment is still being completed, but as a result of the analysis to date, during the three months ended June 30, 2020, the Company accrued $10.3 million for refunds to government payors. The Company's deadline to report and return the overpayment to the government programs is 60 days from the time the overpayment was determined and quantified, thus the Company expects to repay this amount to the relevant government programs by early October 2020.

The transaction price is an estimate and may be fixed or variable. Variable consideration includes reimbursement from healthcare insurers, government payors, and patients and is adjusted for estimates of disallowed cases, discounts, and refunds using the expected value approach. Tests billed to healthcare insurers and directly to patients can take up to six months to collect and the Company may be paid less than the full amount billed or not paid at all. For insurance carriers and government payors, management utilizes the expected value method using a portfolio of relevant historical data for payors with similar reimbursement characteristics. The portfolio estimate is developed using historical reimbursement data from payors and patients, as well as known current reimbursement trends not reflected in the historical data. Such variable consideration is included in the transaction price only to the extent it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainties with respect to the amount are resolved. The Company monitors these estimates at each reporting period based on actual cash collections and the status of settlement agreements with third-party payors, in order to assess whether a revision to the estimate is required. Both the initial estimate and any subsequent revision to the estimate contain uncertainty and require the use of judgment in the estimation of the transaction price and application of the constraint for variable consideration. If actual results in the future vary from the Company's estimates, the Company will adjust these estimates, which would affect revenue and earnings in the period such variances become known. The consideration expected from laboratory partners is generally a fixed amount.

13

Exhibit C
Page 29

| Percentage of Revenue Data: | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| | (unaudited) | |
| Revenues | 100% | 100% |
| Cost of sales | 142 | 48 |
| Gross profit (loss) | (42) | 52 |
| Operating expenses: | | |
| Research and development | 69 | 30 |
| Selling and marketing | 80 | 29 |
| General and administrative | 101 | 27 |
| Total operating expenses | 249 | 86 |
| Loss from operations | (291) | (34) |
| Interest expense | (14) | (4) |
| Interest and other income (expense), net | (10) | — |
| Loss before income taxes | (316) | (38) |
| Income tax benefit | (111) | — |
| Net loss | (205)% | (38)% |

*Revenue*

| | Six Months Ended June 30, | | Increase/ (Decrease) | % Change |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | | |
| | (in thousands) | | | |
| | (unaudited) | | | |
| Revenues | $ 34,094 | $ 104,737 | $ (70,643) | (67.4)% |

Revenue was $34.1 million for the six months ended June 30, 2020, compared to $104.7 million for the six months ended June 30, 2019, a decrease of $70.6 million, or 67.4%. The reduction in revenues during the six months ended June 30, 2020 compared to the six months ended June 30, 2019 was largely attributable to an accrual for $13.2 million related to the settlement with the DOJ and the participating State AGs in the first quarter of 2020 and a decrease in test volumes in the second quarter of 2020 as a result of the COVID-19 shutdown. The remainder of the decrease is related to an accrual of $10.3 million for refunds to government payors, which the Company expects to repay to the relevant government programs by early October 2020, and rate degradation due to payor policy changes.

*Cost of Sales*

| | Six Months Ended June 30, | | Increase/ (Decrease) | % Change |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | | |
| | (in thousands) | | | |
| | (unaudited) | | | |
| Cost of Sales | $ 48,405 | $ 50,534 | $ (2,129) | (4.2)% |

Cost of sales was $48.4 million for the six months ended June 30, 2020, compared to $50.5 million for the six months ended June 30, 2019, a decrease of $2.1 million, or 4.2%.

**Exhibit C
Page 30**

*Cash Flows*

Our primary uses of cash are to fund our operations and research and development as we continue to grow our business. We expect to continue to incur operating losses in future periods as our operating expenses increase to support the growth of our business. We expect that our research and development, selling and marketing, and general and administrative expenses will continue to increase as we expand our marketing efforts and increase our internal sales force to drive increased adoption of and reimbursement for our tests, continue our research and development efforts with respect to our current tests and further develop our product pipeline, including our preeclampsia test and precision medicine products under development. We expect that we will use a substantial portion of the net proceeds of this offering, in combination with our existing cash and cash equivalents, for these purposes and for the increased expenses associated with being a public company. Cash used to fund operating expenses is impacted by the timing of when we pay expenses, as reflected in the change in our outstanding accounts payable and accrued expenses.

The following table summarizes our cash flows for the periods indicated:

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | **2020** | **2019** |
| Cash used in operating activities | $ (44,403) | $ (37,526) |
| Cash (used in) provided by investing activities | (1,627) | 18,497 |
| Cash provided by (used in) financing activities | 126,601 | (4,771) |

Net cash used in operating activities in the six months ended June 30, 2020, of $44.4 million was primarily attributable to a $69.9 million net loss. The net cash outflow was also attributable to a $15.0 million increase in income tax receivables due to an NOL carryback recorded under the CARES Act legislation, and a $5.9 million decrease in accrued expenses and other current liabilities related to settlement accruals for payments due to third-party payors. This decrease was partially offset by a $7.8 million decrease in accounts receivable. The settlement negotiations during the six months ended June 30, 2020 resulted in an increase of $13.2 million to the total settlement accrual, and the reclassification of $29.2 million from accrued expenses and other current liabilities to other long-term liabilities. Net cash used in operating activities in the six months ended June 30, 2019, of $37.5 million was primarily attributable to a $40.4 million net loss and a $3.7 million increase in prepaid expenses and other current assets, due to timing of contract renewals and prepaid deposits. This was partially offset by a $5.8 million decrease in income tax receivable for tax refunds received in 2019.

Net cash used in investing activities during the six months ended June 30, 2020, of $1.6 million was attributable to the purchase of property and equipment. Net cash provided by investing activities during the six months ended June 30, 2019 of $18.5 million was primarily driven by $20.2 million of proceeds from the sale of short-term investments, net of short-term investments purchases and partially offset by $1.8 million for purchases of property and equipment.

Net cash provided by financing activities during the six months ended June 30, 2020, of $126.6 million was primarily attributable to $90.9 million in net proceeds from the issuance of common stock, $21.3 million in net proceeds from the issuance of Series B Preferred Stock and $14.9 million in net proceeds from the issuance of a convertible note, partially offset by $0.4 million in principal payments on capital lease obligations and $0.1 million in principal payments on mortgages payable. Net cash used in financing activities during the six months ended June 30, 2019, of $4.8 million was primarily attributable to $4.5 million in dividends paid, $0.6 million in principal payments on capital lease obligations, and $0.1 million in principal payments on mortgages payable. The cash outflows were partially offset by $0.4 million in proceeds from issuances of common stock.

**Off-Balance Sheet Arrangements.**

As of June 30, 2020, we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities, that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Critical Accounting Policies and Significant Judgments and Estimates.**

Our management's discussion and analysis of our financial condition and results of operations is based on our financial statements, which have been prepared in conformity with GAAP. The preparation of financial statements in accordance with GAAP requires management to make estimates and assumptions about future events that affect the amounts of assets and liabilities reported, disclosures about contingent assets and liabilities, and reported amounts of revenue and expenses. These estimates and assumptions are based on management's best estimates and judgment. Management regularly evaluates its estimates and assumptions using historical experience and other factors; however, actual results could differ materially from these estimates and could have an adverse effect on our financial statements.

43

**Exhibit C**
**Page 31**

# Exhibit D

**Financial Accounting Standards Board:
Accounting Standards Codification
(last accessed April 5, 2021)**

**We have updated our Privacy Policy.** By continuing to use this website, you are agreeing to the new Privacy Policy and any updated website Terms.
**NOTICE regarding use of cookies:** We have updated our Privacy Policy to reflect our use of cookies to collect and process data, or to enhance the user experience. By continuing to use this website, you agree to the placement of these cookies and to similar technologies as described in our Privacy Policy.



**FASB** ACCOUNTING STANDARDS CODIFICATION® *Basic View*

SEARCH:   ?

Codification   Other Sources   Advanced Search

| BROWSE | System Updates | Recently Issued | Cross Reference | Join Sections | Exit |
|---|---|---|---|---|---|

Home   General Principles   105 Generally Accepted Accounting Principles   10 Overall   05 Background

**CODIFICATION**   ?

General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary
General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary

**OTHER SOURCES**

Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates
Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates

| DOCUMENT | ARCHIVE | WHAT LINKS HERE |
|---|---|---|

# 105 Generally Accepted Accounting Principles
## 10 Overall
### 05 Overview and Background

**Table of Contents**

Collapse | Expand

105 Generally Accepted Accounting Principles
    10 Overall
        05 Overview and Background
            General

**General Note**: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

● COMBINE SUBSECTIONS ?

**05-1**    This Topic establishes the *Financial Accounting Standards Board (FASB) Accounting Standards Codification*® (Codification) as the source of authoritative generally accepted accounting principles (GAAP) recognized by the FASB to be applied by **nongovernmental entities**. Rules and interpretive releases of the Securities and Exchange Commission (SEC) under authority of federal securities laws are also sources of authoritative GAAP for SEC registrants. In addition to the SEC's rules and interpretive releases, the SEC staff issues Staff Accounting Bulletins that represent practices followed by the staff in administering SEC disclosure requirements, and it utilizes SEC Staff Announcements and Observer comments made at Emerging Issues Task Force meetings to publicly announce its views on certain accounting issues for SEC registrants

SUBMIT FEEDBACK ?   PERSONAL ANNOTATION ?

**05-2**    If the guidance for a transaction or event is not specified within a source of authoritative GAAP for that entity, an entity shall first consider accounting principles for similar transactions or events within a source of authoritative GAAP for that entity and then consider nonauthoritative guidance from other sources. An entity shall not follow the accounting treatment specified in accounting guidance for similar transactions or events in cases in which those accounting principles either prohibit the application of the accounting treatment to the particular transaction or event or indicate that the accounting treatment should not be applied by analogy.

SUBMIT FEEDBACK ?   PERSONAL ANNOTATION ?

**05-3**    Accounting and financial reporting practices not included in the Codification are nonauthoritative. Sources of nonauthoritative accounting guidance and literature include, for

example, the following

    a.  Practices that are widely recognized and prevalent either generally or in the industry

    b.  FASB Concepts Statements

    c.  American Institute of Certified Public Accountants (AICPA) Issues Papers

    d.  International Financial Reporting Standards of the International Accounting Standards Board

    e.  Pronouncements of professional associations or regulatory agencies

    f.  Technical Information Service Inquiries and Replies included in AICPA Technical Practice Aids

    g.  Accounting textbooks, handbooks, and articles.

The appropriateness of other sources of accounting guidance depends on its relevance to particular circumstances, the specificity of the guidance, the general recognition of the issuer or author as an authority, and the extent of its use in practice.



**05-4**    The Codification contains the authoritative standards that are applicable to both public nongovernmental entities and **nonpublic** nongovernmental entities. Content contained in the SEC Sections (designated by an "S" preceding the Section number) is provided for convenience and relates only to SEC registrants. The SEC Sections do not contain the entire population of SEC rules, regulations, interpretive releases, and staff guidance. Content in the SEC Sections is expected to change over time, and there may be delays between SEC and staff changes to guidance and Accounting Standards Updates. The Codification does not replace or affect guidance issued by the SEC or its staff for public entities in their filings with the SEC.



**05-5**    The FASB does not consider Accounting Standards Updates as authoritative in their own right. Instead, new Accounting Standards Updates serve only to update the Codification, provide background information about the guidance, and provide the bases for conclusions on the change(s) in the Codification. All nongrandfathered non-SEC accounting guidance not included in the Codification is superseded and deemed nonauthoritative.

**05-6**    The provisions of the Codification need not be applied to immaterial items.

**Exhibit D**

**Page 34**

We have updated our Privacy Policy. By continuing to use this website, you are agreeing to the new Privacy Policy and any updated website Terms.
NOTICE regarding use of cookies: We have updated our Privacy Policy to reflect our use of cookies to collect and process data, or to enhance the user experience. By continuing to use this website, you agree to the placement of these cookies and to similar technologies as described in our Privacy Policy.

**FASB** ACCOUNTING STANDARDS CODIFICATION® *Basic View*

SEARCH:    ?

Codification    Other Sources    Advanced Search

| BROWSE | System Updates | Recently Issued | Cross Reference | Join Sections | Exit |

Home    Liabilities    450 Contingencies    10 Overall    05 Background

**CODIFICATION**

?

General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary
General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary

**OTHER SOURCES**

Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates
Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates

| DOCUMENT | ARCHIVE | WHAT LINKS HERE |

# 450 Contingencies
## 10 Overall
### 05 Overview and Background

**Table of Contents**

Collapse | Expand

450 Contingencies
    10 Overall
        05 Overview and Background
            General

> **General Note**: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

◑ COMBINE SUBSECTIONS ?

**05-1**    The Contingencies Topic includes the following Subtopics:

a.  Overall

b.  Loss Contingencies

c.  Gain Contingencies.

⊟ SUBMIT FEEDBACK ?    ✎ PERSONAL ANNOTATION ?

**5-2**    This Subtopic, in combination with Subtopics 450-20 and 450-30, provides general guidance regarding gain and loss contingencies. Other Topics include gain or loss contingencies related to those specific Topics. Therefore, the Contingencies Topic does not include all standards related to contingencies. While not intended to be all-inclusive, the following Relationships Sections within the Contingency Subtopics provide links to many Topic-specific contingencies:

a.  See Section 450-10-60 for references to other standards related to uncertainties that could result in either a gain or a loss.

b.  See Section 450-20-60 for references to other standards related to uncertainties that could result in a future loss.

c.  See Section 450-30-60 for references to other standards related to uncertainties that could result in a future gain.

SUBMIT FEEDBACK **?**        PERSONAL ANNOTATION **?**

**05-3**      The Overall Subtopic establishes the scope and scope exceptions for the Contingencies Topic, provides definitions, and includes links to the standards that appear in Subtopics 450-20 and 450-30.

SUBMIT FEEDBACK **?**        PERSONAL ANNOTATION **?**

**05-4**      The Contingencies Topic establishes standards of financial accounting and reporting for loss contingencies and gain contingencies, including standards for disclosures.

SUBMIT FEEDBACK **?**        PERSONAL ANNOTATION **?**

**05-5**      Resolution of the uncertainty may confirm any of the following:

    a.   The acquisition of an asset

    b.   The reduction of a liability

    c.   The loss or impairment of an asset

    d.   The incurrence of a liability.

SUBMIT FEEDBACK **?**        PERSONAL ANNOTATION **?**

**05-6**      Not all uncertainties inherent in the accounting process give rise to **contingencies**. Estimates are required in financial statements for many ongoing and recurring activities of an entity. The mere fact that an estimate is involved does not of itself constitute the type of uncertainty referred to in the definition of a loss contingency or a gain contingency. Several examples of situations that are not contingencies are included in Section 450-10-55.

SUBMIT FEEDBACK **?**        PERSONAL ANNOTATION **?**

**Exhibit D**
**Page 36**

**We have updated our Privacy Policy.** By continuing to use this website, you are agreeing to the new Privacy Policy and any updated website Terms.
**NOTICE regarding use of cookies:** We have updated our Privacy Policy to reflect our use of cookies to collect and process data, or to enhance the user experience. By continuing to use this website, you agree to the placement of these cookies and to similar technologies as described in our Privacy Policy.

 

**FASB** ACCOUNTING STANDARDS CODIFICATION® *Basic View*

SEARCH:    ?

Codification    Other Sources    Advanced Search

| BROWSE | System Updates | Recently Issued | Cross Reference | Join Sections | Exit |

Home    Liabilities    450 Contingencies    10 Overall    20 Glossary

**GLOSSARY**

**CODIFICATION**

?

General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary
General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary

**OTHER SOURCES**

Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates
Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates

## Glossary

Click on a glossary term to view locations that include links to the term.

## 450 Contingencies
### 10 Overall
#### 20 Glossary

> **General Note**: The Master Glossary contains all terms identified as glossary terms throughout the Codification. Clicking on any term in the Master Glossary will display where the term is used. The Master Glossary may contain identical terms with different definitions, some of which may not be appropriate for a particular Subtopic. For any particular Subtopic, users should only use the glossary terms included in the particular Subtopic Glossary Section (Section 20).

### Acquiree

The business or businesses that the acquirer obtains control of in a business combination. This term also includes a nonprofit activity or business that a not-for-profit acquirer obtains control of in an acquisition by a not-for-profit entity.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

### Acquirer

The entity that obtains control of the acquiree. However, in a business combination in which a variable interest entity (VIE) is acquired, the primary beneficiary of that entity always is the acquirer.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

### Acquisition by a Not-for-Profit Entity

A transaction or other event in which a not-for-profit acquirer obtains control of one or more nonprofit activities or businesses and initially recognizes their assets and liabilities in the acquirer's financial statements. When applicable guidance in Topic 805 is applied by a not-for-profit entity, the term business combination has the same meaning as this term has for a for-profit entity. Likewise, a reference to business combinations in guidance that links to Topic 805 has the same meaning as a reference to acquisitions by not-for-profit entities.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

### Acquisition Date

The date on which the acquirer obtains control of the acquiree.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

**Exhibit D
Page 37**

## Business

Paragraphs 805-10-55-3A through 55-6 and 805-10-55-8 through 55-9 define what is considered a business.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Business Combination

A transaction or other event in which an acquirer obtains control of one or more businesses. Transactions sometimes referred to as true mergers or mergers of equals also are business combinations. See also Acquisition by a Not-for-Profit Entity.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Commencement Date of the Lease (Commencement Date)

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

The date on which a lessor makes an underlying asset available for use by a lessee. See paragraphs 842-10-55-19 through 55-21 for implementation guidance on the commencement date.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Contingency

An existing condition, situation, or set of circumstances involving uncertainty as to possible gain (gain contingency) or loss (loss contingency) to an entity that will ultimately be resolved when one or more future events occur or fail to occur.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Contract

**Note:** The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

An agreement between two or more parties that creates enforceable rights and obligations.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Customer

A user or reseller.

**Note**: The following definition is Pending Content; see Transition Guidance in 606-10-65-1.

A party that has contracted with an entity to obtain goods or services that are an output of the entity's ordinary activities in exchange for consideration.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

## Gain Contingency

An existing condition, situation, or set of circumstances involving uncertainty as to possible gain to an entity that will ultimately be resolved when one or more future events occur or fail to occur.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

**Exhibit D**
**Page 38**

Case 3:20-cv-01683-RBM-AHG    Document 40-2    Filed 04/05/21    PageID.466    Page 42 of 46

### Lease

An agreement conveying the right to use property, plant, or equipment (land and/or depreciable assets) usually for a stated period of time.

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

A contract, or part of a contract, that conveys the right to control the use of identified property, plant, or equipment (an identified asset) for a period of time in exchange for consideration.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Legal Entity

Any legal structure used to conduct activities or to hold assets. Some examples of such structures are corporations, partnerships, limited liability companies, grantor trusts, and other trusts.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Lessee

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

An entity that enters into a contract to obtain the right to use an underlying asset for a period of time in exchange for consideration.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Lessor

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

An entity that enters into a contract to provide the right to use an underlying asset for a period of time in exchange for consideration.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Loss Contingency

An existing condition, situation, or set of circumstances involving uncertainty as to possible loss to an entity that will ultimately be resolved when one or more future events occur or fail to occur. The term loss is used for convenience to include many charges against income that are commonly referred to as expenses and others that are commonly referred to as losses.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Not-for-Profit Entity

An entity that possesses the following characteristics, in varying degrees, that distinguish it from a business entity:

    a.  Contributions of significant amounts of resources from resource providers who do not expect commensurate or proportionate pecuniary return

    b.  Operating purposes other than to provide goods or services at a profit

    c.  Absence of ownership interests like those of business entities.

Entities that clearly fall outside this definition include the following:

**Exhibit D**
**Page 39**

a. All investor-owned entities

b.  Entities that provide dividends, lower costs, or other economic benefits directly and proportionately to their owners, members, or participants, such as mutual insurance entities, credit unions, farm and rural electric cooperatives, and employee benefit plans.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Reinsurance

A transaction in which a reinsurer (assuming entity), for a consideration (premium), assumes all or part of a risk undertaken originally by another insurer (ceding entity). For indemnity reinsurance, the legal rights of the insured are not affected by the reinsurance transaction and the insurance entity issuing the insurance contract remains liable to the insured for payment of policy benefits. Assumption or novation reinsurance contracts that are legal replacements of one insurer by another extinguish the ceding entity's liability to the policyholder.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Transaction Price

**Note:** The following definition is Pending Content; see Transition Guidance in 606-10-65-1

The amount of consideration to which an entity expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third parties.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Underlying Asset

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

An asset that is the subject of a lease for which a right to use that asset has been conveyed to a lessee. The underlying asset could be a physically distinct portion of a single asset.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Variable Interest Entity

A legal entity subject to consolidation according to the provisions of the Variable Interest Entities Subsections of Subtopic 810-10.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

### Variable Lease Payments

**Note**: The following definition is Pending Content; see Transition Guidance in 842-10-65-1.

Payments made by a lessee to a lessor for the right to use an underlying asset that vary because of changes in facts or circumstances occurring after the commencement date, other than the passage of time.

SUBMIT FEEDBACK ?        PERSONAL ANNOTATION ?

**We have updated our Privacy Policy.** By continuing to use this website, you are agreeing to the new Privacy Policy and any updated website Terms.
**NOTICE regarding use of cookies:** We have updated our Privacy Policy to reflect our use of cookies to collect and process data, or to enhance the user experience. By continuing to use this website, you agree to the placement of these cookies and to similar technologies as described in our Privacy Policy.





BROWSE | System Updates | Recently Issued | Cross Reference | Join Sections | Exit

**CODIFICATION**  ?

General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary
General Principles
Presentation
Assets
Liabilities
Equity
Revenue
Expenses
Broad Transactions
Industry
Master Glossary

**OTHER SOURCES**

Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates
Accounting Standards Updates
Proposed Accounting Standards Updates
Other Exposure Documents
Pre-Codification Standards
Concepts Statements
Maintenance Updates

Home    Liabilities    450 Contingencies    20 Loss Contingencies    25 Recognition

DOCUMENT | ARCHIVE | WHAT LINKS HERE

# 450 Contingencies
## 20 Loss Contingencies
### 25 Recognition

**Table of Contents**

Collapse | Expand

450 Contingencies
   20 Loss Contingencies
      25 Recognition
         General
         S25 Recognition

**General Note**: The Recognition Section provides guidance on the required criteria, timing, and location (within the financial statements) for recording a particular item in the financial statements. Disclosure is not recognition.

## General

🔘 COMBINE SUBSECTIONS  ?

> **General Rule**

**25-1**    When a **loss contingency** exists, the likelihood that the future event or events will confirm the loss or impairment of an asset or the incurrence of a liability can range from **probable** to **remote**. As indicated in the definition of **contingency**, the term *loss* is used for convenience to include many charges against income that are commonly referred to as expenses and others that are commonly referred to as losses. The Contingencies Topic uses the terms *probable*, **reasonably possible**, and *remote* to identify three areas within that range.

📧 SUBMIT FEEDBACK ?    ✏ PERSONAL ANNOTATION ?

**25-2** An estimated loss from a loss contingency shall be accrued by a charge to income if both of the following conditions are met:

   a.  Information available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25) indicates that it is probable that an asset had been impaired or a liability had been incurred at the date of the financial statements. Date of the financial statements means the end of the most recent accounting period for which financial statements are being presented. It is implicit in this condition that it must be probable that one or more future events will occur confirming the fact of the loss.

   b.  The amount of loss can be reasonably estimated.

The purpose of those conditions is to require accrual of losses when they are reasonably estimable and relate to the current or a prior period. Paragraphs 450-20-55-1 through 55-17 and Examples 1–2 (see paragraphs 450-20-55-18 through 55-35) illustrate the application of the conditions. As discussed in paragraph 450-20-50-5, disclosure is preferable to accrual when



**Exhibit D
Page 41**

a reasonable estimate of loss cannot be made. Further, even losses that are reasonably estimable shall not be accrued if it is not probable that an asset has been impaired or a liability has been incurred at the date of an entity's financial statements because those losses relate to a future period rather than the current or a prior period. Attribution of a loss to events or activities of the current or prior periods is an element of asset impairment or liability incurrence.

XBRL ELEMENTS ?    SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

> **Assessing Probability of Incurrence of a Loss**

**25-3**    The conditions in the preceding paragraph are not intended to be so rigid that they require virtual certainty before a loss is accrued. Instead, the condition in (a) in the preceding paragraph is intended to proscribe accrual of losses that relate to future periods.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

> **Assessing Whether a Loss Is Reasonably Estimable**

**25-4**    The condition in paragraph 450-20-25-2(b) is intended to prevent accrual in the financial statements of amounts so uncertain as to impair the integrity of those statements.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

**25-5**    That requirement shall not delay accrual of a loss until only a single amount can be reasonably estimated. To the contrary, when the condition in paragraph 450-20-25-2(a) is met and information available indicates that the estimated amount of loss is within a range of amounts, it follows that some amount of loss has occurred and can be reasonably estimated. Thus, when the condition in paragraph 450-20-25-2(a) is met with respect to a particular loss contingency and the reasonable estimate of the loss is a range, the condition in paragraph 450-20-25-2(b) is met and an amount shall be accrued for the loss.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

> **Events After the Date of the Financial Statements**

**25-6**    After the date of an entity's financial statements but before those financial statements are issued or are available to be issued (as discussed in Section 855-10-25), information may become available indicating that an asset was impaired or a liability was incurred after the date of the financial statements or that there is at least a reasonable possibility that an asset was impaired or a liability was incurred after that date. The information may relate to a loss contingency that existed at the date of the financial statements, for example, an asset that was not insured at the date of the financial statements. On the other hand, the information may relate to a loss contingency that did not exist at the date of the financial statements, for example, threat of expropriation of assets after the date of the financial statements or the filing for bankruptcy by an entity whose debt was guaranteed after the date of the financial statements. In none of the cases cited in this paragraph was an asset impaired or a liability incurred at the date of the financial statements, and the condition for accrual in paragraph 450-20-25-2(a) is, therefore, not met.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

**25-7**    If a loss cannot be accrued in the period when it is probable that an asset had been impaired or a liability had been incurred because the amount of loss cannot be reasonably estimated, the loss shall be charged to the income of the period in which the loss can be reasonably estimated and shall not be charged retroactively to an earlier period. All estimated losses for loss contingencies shall be charged to income rather than charging some to income and others to retained earnings as prior period adjustments.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

> **Business Risks**

**25-8**    General or unspecified business risks do not meet the conditions for accrual in paragraph 450-20-25-2, and no accrual for loss shall be made.

SUBMIT FEEDBACK ?    PERSONAL ANNOTATION ?

**Exhibit D**
**Page 42**

Case 3:20-cv-01683-RBM-AHG   Document 40-2   Filed 04/05/21   PageID.470   Page 46 of 46



**Securities and Exchange Commission (SEC)**

**General Note**: The Recognition Section provides guidance on the required criteria, timing, and location (within the financial statements) for recording a particular item in the financial statements. Disclosure is not recognition.

## General

COMBINE SUBSECTIONS

> **Accounting for Legal Costs**

**S25-1**   See paragraph 450-20-S99-2, SEC Staff Announcement: Accounting for Legal Costs Expected to Be Incurred in Connection with a Loss Contingency, for SEC Staff views on the recognition of such costs.

SUBMIT FEEDBACK      PERSONAL ANNOTATION