BRIAN M. LUTZ, SBN 255976
(*application pending*)
  blutz@gibsondunn.com
JEFFREY S. ROSENBERG
(*pro hac vice*)
  jsrosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000

MATTHEW W. CLOSE, SBN 188570
  mclose@omm.com
YUAN (GRACE) ZHONG, SBN 318808
  yzhong@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
  dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone:  212.326.2000

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-CAB-AHG |
| | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY** |
| | <u>Hearing</u><br>Date:          May 10, 2021<br>Courtroom: 15A<br>Judge:        Hon. Cathy Ann Bencivengo |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT** Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, Lynne Powell, Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG, LLC (collectively, "Defendants") respectfully request that the Court take judicial notice of and/or incorporate by reference Exhibit E attached to the accompanying Declaration of Alexander K. Mircheff in support of Defendants' Reply in Support of Defendants' Motion to Dismiss the Amended Complaint ("Motion").

## DISCUSSION

In ruling on a motion to dismiss, the court may consider documents incorporated by reference into the complaint and matters subject to judicial notice. *In re Obalon Therapeutics, Inc.*, 2019 WL 4729461, at *3 (S.D. Cal. Sept. 25, 2019) (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 998, 1002 (9th Cir. 2018) and Fed. R. Evid. 201(b)). The court "can consider documents under the 'incorporation by reference' doctrine when a plaintiff 'refers extensively to the document or the document forms the basis of the plaintiff's claim.'" *Id.* (quoting *Khoja*, 899 F.3d at 1002). In addition, matters are properly subject to judicial notice if they are (1) "generally known within the trial court's territorial jurisdiction[,]" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The Financial Accounting Standards Board's ("FASB") Accounting Standards Codification ("ASC") 606 may be considered in ruling on Defendants' Motion. Accounting guidance, such as that promulgated by FASB, is subject to judicial notice. *See, e.g.*, *In re Seracare Life Scis., Inc.*, 2007 WL 935583, at *4 (S.D. Cal. Mar. 19, 2007). Like the Accounting Research Bulletin 43 standard that was judicially noticed in *In re Seracare Life Sciences*, ASC 606 is not subject to reasonable dispute. The

Gibson, Dunn & Crutcher LLP

1

standard is capable of accurate and ready determination and the authenticity of the standard cannot reasonably be questioned.

Furthermore, Plaintiffs cite frequently to ASC 606 in their Amended Complaint and Opposition, *see* Am. Compl. ¶ 72; Opp'n 11–12, qualifying it for consideration under the incorporation by reference doctrine and reinforcing that the standard is not subject to reasonable dispute for the purposes of judicial notice.

Defendants therefore respectfully request that the Court take judicial notice of the excerpts of ASC 606, submitted as Exhibit E to the Mircheff Declaration.

<u>**CONCLUSION**</u>

For the foregoing reasons, Defendants respectfully request the Court take judicial notice of Exhibit E to the Mircheff Declaration and consider Exhibit E incorporated by reference, in ruling on Defendants' Motion.

Dated: July 19, 2021

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Alexander K. Mircheff*
Brian M. Lutz
Jeffrey S. Rosenberg
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Email: blutz@gibsondunn.com
Email: jsrosenberg@gibsondunn.com

Alexander K. Mircheff
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: amircheff@gibsondunn.com

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

Gibson, Dunn &
Crutcher LLP

2

O'MELVENY & MEYERS LLP

By: *s/ Daniel L. Cantor*
Matthew W. Close
Yuan (Grace) Zhong
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Email: mclose@omm.com
Email: yzhong@omm.com

Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: 212.326.2000
Email: dcantor@omm.com

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above listed counsel, and that I have obtained authorization to affix all electronic signatures to this document.

Dated: July 19, 2021

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Alexander K. Mircheff*
Alexander K. Mircheff

Gibson, Dunn & Crutcher LLP

3