BRIAN M. LUTZ, SBN 255976
(*application pending*)
   blutz@gibsondunn.com
JEFFREY S. ROSENBERG
(*pro hac vice*)
   jsrosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
   amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000

MATTHEW W. CLOSE, SBN 188570
   mclose@omm.com
YUAN (GRACE) ZHONG, SBN 318808
   yzhong@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
   dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone:  212.326.2000

*Attorneys for Defendants Progenity, Inc.,
Harry Stylli, Eric d'Esparbes, Jeffrey Alter,
John Bigalke, Jeffrey Ferrell, Brian L.
Kotzin, Samuel Nussbaum, and Lynne
Powell*

*Attorneys for Defendants Piper Sandler
& Co., Wells Fargo Securities, LLC,
Robert W. Baird & Co. Incorporated,
Raymond James & Associates, Inc., and
BTIG LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-CAB-AHG |
| | **DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY AND REQUEST FOR ORAL ARGUMENT** |
| | Judge:      Hon. Cathy Ann Bencivengo |

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF REPLY AND REQUEST FOR ORAL ARGUMENT
CASE NO. 20CV1683-CAB-AHG

Plaintiffs' so-called Opposition to Defendants' Request for Judicial Notice and Request for Oral Argument (Doc. No. 45) should be rejected for multiple reasons, including because it is an improper sur-reply.  Regardless, Defendants would be pleased to present oral argument on any issues the Court wishes.

## I.   THE COURT CAN CONSIDER ASC 606, A STANDARD ON WHICH PLAINTIFFS HEAVILY RELY

Plaintiffs do not dispute that excerpts of Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 606 were accurately quoted in Defendants' Reply.  Rather, they simply complain about the source material for the excerpts that were attached as Exhibit E.  *See* Pls.' Opp'n Req. Judicial Notice & Req. Oral Argument 1.  Although Plaintiffs' argument exalts form over substance, for avoidance of doubt, Defendants have attached a copy of ASC 606 taken from the FASB website as Exhibit F.  But Defendants' basic point regarding incorporation by reference remains the same and is essentially unrefuted: Plaintiffs relied throughout their papers on ASC 606 without seeking judicial notice or attaching excerpts.  *See* Defs.' Req. Judicial Notice 2 (citing Am. Compl. ¶ 72; Opp'n 11–12).  Plaintiffs should not be permitted to rely on portions of ASC 606 while shielding its text from the Court.  ASC 606 can be properly considered by this Court.

## II.   PLAINTIFFS' SUBMISSION IS AN IMPROPER SUR-REPLY AND SHOULD BE STRICKEN FROM THE RECORD

Despite its styling as an "Opposition to Defendants' Request for Judicial Notice [and] Request for Oral Argument," Plaintiffs' submission is an improper sur-reply that should be stricken from the record.  The Local Rules provide for the filing of a motion, an opposition, and a reply.  *See* L.R. 7.1.  Briefing is therefore complete, and "[t]he Local Rules do not provide for the filing of a surreply." *Daniels v. ComUnity Lending, Inc.*, 2015 WL 2338713, at *4 (S.D. Cal. May 12, 2015), *aff'd*, 621 F. App'x 427 (9th Cir. 2015).

"[A] party must seek leave of the court to file a surreply," which may be allowed "only 'where a valid reason for such additional briefing exists, such as where the

1

movant raises new arguments in its reply brief.'" *Daniels*, 2015 WL 2338713, at *4 (quoting *Brown v. Harris*, 2014 WL 711027, at *1 (E.D. Cal. Feb. 21, 2014)). Plaintiffs did not seek leave, but instead attempted to smuggle an improper sur-reply before the Court in the form of their present "Opposition" and "Request." "Because a party may not file a sur-reply without leave of court and plaintiff never obtained such leave, the Court has the authority to strike or disregard the sur-reply." *Diamond v. Lockwood*, 2015 WL 11215848, at *1 (C.D. Cal. Nov. 19, 2015).

Even if Plaintiffs had sought leave to file a sur-reply, they identify no valid reason for additional briefing. Plaintiffs argue that Defendants' Reply "raised new arguments, misrepresented Plaintiffs' arguments, mischaracterized the facts, and misapplied case law." Pls.' Opp'n Req. Judicial Notice & Req. Oral Argument 2–3. Not so. Arguments are not new when "Defendant's reply and attached exhibits merely respond to the arguments raised by [Plaintiffs] in their opposition, which is in keeping with the nature and purpose of a response." *Whitewater West Indus., Ltd. v. Pacific Surf Designs, Inc.*, 2018 WL 3198800, at *1 (S.D. Cal. June 26, 2018). That is just what the Reply did. Plaintiffs' submission "is merely an attempt to have the last word on [the] issue[s]. This is precisely why Courts so thoroughly disfavor requests to file sur-replies," regardless of how creatively they are named. *Id.*

The Court should strike Plaintiffs' improper sur-reply from the record.

\* \* \*

Defendants oppose Plaintiffs' submission in that it constitutes an improper sur-reply. Nonetheless, should the Court wish, Defendants would be pleased to present oral argument on any issues raised in the briefing.

Gibson, Dunn & Crutcher LLP

2

Dated: July 29, 2021

GIBSON, DUNN & CRUTCHER LLP

By: _s/ Alexander K. Mircheff_
    Brian M. Lutz
    Jeffrey S. Rosenberg
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Telephone: 415.393.8200
    Email: blutz@gibsondunn.com
    Email: jsrosenberg@gibsondunn.com

    Alexander K. Mircheff
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
    Email: amircheff@gibsondunn.com

    *Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

O'MELVENY & MEYERS LLP

By: _s/ Daniel L. Cantor_
    Matthew W. Close

    Yuan (Grace) Zhong
    400 South Hope Street
    Los Angeles, CA 90071-2899
    Telephone: 213.430.6000
    Email: mclose@omm.com
    Email: yzhong@omm.com

    Daniel L. Cantor
    Times Square Tower
    7 Times Square
    New York, NY 10036-6537
    Telephone: 212.326.2000
    Email: dcantor@omm.com

    *Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

3

Gibson, Dunn & Crutcher LLP

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above listed counsel, and that I have obtained authorization to affix all electronic signatures to this document.

Dated: July 29, 2021                    GIBSON, DUNN & CRUTCHER LLP

By: *s/ Alexander K. Mircheff*
Alexander K. Mircheff

DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY AND REQUEST FOR ORAL ARGUMENT
CASE NO. 20CV1683-CAB-AHG

Gibson, Dunn & Crutcher LLP