| | |
|---|---|
| BRIAN M. LUTZ, SBN 255976<br>  blutz@gibsondunn.com<br>JEFFREY S. ROSENBERG<br>(*pro hac vice*)<br>  jsrosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br><br>ALEXANDER K. MIRCHEFF, SBN 245074<br>  amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br><br>*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell* | MATTHEW W. CLOSE, SBN 188570<br>  mclose@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: 213.430.6000<br><br>DANIEL L. CANTOR<br>(*pro hac vice*)<br>  dcantor@omm.com<br>O'MELVENY & MEYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537<br>Telephone: 212.326.2000<br><br>*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-CAB-AHG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT** Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, Lynne Powell, Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG, LLC (collectively, "Defendants") hereby move the Court, pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Second Amended Class Action Complaint (Doc. No. 49).  Defendants' motion is based on the following grounds: (1) Plaintiffs fail to plead a materially false or misleading statement or omission under Section 11 of the Securities Act of 1933 (the "Securities Act"); (2) Plaintiffs fail to plead a violation of Items 303 and 105 of U.S. Securities and Exchange Commission Regulation S-K; and (3) Plaintiffs fail to plead control person liability under Section 15 of the Securities Act.

This motion is based on: this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Alexander K. Mircheff and attached exhibits; the Request for Judicial Notice; all pleadings and documents filed in this case; and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 15, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | By: /s/ *Alexander K. Mircheff* |
| | | Brian M. Lutz |
| 4 | | Jeffrey S. Rosenberg |
| | | 555 Mission Street, Suite 3000 |
| 5 | | San Francisco, CA 94105-0921 |
| | | Telephone: 415.393.8200 |
| 6 | | Email: blutz@gibsondunn.com |
| | | Email: jsrosenberg@gibsondunn.com |

Alexander K. Mircheff
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: amircheff@gibsondunn.com

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

O'MELVENY & MEYERS LLP

By: /s/ *Daniel L. Cantor*
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: 212.326.2000
Email: dcantor@omm.com

Matthew W. Close
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Email: mclose@omm.com

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above listed counsel, and that I have obtained authorization to affix all electronic signatures to this document.

Dated: November 15, 2021   GIBSON, DUNN & CRUTCHER LLP

By: */s/ Alexander K. Mircheff*
Alexander K. Mircheff