BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
JEFFREY S. ROSENBERG
(*pro hac vice*)
    jsrosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
    amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

*Attorneys for Defendants Progenity, Inc.,
Harry Stylli, Eric d'Esparbes, Jeffrey Alter,
John Bigalke, Jeffrey Ferrell, Brian L.
Kotzin, Samuel Nussbaum, and Lynne
Powell*

MATTHEW W. CLOSE, SBN 188570
    mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
    dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone:  212.326.2000

*Attorneys for Defendants Piper Sandler
& Co., Wells Fargo Securities, LLC,
Robert W. Baird & Co. Incorporated,
Raymond James & Associates, Inc., and
BTIG LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-CAB-AHG |
| | **DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |
| | Judge:      Hon. Cathy Ann Bencivengo |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE
CASE NO. 20CV1683-CAB-AHG

I, ALEXANDER K. MIRCHEFF, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Progenity, Inc. ("Progenity"), Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell in the above-captioned case.  I make this Declaration in support of Defendants' Motion to Dismiss and Request for Judicial Notice, filed concurrently herewith.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Yahoo! Finance's record and representation of Progenity's stock price between June 19, 2020, and November 10, 2021, available at https://yhoo.it/3tb4iXe (last visited November 11, 2021).

3.      Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of the Financial Accounting Standards Board's ("FASB") Accounting Standards Codification ("ASC") 606, available at https://asc.fasb.org (last accessed November 11, 2021).

4.      Attached hereto as **Exhibit C** are excerpts of a true and correct copy of Progenity's Prospectus on Form 424B4, dated June 19, 2020, and filed with the U.S. Securities and Exchange Commission on June 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration is executed on this 15th day of November, 2021, at Los Angeles, California.


By: _/s/ Alexander K. Mircheff_
       Alexander K. Mircheff
       amircheff@gibsondunn.com

Gibson, Dunn &
Crutcher LLP

DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE
CASE NO. 20CV1683-CAB-AHG

*In re Progenity Securities Litigation,* **Case No. 20cv1683-CAG-AHG**
**Table of Exhibits Pursuant to Electronic Filing Procedures Section II(k)**

Exhibit A.................................................................................................................1
Exhibit B...............................................................................................................14
Exhibit C...............................................................................................................16

# EXHIBIT A

**Yahoo! Finance - Progenity's Stock Price**
**(last accessed November 11, 2021)**



**Home**    Mail    News    Finance    Sports    Entertainment    Search    Mobile    More...

**Yahoo! finance**

Sign in          Mail

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Yahoo Finance Plus** ☐    **Markets**    **News**    [  ] ?    **Try it free**

| | | | |
|---|---|---|---|
| **S&P Futures** | **Dow Futures** | **Nasdaq Futures** | **Russell 2000 Futures** |
| 4,659.00 | 36,024.00 | 16,107.25 | 2,399.50 |
| +17.00 (+0.37%) | +32.00 (+0.09%) | +126.75 (+0.79%) | +10.20 (+0.43%) |

**U.S. markets open in 28 minutes**

## Progenity, Inc. (PROG)
NasdaqGM - NasdaqGM Real Time Price. Currency in USD

( Add to watchlist )   ( 2W  10W  9M )

**3.5200** +0.1100 (+3.23%)    **3.15** -0.37 (-10.5114%)
At close: November 10 4:00PM EST    Pre-Market: 09:02AM EST

Summary    Company Outlook ☐    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Jun 18, 2020 - Nov 10, 2021    Show: Historical Prices    Frequency: Daily    Apply

Currency in USD    Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 10, 2021 | 3.4700 | 3.8400 | 3.3800 | 3.5200 | 3.5200 | 51,094,900 |
| Nov 09, 2021 | 3.5300 | 3.5400 | 3.2800 | 3.4100 | 3.4100 | 19,552,700 |
| Nov 08, 2021 | 3.5900 | 3.7200 | 3.3560 | 3.5400 | 3.5400 | 27,972,200 |
| Nov 05, 2021 | 3.6850 | 4.0850 | 3.3800 | 3.5200 | 3.5200 | 73,870,900 |
| Nov 04, 2021 | 3.1300 | 3.7200 | 3.1200 | 3.6000 | 3.6000 | 70,378,400 |
| Nov 03, 2021 | 3.1300 | 3.3300 | 3.0000 | 3.1100 | 3.1100 | 26,214,600 |
| Nov 02, 2021 | 3.3400 | 3.5000 | 2.8500 | 3.4000 | 3.4000 | 58,801,000 |
| Nov 01, 2021 | 3.5800 | 3.7500 | 3.3400 | 3.4700 | 3.4700 | 35,409,700 |
| Oct 29, 2021 | 3.7700 | 3.9200 | 3.4650 | 3.6000 | 3.6000 | 34,092,500 |
| Oct 28, 2021 | 3.6800 | 3.9700 | 3.3400 | 3.8700 | 3.8700 | 59,771,000 |
| Oct 27, 2021 | 3.8500 | 4.4300 | 3.6100 | 3.7500 | 3.7500 | 120,932,200 |



Yahoo Finance Plus

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| BBIG | 4.3700 | -0.0700 | -1.58% |

Vinco Ventures, Inc.                Exhibit A

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct 26, 2021 | 4.0000 | 4.3500 | 3.3100 | 3.9900 | 3.9900 | 253,896,100 |
| Oct 25, 2021 | 3.0500 | 3.4800 | 2.9700 | 3.3800 | 3.3800 | 139,662,900 |
| Oct 22, 2021 | 2.3400 | 3.3300 | 2.2300 | 2.9600 | 2.9600 | 188,360,600 |
| Oct 21, 2021 | 2.7380 | 2.8400 | 2.3000 | 2.5000 | 2.5000 | 68,050,500 |
| Oct 20, 2021 | 2.8400 | 2.9200 | 2.6600 | 2.7200 | 2.7200 | 72,221,000 |
| Oct 19, 2021 | 3.2200 | 3.5500 | 2.7600 | 3.0000 | 3.0000 | 272,890,600 |
| Oct 18, 2021 | 2.3100 | 3.0800 | 2.2500 | 2.9900 | 2.9900 | 352,090,800 |
| Oct 15, 2021 | 2.1200 | 2.2700 | 2.0600 | 2.1400 | 2.1400 | 71,542,000 |
| Oct 14, 2021 | 2.1300 | 2.3500 | 2.0500 | 2.0900 | 2.0900 | 93,034,200 |
| Oct 13, 2021 | 2.4300 | 2.4900 | 1.9900 | 2.0400 | 2.0400 | 161,048,500 |
| Oct 12, 2021 | 2.1000 | 2.7000 | 1.9400 | 2.2200 | 2.2200 | 346,180,600 |
| Oct 11, 2021 | 1.3700 | 2.1500 | 1.3600 | 2.1400 | 2.1400 | 204,604,600 |
| Oct 08, 2021 | 1.3600 | 1.3900 | 1.2800 | 1.3500 | 1.3500 | 47,471,600 |
| Oct 07, 2021 | 1.5000 | 1.5200 | 1.3300 | 1.4000 | 1.4000 | 48,211,600 |
| Oct 06, 2021 | 1.4200 | 1.5300 | 1.3900 | 1.4300 | 1.4300 | 56,122,000 |
| Oct 05, 2021 | 1.5500 | 1.5600 | 1.2100 | 1.3600 | 1.3600 | 99,337,400 |
| Oct 04, 2021 | 1.7400 | 2.1700 | 1.3400 | 1.4000 | 1.4000 | 239,319,200 |
| Oct 01, 2021 | 1.8900 | 2.2000 | 1.5600 | 1.7900 | 1.7900 | 249,225,500 |
| Sep 30, 2021 | 1.2300 | 1.5800 | 1.2200 | 1.5200 | 1.5200 | 107,105,800 |
| Sep 29, 2021 | 0.8940 | 1.0800 | 0.8900 | 1.0800 | 1.0800 | 22,054,300 |
| Sep 28, 2021 | 0.9080 | 0.9100 | 0.8630 | 0.8870 | 0.8870 | 5,769,100 |
| Sep 27, 2021 | 0.9100 | 0.9290 | 0.8660 | 0.9020 | 0.9020 | 3,826,300 |
| Sep 24, 2021 | 0.9610 | 0.9610 | 0.9000 | 0.9000 | 0.9000 | 3,993,600 |
| Sep 23, 2021 | 0.9000 | 0.9750 | 0.8890 | 0.9540 | 0.9540 | 5,388,400 |
| Sep 22, 2021 | 0.9300 | 0.9320 | 0.8890 | 0.9050 | 0.9050 | 6,390,400 |
| Sep 21, 2021 | 0.9500 | 0.9690 | 0.9200 | 0.9210 | 0.9210 | 6,812,500 |
| Sep 20, 2021 | 0.9570 | 1.0200 | 0.9360 | 0.9450 | 0.9450 | 11,294,100 |
| Sep 17, 2021 | 1.0390 | 1.0500 | 1.0000 | 1.0100 | 1.0100 | 6,169,300 |
| Sep 16, 2021 | 0.9650 | 1.0900 | 0.9410 | 1.0300 | 1.0300 | 16,064,000 |
| Sep 15, 2021 | 1.0100 | 1.0300 | 0.9550 | 0.9660 | 0.9660 | 11,654,600 |
| Sep 14, 2021 | 1.1100 | 1.2000 | 0.9900 | 1.0200 | 1.0200 | 54,336,700 |
| Sep 13, 2021 | 0.9940 | 1.0100 | 0.9320 | 0.9400 | 0.9400 | 9,056,000 |
| Sep 10, 2021 | 1.0500 | 1.0600 | 1.0090 | 1.0200 | 1.0200 | 4,736,500 |
| Sep 09, 2021 | 0.9900 | 1.0800 | 0.9900 | 1.0600 | 1.0600 | 6,586,200 |
| Sep 08, 2021 | 1.0510 | 1.0900 | 0.9660 | 1.0600 | 1.0600 | 10,618,100 |
| Sep 07, 2021 | 1.1750 | 1.1900 | 1.0600 | 1.0700 | 1.0700 | 12,461,000 |

| | | | |
|---|---|---|---|
| **ATER** | 6.22 | -0.79 | -11.27% |
| Aterian, Inc. | | | |
| **METX** | 0.5559 | -0.1278 | -18.69% |
| Meten Holding Group Ltd. | | | |
| **FAMI** | 0.3210 | -0.0199 | -5.84% |
| Farmmi, Inc. | | | |
| **PHUN** | 3.9000 | -0.1800 | -4.41% |
| Phunware, Inc. | | | |

## Earnings

○ Consensus EPS



## Financials

**Annual**  Quarterly

■ Revenue  ■ Earnings



Exhibit A

Page 4

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Sep 03, 2021 | 1.0600 | 1.2500 | 1.0500 | 1.1100 | 1.1100 | 26,651,800 |
| Sep 02, 2021 | 0.9840 | 1.0780 | 0.9270 | 1.0500 | 1.0500 | 15,997,800 |
| Sep 01, 2021 | 0.9290 | 1.0700 | 0.9100 | 0.9770 | 0.9770 | 35,183,100 |
| Aug 31, 2021 | 0.8120 | 0.9140 | 0.7950 | 0.8900 | 0.8900 | 18,656,600 |
| Aug 30, 2021 | 0.7800 | 0.8630 | 0.7550 | 0.8000 | 0.8000 | 18,284,000 |
| Aug 27, 2021 | 0.7800 | 0.7800 | 0.7450 | 0.7550 | 0.7550 | 7,651,100 |
| Aug 26, 2021 | 0.7950 | 0.7980 | 0.7330 | 0.7670 | 0.7670 | 7,861,200 |
| Aug 25, 2021 | 0.8350 | 0.8350 | 0.7610 | 0.8090 | 0.8090 | 9,397,400 |
| Aug 24, 2021 | 0.7400 | 0.8400 | 0.7200 | 0.8200 | 0.8200 | 15,696,000 |
| Aug 23, 2021 | 0.6940 | 0.7580 | 0.6860 | 0.7570 | 0.7570 | 20,797,600 |
| Aug 20, 2021 | 0.7050 | 0.7280 | 0.6570 | 0.6740 | 0.6740 | 45,726,800 |
| Aug 19, 2021 | 1.6000 | 1.6500 | 1.4700 | 1.4900 | 1.4900 | 3,138,000 |
| Aug 18, 2021 | 1.6700 | 1.7000 | 1.6000 | 1.6000 | 1.6000 | 522,800 |
| Aug 17, 2021 | 1.5200 | 1.7500 | 1.5000 | 1.6800 | 1.6800 | 1,684,700 |
| Aug 16, 2021 | 1.6500 | 1.6600 | 1.5500 | 1.5700 | 1.5700 | 905,700 |
| Aug 13, 2021 | 1.6800 | 1.7100 | 1.5100 | 1.6600 | 1.6600 | 1,788,100 |
| Aug 12, 2021 | 1.8200 | 1.8400 | 1.7200 | 1.7400 | 1.7400 | 1,416,500 |
| Aug 11, 2021 | 1.8500 | 1.8500 | 1.7700 | 1.8100 | 1.8100 | 828,700 |
| Aug 10, 2021 | 1.8710 | 1.9090 | 1.7500 | 1.8300 | 1.8300 | 2,150,600 |
| Aug 09, 2021 | 1.9500 | 1.9800 | 1.8400 | 1.8800 | 1.8800 | 1,683,300 |
| Aug 06, 2021 | 1.9200 | 1.9540 | 1.8800 | 1.9400 | 1.9400 | 890,500 |
| Aug 05, 2021 | 1.8900 | 1.9800 | 1.8100 | 1.9500 | 1.9500 | 2,056,300 |
| Aug 04, 2021 | 1.9700 | 1.9900 | 1.8700 | 1.8800 | 1.8800 | 2,056,100 |
| Aug 03, 2021 | 2.0500 | 2.0600 | 1.9600 | 1.9700 | 1.9700 | 1,445,800 |
| Aug 02, 2021 | 2.2000 | 2.2050 | 1.9800 | 2.1000 | 2.1000 | 3,768,400 |
| Jul 30, 2021 | 2.2800 | 2.3400 | 2.1900 | 2.2500 | 2.2500 | 1,126,400 |
| Jul 29, 2021 | 2.4800 | 2.5800 | 2.1800 | 2.2100 | 2.2100 | 3,947,900 |
| Jul 28, 2021 | 2.4000 | 2.5600 | 2.4000 | 2.4500 | 2.4500 | 993,400 |
| Jul 27, 2021 | 2.5260 | 2.6000 | 2.3640 | 2.4200 | 2.4200 | 1,482,500 |
| Jul 26, 2021 | 2.4600 | 2.7100 | 2.4600 | 2.5600 | 2.5600 | 1,018,900 |
| Jul 23, 2021 | 2.5800 | 2.6400 | 2.4400 | 2.5000 | 2.5000 | 919,500 |
| Jul 22, 2021 | 2.4900 | 2.6600 | 2.4600 | 2.5800 | 2.5800 | 1,568,200 |

## Recommendation Trends



- **Strong Buy**
- **Buy**
- **Hold**
- **Underperform**
- **Sell**

## Recommendation Rating



| 1 Strong Buy | 2 Buy | 3 Hold | 4 Under- perform | 5 Sell |
|---|---|---|---|---|

## Analyst Price Targets (2)



Average 3.00

Low 2.00    High 4.00
Current 3.52

## Upgrades & Downgrades



| Initiated | HC Wainwright & Co.: to Buy | 10/14/2021 |
|---|---|---|
| Downgrade | Raymond James: Outperform to MarketPerform | 6/3/2021 |

Exhibit A
Page 5

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jul 21, 2021 | 2.4000 | 2.6800 | 2.4000 | 2.5500 | 2.5500 | 1,652,100 |
| Jul 20, 2021 | 2.5400 | 2.6300 | 2.3900 | 2.3900 | 2.3900 | 3,483,900 |
| Jul 19, 2021 | 2.3700 | 2.6000 | 2.3400 | 2.5700 | 2.5700 | 2,270,500 |
| Jul 16, 2021 | 2.6200 | 2.6200 | 2.3750 | 2.4200 | 2.4200 | 5,129,600 |
| Jul 15, 2021 | 2.6400 | 2.6500 | 2.5100 | 2.5700 | 2.5700 | 713,800 |
| Jul 14, 2021 | 2.8500 | 2.9000 | 2.6000 | 2.6300 | 2.6300 | 1,308,200 |
| Jul 13, 2021 | 3.0100 | 3.0700 | 2.8500 | 2.8800 | 2.8800 | 1,672,400 |
| Jul 12, 2021 | 3.0800 | 3.1300 | 2.9600 | 3.0100 | 3.0100 | 1,054,800 |
| Jul 09, 2021 | 3.0100 | 3.2000 | 2.9600 | 3.0300 | 3.0300 | 2,321,200 |
| Jul 08, 2021 | 3.0000 | 3.0600 | 2.9300 | 2.9600 | 2.9600 | 1,180,600 |
| Jul 07, 2021 | 3.2150 | 3.3000 | 2.9100 | 3.0900 | 3.0900 | 1,620,200 |
| Jul 06, 2021 | 3.3800 | 3.3800 | 3.1300 | 3.2000 | 3.2000 | 1,299,000 |
| Jul 02, 2021 | 3.4300 | 3.4400 | 3.2000 | 3.3900 | 3.3900 | 2,187,400 |
| Jul 01, 2021 | 3.5500 | 3.5700 | 3.3200 | 3.4100 | 3.4100 | 1,204,800 |
| Jun 30, 2021 | 3.4300 | 3.6800 | 3.4100 | 3.5700 | 3.5700 | 931,500 |
| Jun 29, 2021 | 3.7500 | 3.8000 | 3.4200 | 3.5600 | 3.5600 | 1,740,800 |
| Jun 28, 2021 | 3.8600 | 3.9000 | 3.6500 | 3.7400 | 3.7400 | 1,771,100 |
| Jun 25, 2021 | 3.6500 | 3.9500 | 3.4700 | 3.9500 | 3.9500 | 5,695,100 |
| Jun 24, 2021 | 3.4090 | 3.7400 | 3.2700 | 3.5500 | 3.5500 | 5,196,400 |
| Jun 23, 2021 | 3.2000 | 3.4000 | 3.1100 | 3.3700 | 3.3700 | 1,825,500 |
| Jun 22, 2021 | 3.3290 | 3.3800 | 3.1100 | 3.2500 | 3.2500 | 1,394,700 |
| Jun 21, 2021 | 3.0100 | 3.2500 | 2.8100 | 3.2500 | 3.2500 | 2,462,500 |
| Jun 18, 2021 | 3.0500 | 3.0500 | 2.9300 | 3.0100 | 3.0100 | 1,273,400 |
| Jun 17, 2021 | 3.0700 | 3.2300 | 3.0100 | 3.0800 | 3.0800 | 995,400 |
| Jun 16, 2021 | 3.0500 | 3.1400 | 2.9200 | 3.1400 | 3.1400 | 1,988,500 |
| Jun 15, 2021 | 3.2300 | 3.2800 | 2.9050 | 3.1400 | 3.1400 | 3,215,100 |
| Jun 14, 2021 | 3.2440 | 3.6900 | 3.0200 | 3.1700 | 3.1700 | 10,903,800 |
| Jun 11, 2021 | 2.6100 | 3.4000 | 2.6000 | 3.2100 | 3.2100 | 22,657,000 |
| Jun 10, 2021 | 2.4400 | 2.5200 | 2.3700 | 2.4900 | 2.4900 | 4,083,200 |
| Jun 09, 2021 | 2.4600 | 2.8000 | 2.3600 | 2.6800 | 2.6800 | 4,417,800 |
| Jun 08, 2021 | 2.3700 | 2.4200 | 2.2800 | 2.3600 | 2.3600 | 2,119,200 |
| Jun 07, 2021 | 2.2100 | 2.3800 | 2.2000 | 2.3700 | 2.3700 | 4,113,800 |
| Jun 04, 2021 | 2.3760 | 2.4500 | 2.0900 | 2.2000 | 2.2000 | 5,934,800 |
| Jun 03, 2021 | 2.1900 | 2.2000 | 2.0400 | 2.1100 | 2.1100 | 4,263,400 |
| Jun 02, 2021 | 2.6000 | 2.6400 | 2.1500 | 2.1900 | 2.1900 | 3,452,700 |
| Jun 01, 2021 | 2.6900 | 2.8600 | 2.6100 | 2.8600 | 2.8600 | 546,900 |

| | | | |
|---|---|---|---|
| Downgrade | Baird: Outperform to Neutral | 6/3/2021 |
| Maintains | Wells Fargo: to Underweight | 5/17/2021 |
| Maintains | Raymond James: to Outperform | 5/14/2021 |
| Downgrade | Wells Fargo: Overweight to Underweight | 2/8/2021 |

**Company Profile**

4330 La Jolla Village Drive
Suite 200
San Diego, CA 92122
United States
855 293 2639
http://www.progenity.com
Sector(s): Healthcare
Industry: Biotechnology
Full Time Employees: 511

Progenity, Inc., a biotechnology company, provides develops and commercializes molecular testing products in the United States. It offers Innatal, a noninvasive prenatal screening test offered to women early in pregnancy to screen for chromosome abnormalities, such as down syndrome, trisomy 18, trisomy 13, and sex chromosome disorders through the analysis of cell-free DNA; Preparent that screens for carrier status of hereditary diseases prior to or early in pregnancy; and Riscover, a hereditary cancer screen that analyzes 31 genes associated with inherited risk of 12 types of cancers, including the BRCA1/2 genes for hereditary breast, ovarian, colorectal, endometrial, pancreatic, and other cancer syndromes, as well as for the five genes associated with Lynch syndrome. The company also provides Resura, a noninvasive prenatal test for families at risk for rare single gene disorders; and Preecludia, a preeclampsia rule-out test. In addition, it offers anatomic and molecular pathology tests, and COVID-19 PCR testing services, as well as test products that includes chromosomal microarray for pregnancy loss, which evaluates the genetic cause of miscarriage; maternal serum screening for chromosomal disorders; and preimplantation genetic testing for use with artificial reproductive technologies. Further, the company develops therapeutic solutions for gastrointestinal-related disorders, such as PGN-001, PGN-300, PGN-600, and PGN-OB2. It also owns and operates laboratory. Progenity, Inc. was formerly known as Ascendant MDX, Inc. and changed its name to Progenity, Inc. in November 2013. The company was founded in 2010 and is headquartered in San Diego, California.

Exhibit A
Page 6

More about Progenity, Inc.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| May 28, 2021 | 2.6600 | 2.7500 | 2.4830 | 2.5900 | 2.5900 | 370,500 |
| May 27, 2021 | 2.4700 | 2.6600 | 2.4100 | 2.6500 | 2.6500 | 345,200 |
| May 26, 2021 | 2.4000 | 2.5000 | 2.3600 | 2.4700 | 2.4700 | 348,900 |
| May 25, 2021 | 2.4800 | 2.5600 | 2.3900 | 2.4200 | 2.4200 | 254,700 |
| May 24, 2021 | 2.4900 | 2.5000 | 2.2700 | 2.4900 | 2.4900 | 518,000 |
| May 21, 2021 | 2.7000 | 2.7800 | 2.4100 | 2.4500 | 2.4500 | 651,200 |
| May 20, 2021 | 2.3000 | 2.8200 | 2.3000 | 2.6500 | 2.6500 | 1,987,100 |
| May 19, 2021 | 2.2000 | 2.2500 | 2.1100 | 2.2400 | 2.2400 | 1,263,000 |
| May 18, 2021 | 2.2700 | 2.3500 | 2.1900 | 2.2000 | 2.2000 | 834,200 |
| May 17, 2021 | 2.3700 | 2.4200 | 2.2000 | 2.2600 | 2.2600 | 518,100 |
| May 14, 2021 | 2.4500 | 2.5600 | 2.2800 | 2.3600 | 2.3600 | 637,700 |
| May 13, 2021 | 2.4400 | 2.4400 | 2.2700 | 2.3500 | 2.3500 | 492,700 |
| May 12, 2021 | 2.4800 | 2.6700 | 2.3800 | 2.3900 | 2.3900 | 430,100 |
| May 11, 2021 | 2.3300 | 2.6000 | 2.2000 | 2.5000 | 2.5000 | 574,100 |
| May 10, 2021 | 2.7500 | 2.7700 | 2.3400 | 2.3500 | 2.3500 | 1,101,300 |
| May 07, 2021 | 2.8700 | 2.9700 | 2.6900 | 2.7200 | 2.7200 | 389,700 |
| May 06, 2021 | 3.0500 | 3.0500 | 2.7500 | 2.8600 | 2.8600 | 746,000 |
| May 05, 2021 | 3.1300 | 3.2040 | 3.0500 | 3.0900 | 3.0900 | 286,700 |
| May 04, 2021 | 3.3300 | 3.3500 | 3.0280 | 3.1300 | 3.1300 | 410,600 |
| May 03, 2021 | 3.1900 | 3.5500 | 3.1900 | 3.3800 | 3.3800 | 623,100 |
| Apr 30, 2021 | 3.0600 | 3.1700 | 3.0600 | 3.1600 | 3.1600 | 326,600 |
| Apr 29, 2021 | 3.0600 | 3.1000 | 3.0000 | 3.0500 | 3.0500 | 404,600 |
| Apr 28, 2021 | 3.1600 | 3.1900 | 3.0000 | 3.0200 | 3.0200 | 277,000 |
| Apr 27, 2021 | 3.1400 | 3.2500 | 3.0200 | 3.1500 | 3.1500 | 362,000 |
| Apr 26, 2021 | 3.0600 | 3.1600 | 2.9400 | 3.1400 | 3.1400 | 491,200 |
| Apr 23, 2021 | 3.0300 | 3.0900 | 2.9800 | 3.0400 | 3.0400 | 368,500 |
| Apr 22, 2021 | 3.1000 | 3.1800 | 2.9800 | 3.0200 | 3.0200 | 388,900 |
| Apr 21, 2021 | 3.0100 | 3.1650 | 2.9300 | 2.9900 | 2.9900 | 445,300 |
| Apr 20, 2021 | 3.1200 | 3.2600 | 2.9900 | 3.0100 | 3.0100 | 294,000 |
| Apr 19, 2021 | 3.3900 | 3.3900 | 3.0300 | 3.1800 | 3.1800 | 342,700 |
| Apr 16, 2021 | 3.4500 | 3.5000 | 3.2260 | 3.3700 | 3.3700 | 353,900 |
| Apr 15, 2021 | 3.4900 | 3.5400 | 3.3100 | 3.4100 | 3.4100 | 320,600 |
| Apr 14, 2021 | 3.5500 | 3.7800 | 3.4500 | 3.5000 | 3.5000 | 424,700 |
| Apr 13, 2021 | 3.7400 | 3.7500 | 3.4500 | 3.5200 | 3.5200 | 331,700 |
| Apr 12, 2021 | 3.9100 | 4.0000 | 3.7200 | 3.7500 | 3.7500 | 738,500 |

Advertise with us

Data Disclaimer  Help  Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2021 Yahoo. All rights reserved.

Exhibit A

Page 7

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Apr 09, 2021 | 4.1000 | 4.1000 | 3.8400 | 3.8700 | 3.8700 | 332,300 |
| Apr 08, 2021 | 4.3200 | 4.3300 | 3.9700 | 4.0600 | 4.0600 | 330,100 |
| Apr 07, 2021 | 4.6100 | 4.6500 | 4.2100 | 4.2400 | 4.2400 | 286,000 |
| Apr 06, 2021 | 4.9700 | 5.0300 | 4.4400 | 4.5800 | 4.5800 | 243,300 |
| Apr 05, 2021 | 4.9400 | 5.1300 | 4.9010 | 4.9350 | 4.9350 | 445,000 |
| Apr 01, 2021 | 4.8000 | 5.0900 | 4.7000 | 4.9200 | 4.9200 | 293,000 |
| Mar 31, 2021 | 4.7100 | 4.8800 | 4.5500 | 4.7600 | 4.7600 | 214,700 |
| Mar 30, 2021 | 4.5900 | 4.6800 | 4.3000 | 4.6200 | 4.6200 | 270,300 |
| Mar 29, 2021 | 4.3300 | 4.7900 | 4.3000 | 4.7000 | 4.7000 | 335,400 |
| Mar 26, 2021 | 4.1800 | 4.5900 | 4.1800 | 4.4300 | 4.4300 | 256,300 |
| Mar 25, 2021 | 4.1800 | 4.3600 | 4.0200 | 4.1300 | 4.1300 | 315,700 |
| Mar 24, 2021 | 4.7500 | 4.7500 | 4.1000 | 4.1200 | 4.1200 | 318,800 |
| Mar 23, 2021 | 4.8700 | 4.8900 | 4.5600 | 4.6800 | 4.6800 | 141,500 |
| Mar 22, 2021 | 4.9200 | 4.9900 | 4.6900 | 4.9000 | 4.9000 | 194,500 |
| Mar 19, 2021 | 4.4500 | 4.9800 | 4.2500 | 4.8200 | 4.8200 | 1,721,400 |
| Mar 18, 2021 | 4.9400 | 4.9800 | 4.2800 | 4.3900 | 4.3900 | 506,800 |
| Mar 17, 2021 | 4.7100 | 5.0000 | 4.6850 | 4.9800 | 4.9800 | 252,800 |
| Mar 16, 2021 | 4.7500 | 4.9000 | 4.5600 | 4.8600 | 4.8600 | 301,600 |
| Mar 15, 2021 | 4.8640 | 5.1100 | 4.6500 | 4.7300 | 4.7300 | 439,000 |
| Mar 12, 2021 | 4.3000 | 4.8700 | 4.2500 | 4.8400 | 4.8400 | 343,500 |
| Mar 11, 2021 | 4.2500 | 4.4800 | 4.1500 | 4.4100 | 4.4100 | 347,200 |
| Mar 10, 2021 | 4.2600 | 4.4600 | 4.1100 | 4.1500 | 4.1500 | 503,200 |
| Mar 09, 2021 | 3.9700 | 4.2700 | 3.9500 | 4.2000 | 4.2000 | 350,100 |
| Mar 08, 2021 | 4.0600 | 4.1800 | 3.9100 | 3.9100 | 3.9100 | 237,200 |
| Mar 05, 2021 | 4.1000 | 4.1350 | 3.6000 | 3.9900 | 3.9900 | 529,400 |
| Mar 04, 2021 | 4.8000 | 4.9400 | 3.9100 | 4.0500 | 4.0500 | 790,900 |
| Mar 03, 2021 | 5.4100 | 5.4100 | 4.7300 | 4.7700 | 4.7700 | 948,800 |
| Mar 02, 2021 | 5.5600 | 5.6400 | 5.3300 | 5.3400 | 5.3400 | 261,100 |
| Mar 01, 2021 | 5.4600 | 5.8000 | 5.4600 | 5.4900 | 5.4900 | 313,300 |
| Feb 26, 2021 | 5.4100 | 5.6100 | 5.4000 | 5.4700 | 5.4700 | 319,900 |
| Feb 25, 2021 | 5.8900 | 5.9100 | 5.2700 | 5.5700 | 5.5700 | 501,100 |
| Feb 24, 2021 | 5.7500 | 5.9900 | 5.5200 | 5.8700 | 5.8700 | 276,800 |
| Feb 23, 2021 | 5.8200 | 5.9650 | 5.2500 | 5.5600 | 5.5600 | 576,600 |
| Feb 22, 2021 | 5.6000 | 6.1800 | 5.5000 | 6.0500 | 6.0500 | 584,700 |
| Feb 19, 2021 | 5.3800 | 5.7500 | 5.3600 | 5.5900 | 5.5900 | 276,600 |
| Feb 18, 2021 | 5.6900 | 5.7600 | 5.3200 | 5.3400 | 5.3400 | 382,500 |

Exhibit A

Page 8

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Feb 17, 2021 | 5.6700 | 5.8450 | 5.6000 | 5.7000 | 5.7000 | 353,500 |
| Feb 16, 2021 | 5.6500 | 5.7900 | 5.5400 | 5.6600 | 5.6600 | 352,300 |
| Feb 12, 2021 | 5.7700 | 5.8700 | 5.5200 | 5.6000 | 5.6000 | 374,600 |
| Feb 11, 2021 | 6.0300 | 6.1490 | 5.5800 | 5.6200 | 5.6200 | 441,400 |
| Feb 10, 2021 | 6.2500 | 6.3320 | 5.8000 | 5.9800 | 5.9800 | 454,800 |
| Feb 09, 2021 | 5.8500 | 6.2300 | 5.5800 | 6.1200 | 6.1200 | 784,400 |
| Feb 08, 2021 | 6.0100 | 6.1300 | 5.6500 | 5.7900 | 5.7900 | 1,477,200 |
| Feb 05, 2021 | 6.3500 | 6.4390 | 6.0100 | 6.2100 | 6.2100 | 479,600 |
| Feb 04, 2021 | 6.5500 | 6.6780 | 6.2200 | 6.2500 | 6.2500 | 404,300 |
| Feb 03, 2021 | 7.1000 | 7.1650 | 6.3000 | 6.4000 | 6.4000 | 785,000 |
| Feb 02, 2021 | 7.0500 | 7.2500 | 6.7500 | 7.0800 | 7.0800 | 262,600 |
| Feb 01, 2021 | 6.8600 | 7.2200 | 6.8500 | 7.0000 | 7.0000 | 218,500 |
| Jan 29, 2021 | 7.2200 | 7.2600 | 6.7500 | 6.8800 | 6.8800 | 268,600 |
| Jan 28, 2021 | 7.2600 | 7.4400 | 6.4200 | 7.3100 | 7.3100 | 713,500 |
| Jan 27, 2021 | 7.2100 | 7.8600 | 7.1500 | 7.2600 | 7.2600 | 803,500 |
| Jan 26, 2021 | 6.4100 | 7.4700 | 6.2200 | 7.2700 | 7.2700 | 1,769,500 |
| Jan 25, 2021 | 6.3400 | 6.4800 | 6.1000 | 6.3800 | 6.3800 | 482,500 |
| Jan 22, 2021 | 6.0800 | 6.2600 | 5.9500 | 6.2000 | 6.2000 | 430,800 |
| Jan 21, 2021 | 6.2400 | 6.3340 | 5.9700 | 6.2200 | 6.2200 | 458,800 |
| Jan 20, 2021 | 6.3600 | 6.7800 | 6.0500 | 6.1100 | 6.1100 | 536,600 |
| Jan 19, 2021 | 5.5200 | 6.3500 | 5.5180 | 6.3200 | 6.3200 | 907,700 |
| Jan 15, 2021 | 5.4300 | 5.7000 | 5.2200 | 5.4200 | 5.4200 | 532,900 |
| Jan 14, 2021 | 5.9600 | 5.9830 | 5.3200 | 5.4000 | 5.4000 | 840,200 |
| Jan 13, 2021 | 6.0100 | 6.1000 | 5.6300 | 5.7600 | 5.7600 | 494,400 |
| Jan 12, 2021 | 6.3300 | 6.3520 | 5.9000 | 6.0400 | 6.0400 | 525,300 |
| Jan 11, 2021 | 6.2000 | 6.7400 | 6.2000 | 6.2800 | 6.2800 | 416,700 |
| Jan 08, 2021 | 6.0500 | 6.3800 | 5.8550 | 6.2800 | 6.2800 | 378,300 |
| Jan 07, 2021 | 6.1000 | 6.4700 | 5.9800 | 6.1000 | 6.1000 | 746,800 |
| Jan 06, 2021 | 6.1900 | 6.3500 | 5.6100 | 5.8400 | 5.8400 | 894,200 |
| Jan 05, 2021 | 5.2700 | 6.2250 | 5.0000 | 5.9900 | 5.9900 | 2,018,900 |
| Jan 04, 2021 | 5.5100 | 5.6310 | 4.7600 | 5.2200 | 5.2200 | 785,000 |
| Dec 31, 2020 | 5.1700 | 5.3800 | 4.9500 | 5.3100 | 5.3100 | 418,100 |
| Dec 30, 2020 | 4.7800 | 5.5000 | 4.6700 | 5.2500 | 5.2500 | 898,000 |
| Dec 29, 2020 | 5.4100 | 5.4490 | 4.7000 | 4.7700 | 4.7700 | 1,234,200 |
| Dec 28, 2020 | 6.0900 | 6.4000 | 5.2600 | 5.3500 | 5.3500 | 1,194,200 |

Exhibit A

Page 9

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 24, 2020 | 6.6600 | 6.7500 | 5.8000 | 6.0000 | 6.0000 | 807,900 |
| Dec 23, 2020 | 6.8000 | 6.9410 | 6.2900 | 6.7400 | 6.7400 | 1,070,900 |
| Dec 22, 2020 | 6.8000 | 7.5500 | 6.5000 | 6.6800 | 6.6800 | 2,005,700 |
| Dec 21, 2020 | 6.2800 | 6.9200 | 5.2100 | 6.8500 | 6.8500 | 2,014,400 |
| Dec 18, 2020 | 5.5400 | 6.4200 | 5.5000 | 6.3200 | 6.3200 | 3,443,700 |
| Dec 17, 2020 | 5.0000 | 5.6700 | 4.9400 | 5.4400 | 5.4400 | 2,573,100 |
| Dec 16, 2020 | 4.3300 | 4.7900 | 4.1000 | 4.6500 | 4.6500 | 1,737,400 |
| Dec 15, 2020 | 4.2000 | 4.3400 | 3.9100 | 4.1600 | 4.1600 | 941,500 |
| Dec 14, 2020 | 5.0000 | 5.0630 | 4.0200 | 4.1300 | 4.1300 | 2,199,200 |
| Dec 11, 2020 | 4.2000 | 4.8800 | 4.0700 | 4.7300 | 4.7300 | 4,064,000 |
| Dec 10, 2020 | 3.7420 | 4.0100 | 3.5600 | 3.9700 | 3.9700 | 3,080,000 |
| Dec 09, 2020 | 3.5600 | 3.5600 | 3.3400 | 3.4700 | 3.4700 | 1,114,200 |
| Dec 08, 2020 | 3.7800 | 3.8900 | 3.3000 | 3.4200 | 3.4200 | 1,050,600 |
| Dec 07, 2020 | 3.5000 | 3.7100 | 3.3700 | 3.5000 | 3.5000 | 1,613,200 |
| Dec 04, 2020 | 3.3000 | 3.3500 | 3.1800 | 3.2700 | 3.2700 | 961,200 |
| Dec 03, 2020 | 3.1800 | 3.3100 | 3.0800 | 3.2650 | 3.2650 | 2,940,600 |
| Dec 02, 2020 | 3.6700 | 3.6800 | 3.2700 | 3.2850 | 3.2850 | 709,500 |
| Dec 01, 2020 | 3.6790 | 3.8500 | 3.5700 | 3.6300 | 3.6300 | 1,070,300 |
| Nov 30, 2020 | 3.9800 | 4.1500 | 3.9100 | 4.0100 | 4.0100 | 359,500 |
| Nov 27, 2020 | 3.9500 | 4.0000 | 3.7900 | 3.9000 | 3.9000 | 170,000 |
| Nov 25, 2020 | 4.0310 | 4.1500 | 3.8400 | 3.9100 | 3.9100 | 292,800 |
| Nov 24, 2020 | 3.8000 | 4.2000 | 3.6600 | 3.9000 | 3.9000 | 449,500 |
| Nov 23, 2020 | 4.0100 | 4.0290 | 3.6400 | 3.6400 | 3.6400 | 435,800 |
| Nov 20, 2020 | 4.0300 | 4.1070 | 3.8600 | 3.9200 | 3.9200 | 265,700 |
| Nov 19, 2020 | 4.1100 | 4.2400 | 3.9700 | 4.0000 | 4.0000 | 158,100 |
| Nov 18, 2020 | 4.2100 | 4.4200 | 4.0100 | 4.1600 | 4.1600 | 134,900 |
| Nov 17, 2020 | 4.4600 | 4.5340 | 4.1800 | 4.2100 | 4.2100 | 104,000 |
| Nov 16, 2020 | 4.6500 | 4.7600 | 4.3200 | 4.3900 | 4.3900 | 76,100 |
| Nov 13, 2020 | 4.4900 | 4.8400 | 4.3900 | 4.4700 | 4.4700 | 130,700 |
| Nov 12, 2020 | 4.7900 | 4.8950 | 4.3000 | 4.3900 | 4.3900 | 67,600 |
| Nov 11, 2020 | 4.6000 | 4.8900 | 4.6000 | 4.7200 | 4.7200 | 141,900 |
| Nov 10, 2020 | 4.8800 | 5.1900 | 4.5600 | 4.6000 | 4.6000 | 147,800 |
| Nov 09, 2020 | 5.1000 | 5.2500 | 4.5800 | 4.8700 | 4.8700 | 114,900 |
| Nov 06, 2020 | 5.3500 | 5.3500 | 4.7300 | 4.8800 | 4.8800 | 84,800 |
| Nov 05, 2020 | 4.2600 | 5.1400 | 4.2200 | 5.1000 | 5.1000 | 120,200 |
| Nov 04, 2020 | 4.3100 | 4.5300 | 4.0000 | 4.3200 | 4.3200 | 132,300 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Nov 03, 2020 | 4.5200 | 4.6940 | 4.2600 | 4.3000 | 4.3000 | 72,700 |
| Nov 02, 2020 | 5.1800 | 5.1800 | 4.2400 | 4.2700 | 4.2700 | 202,700 |
| Oct 30, 2020 | 6.0500 | 6.0500 | 4.9900 | 4.9900 | 4.9900 | 199,000 |
| Oct 29, 2020 | 7.7200 | 7.7200 | 5.9200 | 5.9600 | 5.9600 | 468,300 |
| Oct 28, 2020 | 7.8700 | 7.9300 | 7.6000 | 7.6900 | 7.6900 | 73,100 |
| Oct 27, 2020 | 8.1200 | 8.2000 | 7.9050 | 7.9100 | 7.9100 | 24,600 |
| Oct 26, 2020 | 7.9600 | 8.0350 | 7.8400 | 7.9500 | 7.9500 | 14,300 |
| Oct 23, 2020 | 8.0100 | 8.2400 | 7.8500 | 7.9100 | 7.9100 | 14,700 |
| Oct 22, 2020 | 7.9500 | 8.1800 | 7.8000 | 7.8000 | 7.8000 | 19,600 |
| Oct 21, 2020 | 8.2600 | 8.5660 | 7.9200 | 7.9900 | 7.9900 | 57,400 |
| Oct 20, 2020 | 8.9000 | 9.1600 | 8.1300 | 8.1300 | 8.1300 | 73,400 |
| Oct 19, 2020 | 9.1400 | 9.1650 | 8.8300 | 8.9600 | 8.9600 | 11,100 |
| Oct 16, 2020 | 8.9700 | 9.4100 | 8.8400 | 9.0300 | 9.0300 | 19,700 |
| Oct 15, 2020 | 8.8400 | 9.1500 | 8.8400 | 9.0000 | 9.0000 | 12,700 |
| Oct 14, 2020 | 9.3300 | 9.4800 | 8.9000 | 8.9800 | 8.9800 | 19,000 |
| Oct 13, 2020 | 9.1700 | 9.1700 | 8.7400 | 9.1400 | 9.1400 | 50,600 |
| Oct 12, 2020 | 9.2600 | 9.3220 | 9.0000 | 9.1300 | 9.1300 | 22,900 |
| Oct 09, 2020 | 9.4550 | 9.5100 | 9.1300 | 9.2600 | 9.2600 | 16,000 |
| Oct 08, 2020 | 9.2800 | 9.5400 | 9.2800 | 9.4800 | 9.4800 | 43,900 |
| Oct 07, 2020 | 9.1000 | 9.5600 | 9.0100 | 9.2200 | 9.2200 | 27,700 |
| Oct 06, 2020 | 9.2900 | 9.2900 | 9.0400 | 9.0900 | 9.0900 | 24,900 |
| Oct 05, 2020 | 9.3700 | 9.3700 | 8.8240 | 9.1000 | 9.1000 | 26,700 |
| Oct 02, 2020 | 9.0900 | 9.3000 | 8.7600 | 9.2900 | 9.2900 | 48,900 |
| Oct 01, 2020 | 9.0200 | 9.5000 | 9.0200 | 9.3500 | 9.3500 | 63,700 |
| Sep 30, 2020 | 8.9100 | 9.0700 | 8.6700 | 9.0200 | 9.0200 | 57,100 |
| Sep 29, 2020 | 8.8500 | 9.0000 | 8.6300 | 8.8700 | 8.8700 | 35,200 |
| Sep 28, 2020 | 8.8200 | 9.1000 | 8.6300 | 8.8500 | 8.8500 | 76,100 |
| Sep 25, 2020 | 8.7500 | 8.8100 | 8.5300 | 8.7500 | 8.7500 | 55,600 |
| Sep 24, 2020 | 8.9200 | 8.9200 | 8.2500 | 8.5300 | 8.5300 | 88,200 |
| Sep 23, 2020 | 8.2500 | 8.9700 | 8.1200 | 8.7100 | 8.7100 | 151,200 |
| Sep 22, 2020 | 8.4500 | 8.5600 | 8.2200 | 8.3000 | 8.3000 | 27,700 |
| Sep 21, 2020 | 8.4500 | 9.3000 | 8.0500 | 8.3100 | 8.3100 | 48,100 |
| Sep 18, 2020 | 9.2400 | 9.4000 | 8.4300 | 8.4800 | 8.4800 | 498,000 |
| Sep 17, 2020 | 9.0800 | 9.5300 | 9.0100 | 9.1900 | 9.1900 | 76,200 |
| Sep 16, 2020 | 9.3000 | 9.6600 | 9.1700 | 9.2100 | 9.2100 | 41,700 |

Exhibit A

Page 11

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 15, 2020 | 9.5300 | 9.7500 | 9.0410 | 9.1600 | 9.1600 | 246,800 |
| Sep 14, 2020 | 8.9900 | 9.5300 | 8.4100 | 9.4500 | 9.4500 | 224,500 |
| Sep 11, 2020 | 8.6800 | 9.2100 | 8.5800 | 8.9200 | 8.9200 | 68,100 |
| Sep 10, 2020 | 9.4000 | 9.4000 | 8.5200 | 8.6400 | 8.6400 | 36,000 |
| Sep 09, 2020 | 8.9800 | 9.6650 | 8.9800 | 9.6000 | 9.6000 | 70,000 |
| Sep 08, 2020 | 9.2800 | 9.6200 | 8.3600 | 8.9900 | 8.9900 | 93,800 |
| Sep 04, 2020 | 8.3300 | 8.9800 | 8.1000 | 8.9000 | 8.9000 | 66,700 |
| Sep 03, 2020 | 8.9200 | 8.9800 | 8.1100 | 8.2900 | 8.2900 | 75,300 |
| Sep 02, 2020 | 8.7550 | 9.0000 | 8.5100 | 8.9900 | 8.9900 | 36,000 |
| Sep 01, 2020 | 9.2200 | 9.2200 | 8.5100 | 9.0500 | 9.0500 | 33,300 |
| Aug 31, 2020 | 8.8500 | 9.2500 | 8.8200 | 9.2300 | 9.2300 | 36,100 |
| Aug 28, 2020 | 8.7900 | 9.4500 | 8.7900 | 9.1000 | 9.1000 | 51,000 |
| Aug 27, 2020 | 8.9800 | 9.2400 | 8.8000 | 8.9000 | 8.9000 | 14,000 |
| Aug 26, 2020 | 8.7800 | 9.0300 | 8.7800 | 8.9800 | 8.9800 | 18,000 |
| Aug 25, 2020 | 9.0300 | 9.1950 | 8.6600 | 8.7800 | 8.7800 | 22,800 |
| Aug 24, 2020 | 9.7000 | 9.7100 | 8.6700 | 9.1500 | 9.1500 | 31,700 |
| Aug 21, 2020 | 9.7300 | 9.7500 | 8.9300 | 9.0700 | 9.0700 | 28,400 |
| Aug 20, 2020 | 8.8500 | 9.5500 | 8.5200 | 9.5500 | 9.5500 | 44,300 |
| Aug 19, 2020 | 9.5600 | 9.6750 | 8.8000 | 8.8500 | 8.8500 | 72,600 |
| Aug 18, 2020 | 9.4400 | 10.2700 | 8.9500 | 9.5600 | 9.5600 | 152,400 |
| Aug 17, 2020 | 7.8800 | 9.5400 | 7.8500 | 9.5400 | 9.5400 | 131,400 |
| Aug 14, 2020 | 8.3100 | 8.5000 | 7.7100 | 7.7100 | 7.7100 | 101,700 |
| Aug 13, 2020 | 9.0400 | 9.3750 | 8.8500 | 8.9500 | 8.9500 | 40,700 |
| Aug 12, 2020 | 9.0000 | 9.3100 | 8.8300 | 9.1300 | 9.1300 | 35,200 |
| Aug 11, 2020 | 9.0200 | 9.0700 | 8.8000 | 8.9600 | 8.9600 | 24,100 |
| Aug 10, 2020 | 8.8900 | 9.1400 | 8.8900 | 9.1000 | 9.1000 | 41,900 |
| Aug 07, 2020 | 8.9900 | 9.0980 | 8.6400 | 9.0900 | 9.0900 | 17,700 |
| Aug 06, 2020 | 8.6200 | 9.1400 | 8.6200 | 9.0000 | 9.0000 | 28,400 |
| Aug 05, 2020 | 9.0500 | 9.0900 | 8.6900 | 8.7400 | 8.7400 | 49,000 |
| Aug 04, 2020 | 9.0300 | 9.2400 | 8.9300 | 9.0900 | 9.0900 | 32,700 |
| Aug 03, 2020 | 9.2300 | 9.2300 | 8.8000 | 9.0800 | 9.0800 | 29,800 |
| Jul 31, 2020 | 8.5300 | 9.1100 | 8.4500 | 9.1100 | 9.1100 | 75,700 |
| Jul 30, 2020 | 8.6400 | 8.8490 | 8.4010 | 8.7700 | 8.7700 | 27,200 |
| Jul 29, 2020 | 8.4600 | 8.6200 | 8.1600 | 8.2900 | 8.2900 | 58,300 |
| Jul 28, 2020 | 8.5800 | 8.8400 | 8.3600 | 8.5200 | 8.5200 | 63,200 |
| Jul 27, 2020 | 9.0200 | 9.0200 | 8.6500 | 8.7000 | 8.7000 | 44,100 |

Exhibit B

Exhibit A

Page 12

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jul 24, 2020 | 9.2600 | 9.2800 | 8.9000 | 8.9400 | 8.9400 | 48,800 |
| Jul 23, 2020 | 8.8100 | 9.3050 | 8.8000 | 9.0100 | 9.0100 | 126,100 |
| Jul 22, 2020 | 9.0600 | 9.4800 | 8.5900 | 9.0400 | 9.0400 | 91,200 |
| Jul 21, 2020 | 10.1300 | 10.5200 | 8.8600 | 9.0500 | 9.0500 | 200,200 |
| Jul 20, 2020 | 10.6100 | 10.6100 | 10.0700 | 10.2900 | 10.2900 | 44,600 |
| Jul 17, 2020 | 10.9800 | 11.0000 | 10.2700 | 10.7100 | 10.7100 | 84,100 |
| Jul 16, 2020 | 10.1800 | 10.9000 | 9.7100 | 10.7900 | 10.7900 | 145,600 |
| Jul 15, 2020 | 9.4500 | 10.5000 | 9.1500 | 10.2000 | 10.2000 | 269,200 |
| Jul 14, 2020 | 8.5000 | 9.5370 | 8.0700 | 9.2900 | 9.2900 | 103,100 |
| Jul 13, 2020 | 9.6000 | 9.6100 | 8.7200 | 8.7400 | 8.7400 | 83,900 |
| Jul 10, 2020 | 9.1900 | 9.6300 | 8.8400 | 9.5300 | 9.5300 | 51,500 |
| Jul 09, 2020 | 10.0200 | 10.0200 | 8.9900 | 9.2500 | 9.2500 | 123,100 |
| Jul 08, 2020 | 9.6300 | 10.4200 | 9.1800 | 10.0500 | 10.0500 | 243,800 |
| Jul 07, 2020 | 8.5100 | 9.7900 | 8.5100 | 9.4200 | 9.4200 | 302,100 |
| Jul 06, 2020 | 8.7500 | 8.9900 | 8.6100 | 8.7300 | 8.7300 | 271,900 |
| Jul 02, 2020 | 8.3900 | 9.0000 | 7.9000 | 8.8000 | 8.8000 | 390,700 |
| Jul 01, 2020 | 9.0700 | 9.0700 | 7.6300 | 7.9800 | 7.9800 | 827,200 |
| Jun 30, 2020 | 9.6000 | 9.8100 | 8.8100 | 9.0000 | 9.0000 | 259,100 |
| Jun 29, 2020 | 9.8300 | 10.1800 | 9.1600 | 9.7500 | 9.7500 | 192,600 |
| Jun 26, 2020 | 10.5100 | 10.6000 | 9.5400 | 9.9800 | 9.9800 | 209,100 |
| Jun 25, 2020 | 11.5000 | 11.5000 | 10.2500 | 10.5000 | 10.5000 | 369,700 |
| Jun 24, 2020 | 11.3600 | 11.7860 | 11.0300 | 11.5200 | 11.5200 | 313,500 |
| Jun 23, 2020 | 11.9600 | 12.3740 | 10.6000 | 11.3000 | 11.3000 | 556,600 |
| Jun 22, 2020 | 13.8900 | 13.9500 | 11.7600 | 11.9700 | 11.9700 | 580,100 |
| Jun 19, 2020 | 15.1100 | 15.9200 | 12.6500 | 13.1200 | 13.1200 | 3,023,200 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Exhibit A

Page 13

# EXHIBIT B

**Financial Accounting Standards Board:**
**Accounting Standards Codification**
**(last accessed November 11, 2021)**





# EXHIBIT C

**Progenity Prospectus Form 424(b)(4)**
**(filed with the SEC on June 22, 2020)**

Exhibit C

Page 16

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-238738

**6,666,667 Shares**

# PROGENITY, INC.



## Common Stock

## $15.00 per share

---

- Progenity, Inc. is offering 6,666,667 shares.

- The initial public offering price is $15.00 per share.

- Prior to this offering, no public market existed for our shares.

- Nasdaq Global Market trading symbol: "PROG."

---

**This investment involves risk. See "Risk Factors" beginning on page 16.**

We are an "emerging growth company" as defined under the federal securities laws and, as such, may elect to comply with certain reduced public company reporting requirements in future reports after the completion of this offering. See "Prospectus Summary—Implications of Being an Emerging Growth Company."

|  | Per Share | | Total |
|---|---|---|---|
| Initial public offering price | $15.00 | $ | 100,000,005 |
| Underwriting discount(1) | $ 1.05 | $ | 7,000,000 |
| Proceeds, before expenses, to Progenity, Inc. | $13.95 | $ | 93,000,005 |

(1)  See "Underwriting" beginning on page 213 for additional information regarding underwriting compensation.

*The underwriters have a 30-day option to purchase up to 1,000,000 additional shares of common stock from us at the initial public offering price less the underwriting discount.*

Certain of our existing stockholders, including those affiliated with members of our Board, have agreed to purchase an aggregate of approximately $50 million of shares of our common stock in this offering at the initial public offering price per share and on the same terms as the other purchasers in this offering. The underwriters will receive the same underwriting discount and commissions on these shares of common stock as they will on any other shares of common stock sold to the public in this offering.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved the securities described herein or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of common stock to our investors on or about June 23, 2020.

---

# Piper Sandler                                      Wells Fargo Securities

# Baird                                                      Raymond James

## BTIG

**The date of this prospectus is June 19, 2020.**

Exhibit C

Page 17

Health Insurance Program to annually report to CMS information related to payments and other transfers of value provided to physicians, certain other healthcare professionals beginning in 2022, and teaching hospitals and physician ownership and investment interests, including such ownership and investment interests held by a physician's immediate family members; we believe that we are currently exempt from these reporting requirements; we cannot assure you, however, that regulators, principally the federal government, will agree with our determination, and a determination that we have violated these laws and regulations, or a public announcement that we are being investigated for possible violations, could adversely affect our business;

• federal and state laws and regulations governing informed consent for genetic testing and the use of genetic material;

• state law equivalents of the above U.S. federal laws, such as the Stark Law, Anti-Kickback Statute and false claims laws, which may apply to items or services reimbursed by any third-party payor, including commercial insurers, and state data privacy and security laws and which may be more stringent than HIPAA; in addition, California enacted the CCPA on June 28, 2018, which went into effect on January 1, 2020; the CCPA creates individual privacy rights for California consumers and increases the privacy and security obligations of entities handling certain personal data; the CCPA provides for civil penalties for violations, as well as a private right of action for data breaches that is expected to increase data breach litigation; the CCPA may increase our compliance costs and potential liability, and many similar laws have been proposed at the federal level and in other states; in the event that we are subject to or affected by any such privacy and data protection laws, any liability from failure to comply with the requirements of these laws could adversely affect our financial condition; and

• similar healthcare laws and data protection laws in the European Union and other jurisdictions, including reporting requirements detailing interactions with and payments to healthcare providers and laws governing the privacy and security of certain protected information, such as the GDPR, which imposes obligations and restrictions on the collection and use of personal data relating to individuals located in the European Economic Area, or EEA, and the United Kingdom (including health data).

Furthermore, a development affecting our industry is the increased enforcement of the federal False Claims Act and, in particular, actions brought pursuant to the False Claims Act's "whistleblower" or "*qui tam*" provisions. The False Claims Act imposes liability for, among other things, knowingly presenting, or causing to be presented, a false or fraudulent claim for payment by a federal governmental payor program. The *qui tam* provisions of the False Claims Act allow a private individual to bring civil actions on behalf of the federal government for violations of the False Claims Act and permit such individuals to share in any amounts paid by the defendant to the government in fines or settlement. When an entity is determined to have violated the False Claims Act, it is subject to mandatory damages of three times the actual damages sustained by the government, plus mandatory civil penalties of up to approximately $22,000 for each false claim. In addition, various states have enacted false claim laws analogous to the federal False Claims Act, and in some cases apply more broadly because many of these state laws apply to claims made to private payors and not merely governmental payors.

The rapid growth and expansion of our business may increase the potential for violating these laws or our internal policies and procedures designed to comply with these laws. The evolving interpretations of these laws and regulations by courts and regulators increase the risk that we may be alleged to be, or in fact found to be, in violation of these or other laws and regulations, including pursuant to private *qui tam* actions brought by individual whistleblowers in the name of the government as described above.

For example, in April 2018, we received a civil investigative demand from an Assistant U.S. Attorney for the Southern District of New York and a HIPAA subpoena issued by an Assistant U.S. Attorney for the

57

Exhibit C

Page 18

| Percentage of Revenue Data: | Three Months Ended March 31, | |
|---|---|---|
| | 2019 | 2020 |
| | (unaudited) | |
| Revenue | 100% | 100% |
| Cost of sales | 51 | 158 |
| Gross profit (loss) | 49 | (58) |
| Operating expenses: | | |
| Research and development | 32 | 67 |
| Selling and marketing | 33 | 86 |
| General and administrative | 30 | 102 |
| Total operating expenses | 95 | 254 |
| Loss from operations | (46) | (312) |
| Interest expense | (5) | (14) |
| Interest and other income (expense), net | 1 | — |
| Loss before taxes | (51) | (326) |
| Income tax benefit | — | (224) |
| Net loss | (51)% | (102)% |

*Revenue*

| | Three Months Ended March 31, | | Increase/ | % Change |
|---|---|---|---|---|
| | 2019 | 2020 | (Decrease) | |
| | (in thousands) (unaudited) | | | |
| Revenue | $47,507 | $16,828 | $(30,679) | (64.6%) |

Revenue was $16.8 million for the three months ended March 31, 2020 compared to $47.5 million for the three months ended March 31, 2019, a decrease of $30.7 million, or 64.6%. During the three months ended March 31, 2020 and 2019, revenue was reduced by $13.4 million and $0.5 million, respectively, for accruals for reimbursement claims and settlements with payors. The accrual for the three months ended March 31, 2020 includes an accrual for $13.2 million related to the settlement with the DOJ and the participating State AGs.

The $30.7 million decrease in revenue was primarily due to an increase in accruals for reimbursement claims and settlements with payors of $12.9 million, which are recognized as reductions in revenue, during the three months ended March 31, 2020 compared to the three months ended March 31, 2019. The remainder of the decrease is related to rate degradation due to payor policy changes.

*Cost of Sales*

| | Three Months Ended March 31, | | Increase/ | % Change |
|---|---|---|---|---|
| | 2019 | 2020 | (Decrease) | |
| | (in thousands) (unaudited) | | | |
| Cost of sales | $24,421 | $26,570 | $  2,149 | 8.8% |

97

Exhibit C

Page 19

Table of Contents

*Revenue Recognition*

Revenue is primarily derived from providing molecular laboratory tests to customers. We invoice and collect from third-party payors, laboratory services intermediaries, and self-paying individuals. Third-party payors include commercial payors, such as health insurance companies, health maintenance organizations and government payors, such as Medicare and Medicaid in the United States. We bill for these tests rendered upon completion of the testing process and delivery of test results to the customer.

We adopted the new revenue recognition guidance, ASC Topic 606, *Revenue from Contracts with Customers*, or ASC 606, on January 1, 2019 using the modified retrospective transition method. The transition method was applied to all contracts that were not yet complete as of January 1, 2019. The cumulative impact of adoption was recorded as an adjustment of $23.7 million to increase the opening balance of accounts receivable and decrease accumulated deficit as of January 1, 2019. Results for reporting periods beginning after January 1, 2019 are presented under ASC 606, while prior period amounts have not been adjusted and continue to be reported in accordance with our historical accounting policy under ASC Topic 605, *Revenue Recognition.*

In accordance with ASC 606, we follow a five-step process to recognize revenue: (i) identify the contract with the customer; (ii) identify the performance obligations; (iii) determine the transaction price; (iv) allocate the transaction price to the performance obligations; and (v) recognize revenue when the performance obligations are satisfied. We have evaluated our contracts with healthcare insurers, government payors, laboratory partners, and patients and identified a single performance obligation in those contracts, the delivery of a test result. We satisfy our performance obligation at a point in time upon the delivery of the test result, at which point control is transferred to the customer, and we can bill for the tests. The amount of revenue recognized reflects the amount of consideration to which we expect to be entitled, or the transaction price, and considers the effects of variable consideration, which is discussed below.

Prior to 2019, we recognized the majority of our revenue from contracts involving third-party payors upon receipt of cash due to limited historical experience and uncertainty in determining the amount of revenue and timing of collections. Effective January 1, 2019, in accordance with ASC 606, the total consideration we expect to collect from insurance carriers, clinics, and patients in exchange for the tests accessioned is recognized in the period in which our tests are performed and reported to customers.

The transaction price is an estimate and may be fixed or variable. Variable consideration includes reimbursement from healthcare insurers, government payors, and patients and is adjusted for estimates of disallowed cases, discounts, and refunds using the expected value approach. Tests billed to healthcare insurers and directly to patients can take up to six months to collect and we may be paid less than the full amount billed or not be paid at all. For insurance carriers and government payors, we utilize the expected value approach using a portfolio of relevant historical data for payors with similar reimbursement experience. The portfolio estimate is developed using historical reimbursement data from payors and patients, as well as known current reimbursement trends not reflected in the historical data. Such variable consideration is included in the transaction price only to the extent it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainties with respect to the amount are resolved. We monitor these estimates at each reporting period based on actual cash collections in order to assess whether a revision to the estimate is required. Both the initial estimate and any subsequent revision to the estimate contain uncertainty and require the use of judgment in the estimation of the transaction price and application of the constraint for variable consideration. If actual results in the future vary from our estimates, we will adjust these estimates, which would affect revenue and earnings in the period such variances become known. The consideration expected from laboratory partners is generally a fixed amount.

111

Exhibit C

Page 20

Table of Contents

While we believe we are not in violation of the AKS, we cannot provide assurance that our relationships with physicians, hospitals, and other customers will not be subject to scrutiny or will survive regulatory challenge. If imposed for any reason, sanctions under the AKS could have a negative effect on our business.

In addition to the requirements that are discussed above, there are several other healthcare fraud and abuse laws that could have an impact on our business. The federal FCA prohibits a person from knowingly submitting or causing to be submitted false claims or making a false record or statement in order to secure payment by the federal government. In addition to actions initiated by the government itself, the statute's "whistleblower," or "*qui tam*," provisions authorizes actions to be brought on behalf of the federal government by a private party having knowledge of the alleged fraud, also known as a relator. Because a *qui tam* complaint is initially filed under seal, the action may be pending for some time before the defendant is even aware of the action. If the government is ultimately successful in obtaining monetary damages in the matter, or if the relator succeeds in obtaining monetary damages without the government's involvement, the relator will receive a percentage of the recovery. Violation of the FCA may result in fines of up to three times the actual damages sustained by the government, plus mandatory civil penalties of up to approximately $22,000 for each separate false claim, imprisonment, or both, and possible exclusion from government healthcare programs, including Medicare and Medicaid.

In October 2018, the Eliminating Kickbacks in Recovery Act of 2018, or EKRA, was passed as part of the Substance Use-Disorder Prevention that Promotes Opioid Recovery and Treatment for Patients and Communities Act (the SUPPORT Act). The EKRA creates criminal penalties for knowingly and willfully paying, offering to pay, soliciting, or receiving any remuneration (including any kickback, bribe, or rebate), whether directly or indirectly, overtly or covertly, in cash or in kind, to induce a referral of an individual to a recovery home, clinical treatment facility, or laboratory, or in exchange for an individual using the services of that recovery home, clinical treatment facility, or laboratory, unless a specific exception applies. Unlike the federal AKS, the EKRA applies to all "health care benefit programs," including private health care programs, and is not limited to government health care programs. Most of the safe harbors available under the federal AKS are not reiterated under the EKRA's exceptions. Therefore, compliance with a federal AKS safe harbor does not guarantee protection under the EKRA. As such, the EKRA potentially expands the universe of arrangements that could be subject to enforcement under federal fraud and abuse laws. Violation of the EKRA may result in fines up to $200,000 and imprisonment up to 10 years for each occurrence. Because the EKRA is a new law, there is very little additional guidance to indicate how and to what extent it will be applied and enforced by government agencies in our industry. Our relationships with physicians, sales representatives, hospitals, or customers may be subject to scrutiny under the EKRA. If imposed for any reason, sanctions under the EKRA could have a negative effect on our business.

We are also subject to a federal law commonly known as the Stark Law, which prohibits, with certain exceptions, "self-referrals," which in our case means payments made by a laboratory to a physician in exchange for the provision of clinical laboratory services, presenting or causing to be presented claims to Medicare and Medicaid for laboratory tests referred by physicians who personally, or through a family member, have an investment interest in, or a compensation arrangement with, the clinical laboratory performing the tests. A person who attempts to circumvent the Stark Law may be fined up to approximately $165,000 for each arrangement or scheme that violates the statute. In addition, any person who presents or causes to be presented a claim to the Medicare or Medicaid programs in violation of the Stark Law is subject to civil monetary penalties up to approximately $25,000 per claim, additional fines of up to three times the amount of reimbursement claimed, and possible exclusion from government healthcare programs, including Medicare and Medicaid. Claims that violate the Stark Law may not be paid by Medicare or Medicaid, and any person collecting any amounts under such claims is obligated to refund the payment.

166

Exhibit C

Page 21

**PROGENITY, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**

which the Company currently has a specific management arrangement. The Company has determined that Avero is a variable interest entity and that the Company is the primary beneficiary resulting in the consolidation of Avero as required by the accounting guidance for consolidation. All significant intercompany balances and transactions have been eliminated in consolidation (see Note 3).

There have been no material changes in the Company's significant accounting policies, other than the adoption of Financial Accounting Standards Board ("FASB") Accounting Standards Update ("ASU") No. 2014-09 *Revenue from Contracts with Customers* ("ASC 606"), described below.

*Use of Estimates*

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Significant items subject to such estimates include the estimate of variable consideration in connection with the recognition of revenue, the valuation of Series B preferred stock, the valuation of stock options, the valuation of goodwill and intangible assets, accrual for reimbursement claims and settlements, assessing future tax exposure and the realization of deferred tax assets, the useful lives, and the recoverability of property and equipment. The Company bases these estimates on historical and anticipated results, trends, and various other assumptions that the Company believes are reasonable under the circumstances, including assumptions as to future events. These estimates form the basis for making judgments about the carrying values of assets and liabilities and recorded revenues and expenses that are not readily apparent from other sources. Actual results could differ from those estimates and assumptions.

*Operating Segments*

Operating segments are identified as components of an enterprise about which separate discrete financial information is available for evaluation by the chief operating decision maker or decision-making group in making decisions on how to allocate resources and assess performance. The Company views its operations and manages its business as one operating segment. All revenues are attributable to U.S.-based operations and all assets are held in the United States.

*Revenue Recognition*

Revenue is recognized in accordance with FASB Accounting Standards Codification ("ASC") Topic 606, *Revenue from Contracts with Customers* ("ASC 606"). The Company adopted ASC 606 with an initial application date of January 1, 2019 using the modified retrospective method, as discussed under *Recent Accounting Pronouncements Adopted* below. In accordance with ASC 606, the Company follows a five-step process to recognize revenues: 1) identify the contract with the customer, 2) identify the performance obligations, 3) determine the transaction price, 4) allocate the transaction price to the performance obligations and 5) recognize revenues when the performance obligations are satisfied.

Revenue is primarily derived from providing molecular testing products, which are reimbursed through arrangements with third-party payors, laboratory distribution partners, and amounts from individual patients. Third-party payors include commercial payors, such as health insurance companies, health maintenance organizations and government health benefit programs such as Medicare and Medicaid. The Company's contracts generally contain a single performance obligation, which is the delivery of the test results, and the Company satisfies its performance obligation at a point in time upon the delivery of the results, which then triggers the billing for the product. The amount of revenue recognized reflects the

F-8

Exhibit C

Page 22