ROBERT V. PRONGAY (#270796)
 *rprongay@glancylaw.com*
CASEY E. SADLER (#274241)
 *csadler@glancylaw.com*
GARTH A. SPENCER (#335424)
 *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-LL-AHG<br><br>**DECLARATION OF MICHAELA LIGMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Linda Lopez |

DECLARATION OF MICHAELA LIGMAN                                    Case No. 20cv01683

I, Michaela Ligman, declare and state as follows:

1.      I am a Senior Research Analyst at Glancy Prongay & Murray LLP, attorneys for Lead Plaintiffs in the above captioned matter. I make this Declaration in opposition to Defendants' Motion to Dismiss. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

**Florida FOIA Request**

2.      On September 10, 2021 I submitted freedom of information requests for records to Florida Medicaid and the Florida Agency for Health Care Administration.

3.      On September 13, 2021 the Public Records Office of the Florida Agency for Health Care Administration acknowledged receipt of my request.

4.      On October 7, 2021 the Florida Agency for Health Care Administration responded to my request providing a cost estimate and asking if I wished to proceed with the request. On the same day, I responded that I wished to proceed with the request.

5.      I followed up with the Florida Agency for Health Care Administration to inquire when I could expect to receive the requested records on: October 27, 2021; November 1, 2021; and November 8, 2021.

6.      The Florida Agency for Health Care Administration responded to my request by providing certain records. On November 19, 2021 a USB drive sent by the Florida Agency for Health Care Administration and containing these records arrived at the offices of Glancy Prongay & Murray LLP.

**Michigan FOIA Request**

7.      On September 13, 2021 I submitted a freedom of information request for records to the Michigan Department of Health & Human Services.

8.      On September 14, 2021 the Bureau of Legal Affairs of the Michigan Department of Health and Human Services acknowledged receipt of my request.

1

DECLARATION OF MICHAELA LIGMAN                              Case No. 20cv01683

9. On September 27, 2021 the Michigan Department of Health & Human Services responded to my request by providing certain records.

10. On September 28, 2021 I submitted a follow up freedom of information request to the Michigan Department of Health & Human Services for additional records. That request sought, *inter alia*, "Copies of documents or information sufficient to show, for the period July 1, 2018 to September 30, 2020, on a monthly basis, broken down by CPT billing code, (i) the number of claims made by Progenity Inc. to Michigan Medicaid and/or the Michigan Department of Health and Human Services."

11. On October 20, 2021 the Michigan Department of Health & Human Services responded to my follow up request by providing certain additional records.

**_Exhibits to this Declaration_**

12. Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated December 5, 2018 from Progenity to the Florida Agency for Health Care Administration, produced by the Florida Agency for Health Care Administration in response to my September 10, 2021 freedom of information request.

13. Attached hereto as **Exhibit 2** is a true and correct copy of an email dated January 24, 2019 from the Florida Bureau of Medicaid Policy to Progenity, produced by the Florida Agency for Health Care Administration in response to my September 10, 2021 freedom of information request.

14. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated December 5, 2018 from Progenity to the Michigan Department of Community Health, produced by the Michigan Department of Health & Human Services in response to my September 13, 2021 freedom of information request.

15. Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated January 11, 2019 from the Michigan Department of Health & Human Services to Progenity, produced by the Michigan Department of Health & Human Services in response to my September 13, 2021 freedom of information request.

2

DECLARATION OF MICHAELA LIGMAN                    Case No. 20cv01683

16.    Attached hereto as **Exhibit 5** is a true and correct copy of a Microsoft Excel data table derived from data produced by the Michigan Department of Health & Human Services in response to my September 28, 2021 follow up freedom of information request. Specifically, the Michigan Department of Health & Human Services produced an Excel spreadsheet titled "Progenity_-_10-13-2021", and Exhibit 5 contains data from this spreadsheet's tab titled "codes billed by month". Exhibit 5 has been filtered to reflect all rows listing a "Procedure Code" of "81443", and no rows listing a different value for "Procedure Code".

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed on this 14th day of January, 2022, at Los Angeles, California.

DATED: January 14, 2022         By: _____
                                    Michaela Ligman

---

3

DECLARATION OF MICHAELA LIGMAN                              Case No. 20cv01683