# Exhibit 2

**Kenny, Jessica**

---

| **From:** | Kenny, Jessica |
|---|---|
| **Sent:** | Thursday, January 24, 2019 7:53 AM |
| **To:** | dan.visage@progenity.com |
| **Bcc:** | Elaina.Mathews@ahca.myflorida.com; Abm.Uddin@ahca.myflorida.com; Katuria.Richardson@ahca.myflorida.com |
| **Subject:** | 2019 CPT Code Changes |

Dear Mr. Visage:

Florida Medicaid has received your letter dated December 5, 2018. The letter was forwarded to the Agency for Health Care Administration (Agency) for a response. Thank you for your correspondence. Florida Medicaid is grateful and appreciative of receiving information on new innovative testing. Florida Medicaid conducts an annual full review of all new laboratory tests to determine if the tests are consistent with generally accepted professional medical standards, pursuant to Rule 59G-1.035, F.A.C. (GAPMS).

The Agency's Florida Medicaid Laboratory Service Coverage Policy outlines the Agency's laboratory services billing policy. The policy states that Florida Medicaid reimburses for services as specified in the policy and in accordance with the American Medical Association's Current Procedural Terminology (CPT).

The policy also states that providers must report the most current and appropriate billing code(s), modifier(s), and billing unit(s) for the service rendered, as incorporated by reference in Rule 59G-4.002, F.A.C..

Sincerely,
Jessica E. Kenny

**Jessica Kenny** - REGISTERED NURSING CONSULTANT



Bldg. 3 Rm 2368 - BUREAU OF MEDICAID POLICY
2727 MAHAN DR., TALLAHASSEE, FL. 32308
+1 850-412-4227 (Office) - (Fax)
Jessica.Kenny@ahca.myflorida.com

REPORT MEDICAID FRAUD
Online or 866-966-7226
REPORTE FRAUDE DE MEDICAID