# Exhibit 5

| Line Count | Billing Provider NPI | Service Begin Month | | Procedure Code |
|---|---|---|---|---|
| 2 | 1114222817 | 3 | 2019 | 81443 |
| 66 | 1114222817 | 4 | 2019 | 81443 |
| 64 | 1114222817 | 5 | 2019 | 81443 |
| 1 | 1114222817 | 10 | 2019 | 81443 |
| 3 | 1114222817 | 5 | 2020 | 81443 |
| 6 | 1114222817 | 6 | 2020 | 81443 |
| 3 | 1114222817 | 7 | 2020 | 81443 |
| 8 | 1114222817 | 8 | 2020 | 81443 |
| 7 | 1114222817 | 9 | 2020 | 81443 |