ROBERT V. PRONGAY (#270796)
  *rprongay@glancylaw.com*
CASEY E. SADLER (#274241)
  *csadler@glancylaw.com*
GARTH A. SPENCER (#335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-RBM-AHG |
|---|---|
| | **PLAINTIFFS' STATEMENT OF RECENT AUTHORITY** |
| | Hon. Ruth Bermudez Montenegro |

Lead Plaintiffs Lin Shen, Lingjun Lin and Fusheng Lin ("Plaintiffs") respectfully submit this statement of recent authority, in opposition to Defendants' motion to dismiss (Dkt No. 52) the Second Amended Complaint (Dkt No. 49).

The Ninth Circuit Court of Appeals recently issued the opinion *United States ex rel. Hartpence v. Kinetic Concepts, Inc.*, --- F.4th ---, 2022 WL 3206685 (9th Cir. Aug. 9, 2022), a copy of which is attached hereto as Exhibit A. In a fraud action brought under the False Claims Act (31 U.S.C. § 3729 et *seq.*), the Ninth Circuit reversed the district court's grant of summary judgment for the defendants. The *Hartpence* action concerns the defendants' use of improper billing codes when submitting claims for payment to governmental health care programs.

The *Hartpence* opinion confirms that Defendants' motion to dismiss the instant action, brought under negligence and strict liability provisions of the Securities Act of 1933, should be denied. Even under the more stringent standards applicable under the False Claims Act and on a motion for summary judgment, the Ninth Circuit held that the materiality of the defendants' use of improper billing codes presented genuine issues of material fact for trial. *See id.* at *7.

DATED: August 10, 2022

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth A. Spencer*
ROBERT V. PRONGAY (#270796)
  *rprongay@glancylaw.com*
CASEY E. SADLER (#274241)
  *csadler@glancylaw.com*
GARTH A. SPENCER (#335424)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*