BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
JEFFREY S. ROSENBERG
(*pro hac vice*)
  jsrosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

*Attorneys for Defendants Progenity, Inc.,
Harry Stylli, Eric d'Esparbes, Jeffrey Alter,
John Bigalke, Jeffrey Ferrell, Brian L.
Kotzin, Samuel Nussbaum, and Lynne
Powell*

MATTHEW W. CLOSE, SBN 188570
  mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
  dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone:  212.326.2000

*Attorneys for Defendants Piper Sandler
& Co., Wells Fargo Securities, LLC,
Robert W. Baird & Co. Incorporated,
Raymond James & Associates, Inc., and
BTIG LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-RBM-AHG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT AUTHORITY**<br><br>Judge: Hon. Ruth Bermudez Montenegro<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' NOTICE OF MOTION & MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT AUTHORITY
CASE NO. 20CV1683-RBM-AHG

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT** Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, Lynne Powell, Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG, LLC (collectively, "Defendants") hereby move the Court for an order granting leave for Defendants to file a response to Plaintiffs' Statement of Recent Authority (Doc. No. 59). A copy of Defendants' proposed Response is attached herewith as Exhibit A.

Defendants' Motion is made pursuant to the Court's inherent authority to control its docket and its statements that parties must seek leave of the Court to file additional briefing beyond that provide for in Local Rule 7.1.  This Motion is based on the grounds that Plaintiffs' Statement of Recent Authority: (1) is an improper sur-reply that was filed without leave of Court, and (2) introduces inapposite caselaw and legal arguments that have nothing to do with the instant action.

This Motion is based on this Notice; the attached Exhibit A; all pleadings and documents filed in this case; and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

Gibson, Dunn & Crutcher LLP

1

Dated: August 22, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Alexander K. Mircheff
Brian M. Lutz
Jeffrey S. Rosenberg
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Email: blutz@gibsondunn.com
Email: jsrosenberg@gibsondunn.com

Alexander K. Mircheff
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: amircheff@gibsondunn.com

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

O'MELVENY & MEYERS LLP

By: /s/ Daniel L. Cantor
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: 212.326.2000
Email: dcantor@omm.com

Matthew W. Close
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Email: mclose@omm.com

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

Gibson, Dunn & Crutcher LLP

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above listed counsel, and that I have obtained authorization to affix all electronic signatures to this document.

Dated: August 22, 2022          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Alexander K. Mircheff*
Alexander K. Mircheff

DEFENDANTS' NOTICE OF MOTION & MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT AUTHORITY
CASE NO. 20CV1683-RBM-AHG

Gibson, Dunn &
Crutcher LLP