# Exhibit 4

# Progenity

December 5, 2018

Michigan Department of Community Health
400 South Pine Street
Lansing, M I 48913

Re: 2019 CPT code changes

Dear Director,

Progenity, Inc. (Tax ID: 27-3950390) provides high-quality genetic testing to clinicians with a focus on clear, actionable results that enable informed medical decisions. We are a licensed genetic lab provider and enrolled/contracted to provide service to your enrollees/members.  We frequently review our testing and coding procedures to ensure compliance and alignment with our partnering providers' medical policies. During this periodic review, we have identified specific CPT codes we bill for, specifically carrier screening and oncology CPT codes, are changing in 2019.

The new 2019 CPT codes being added that affect us are:
- o   81163, BRCAI, BRCA2 gene analysis; full sequence  analysis
- o   81164, BRACAI, BRCA2 gene analysis; full duplication/deletion  analysis
- o   81165, BRCAI gene analysis; full sequence  analysis
- o   81166, BRCAI gene analysis; full duplication/deletion analysis
- o   81167, BRCA2 gene analysis; full duplication/deletion analysis
- o   81329, SMNI (survival of motor neuron 1, telomeric) (eg, spinal muscular atrophy) gene analysis dosage/deletion analysis (e.g., carrier testing), includes SMN2 (survival of motor neuron 2, centromeric) analysis, if performed
- o   81443, Genetic testing for severe inherited conditions genomic sequence analysis panel, must include sequencing of at least 15 genes (eg, ACADM, ARSA, ASPA, ATP78, BCKDHA, BCKDHB, BLM, CFTR, DHCR7, FANCC, G6PC, GAA, GALT, GBA, GBE1, HBB, HEXA, IKBKAP, MCOLNI, PAH)

Our plan is to continue billing for our testing using the 2018 CPT code conventions until there is clarity on these changes from your organization, to determine your timing for implementation of the new codes, including updating the reimbursement fee schedules and coverage.

Also, we currently use a few reference laboratories for certain test offerings to enhance our menu and provide full service to your enrollees/members. We would like to make known our intent to bill for these services using the appropriate modifier (e.g. 90 modifier). Our plan is to begin processing our claims in this manner on January 1, 2019.

Please let us know if the above items are acceptable to you.  If not, please let me know how you would like us to proceed. Thank you for your consideration. Please contact me at Dan.Visage@Progenity.com or at (813)493-0713 if you have any  questions.

Sincerely,

4330 La Jolla Village Drive, Suite 200, San Diego, CA 92122 USA

Daniel R. Visage, VP of Strategic Accounts Progenity, Inc.

4330 La Jolla Village Dr,

San Diego, CA 92122