# Exhibit 5



STATE OF MICHIGAN
GRETCHEN WHITMER
GOVERNOR

DEPARTMENT OF HEALTH AND HUMAN SERVICES
LANSING

FARAH A. HANLEY
ACTING DIRECTOR

January 11, 2019

Daniel Visage
Progenity Inc.
4330 La Jolla Village Drive
San Diego, CA 92122

Re: 2019 Procedure Code Changes

Dear Mr. Visage,

Thank you for correspondence regarding the Michigan Medicaid program reimbursement for BRAC 1 and 2 gene analysis, SMN1 and SMN2 gene analysis, and severe inherited conditions panel under 2019 procedure codes 81163-81167, 81329, and 81443. You are requesting information regarding Medicaid's implementation of these new codes.

Michigan Medicaid will release the Current Procedural Terminology (CPT) and Healthcare Common Procedure Coding System (HCPCS) Code Update bulletin in January. This document serves as the official MDHHS notification of all newly covered codes. The corresponding updated laboratory fee schedule is typically released during the first quarter of the calendar year. Newly covered codes and fee schedules will be retroactively effective beginning January 1, 2019 and claims with dates of service on or after January 1, 2019 should reflect 2019 changes.

Michigan Medicaid will be covering all new BRAC 1 and 2 and SMN1 and 2 codes. Genetic testing for severe inherited conditions panel, including a minimum of sequencing of at least 15 genes (CPT 81443) will not be covered as this test does not align with Medicaid's laboratory's standards of coverage.

Providers should refer to the MDHHS web site at www.michigan.gov/medicaidproviders >> Billing & Reimbursement>>Provider Specific Information and the Medicaid Rate and Reference located within CHAMPS for procedure code coverage, rates, and limitations.

If you have further questions, feel free to contact me. Thank you for your service to Medicaid beneficiaries.

Sincerely,



STATE OF MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN SERVICES
LANSING

GRETCHEN WHITMER
GOVERNOR

FARAH A. HANLEY
ACTING DIRECTOR

Adriena Krul-Hall
Program Specialist
Policy Program Division, Ancillary Services Section
Michigan Department of Health and Human Services
400 South Pine, Lansing, MI 48933
Phone: 517-284-1221, Email: krulhalla@michigan.gov