BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200

ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*

MATTHEW W. CLOSE, SBN 188570
  mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000

DANIEL L. CANTOR
(*pro hac vice*)
  dcantor@omm.com
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: 212.326.2000

*Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 20cv1683-RBM-AHG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Ruth Bermudez Montenegro<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |
|---|---|

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT** Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, Lynne Powell, Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG, LLC (collectively, "Defendants") hereby move the Court, pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Third Amended Class Action Complaint (Doc. 64). Defendants' motion is based on the following grounds: (1) Plaintiffs fail to plead a materially false or misleading statement or omission under Section 11 of the Securities Act of 1933 (the "Securities Act"); (2) Plaintiffs fail to plead a violation of Items 303 and 105 of U.S. Securities and Exchange Commission Regulation S-K; and (3) Plaintiffs fail to plead control person liability under Section 15 of the Securities Act.

This motion is based on: this Notice; the accompanying Memorandum of Points and Authorities; all pleadings and documents filed in this case; and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

This motion is made following the conference of counsel that took place on March 13, 2023.

| | |
|---|---|
| Dated: March 20, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Alexander K. Mircheff*<br>Brian M. Lutz<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Email: blutz@gibsondunn.com |
| | Alexander K. Mircheff<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Email: amircheff@gibsondunn.com |
| | *Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell* |
| | O'MELVENY & MEYERS LLP |
| | By: */s/ Daniel L. Cantor*<br>Daniel L. Cantor<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537<br>Telephone: 212.326.2000<br>Email: dcantor@omm.com |
| | Matthew W. Close<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: 213.430.6000<br>Email: mclose@omm.com |
| | *Attorneys for Defendants Piper Sandler & Co., Wells Fargo Securities, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., and BTIG LLC* |

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above listed counsel, and that I have obtained authorization to affix all electronic signatures to this document.

Dated: March 20, 2023         GIBSON, DUNN & CRUTCHER LLP

By: */s/ Alexander K. Mircheff*
Alexander K. Mircheff