# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF  Southern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number:  3:20-cv-01683-RBM-AHG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court:  08/28/2020

Date of judgment or order you are appealing:  07/12/2023

Docket entry number of judgment or order you are appealing:  71

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Lin Shen, Lingjun Lin, and Fusheng Lin

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number?  N/A

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number?  N/A

Your mailing address (if pro se):

N/A

City:                          State:            Zip Code:

Prisoner Inmate or A Number (if applicable):  N/A

**Signature**  s/ Garth Spencer        **Date**  Aug 11, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Lin Shen; Lingjun Lin; and Fusheng Lin |

Name(s) of counsel (if any):

| |
|---|
| Casey Edwards Sadler, Robert Vincent Prongay, and Garth A. Spencer Glancy Prongay & Murray LLP |

Address: | 1925 Century Park East, Ste 2100, Los Angeles, CA 90067

Telephone number(s): | (310) 201-9150

Email(s): | csadler@glancylaw.com; rprongay@glancylaw.com;

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Progenity, Inc.; Harry Stylli; Eric D'Esparbes; Jeffrey Alter; John Bigalke; Jeffrey Ferrell; Brian L. Kotzin; Samuel Nussbaum; Lynne Powell; Piper Sandler & Co.; Wells Fargo Securities, LLC; Robert W. Baird & Co. Incorporated; |

Name(s) of counsel (if any):

| |
|---|
| see attached |

Address: | see attached

Telephone number(s): | see attached

Email(s): | see attached

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *1*                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): gspencer@glancylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Raymond James & Associates, Inc.; BTIG, LLC

Name(s) of counsel (if any):

see attached

Address: see attached

Telephone number(s): see attached

Email(s): see attached

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**<u>Addendum to Form 6 – Representation Statement</u>**
Southern District of California Case No. 3:20-cv-01683-RBM-AHG

**Appellees' counsel:**

Alexander Kosta Mircheff
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Suite 5400
Los Angeles, CA 90071
213-229-7307
Fax: 213-229-6307
Email: amircheff@gibsondunn.com

Jeffrey Saul Rosenberg
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
202-955-8297
Email: jsrosenberg@gibsondunn.com

Daniel L. Cantor
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: dcantor@omm.com

Matthew William Close
O'Melveny & Myers
400 South Hope Street
Suite 1050
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: mclose@omm.com

Yuan Zhong
O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
213-430-7510
Email: yzhong@omm.com

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On August 11, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 11, 2023, at Los Angeles, California.

*s/ Garth Spencer*
Garth Spencer