UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  PROGENITY, INC. SECURITIES LITIGATION, _____ <br><br> LIN SHEN; et al., <br><br>           Plaintiffs-Appellants, <br><br>  v. <br><br> PROGENITY, INC.; et al., <br><br>           Defendants-Appellees. | No.   23-55716 <br><br> D.C. No. 3:20-cv-01683-RBM-AHG Southern District of California, San Diego <br><br> ORDER |

The parties' joint notice of settlement and motion for stay of appeal and

limited remand to the United States District Court for the Southern District of

California (**Dkt. 34**) is **GRANTED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT