ROBERT V. PRONGAY (#270796)
  rprongay@glancylaw.com
CASEY E. SADLER (#274241)
  csadler@glancylaw.com
GARTH SPENCER (#335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-RBM-AHG<br><br>**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Ruth Bermudez Montenegro<br><br>Noticed Hearing Date: November 4, 2024<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**PLEASE TAKE NOTICE THAT** Lead Plaintiffs Lin Shen, Lingjun Lin, and Fusheng Lin ("Lead Plaintiffs")[1] hereby move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation, which provides for:

1. Preliminary approval of the proposed Settlement;

2. Preliminary certification of a Settlement Class; and

3. Approval of the form and method for giving notice, as set forth in the Stipulation; and

4. Setting the date for a hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; (iii) Lead Counsel's application for an award of attorneys' fees and expenses; and (iv) Lead Plaintiffs' application for an award of reimbursement for costs and expenses in litigating this action.

This motion is based upon the accompanying Memorandum of Law, the Spencer Declaration, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented.

Lead Counsel conferred with Defendants' counsel with respect to this motion, and Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion. As this motion is unopposed, Lead Plaintiffs respectfully request that the Court consider this motion on the papers at this time.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated September 19, 2024 (the "Stipulation"). A true and correct copy of the Stipulation and its exhibits are altogether attached as Exhibit 1 to the concurrently filed Declaration of Garth Spencer in Support of Motion for Preliminary Approval of Class Action Settlement (the "Spencer Declaration").

| | |
|---|---|
| DATED: September 23, 2024 | **GLANCY PRONGAY & MURRAY LLP** |
| | By: _s/ Garth Spencer_ |
| | ROBERT V. PRONGAY (#270796) |
| | *rprongay@glancylaw.com* |
| | CASEY E. SADLER (#274241) |
| | *csadler@glancylaw.com* |
| | GARTH SPENCER (#335424) |
| | *gspencer@glancylaw.com* |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | |
| | *Attorneys for Lead Plaintiffs* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On September 23, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2024, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer