ROBERT V. PRONGAY (#270796)
  *rprongay@glancylaw.com*
CASEY E. SADLER (#274241)
  *csadler@glancylaw.com*
GARTH SPENCER (#335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-RBM-AHG |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Hon. Ruth Bermudez Montenegro |
| | Noticed Hearing Date: November 4, 2024 |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

DECLARATION OF GARTH SPENCER

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice in the Southern District of California. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiffs Lin Shen, Lingjun Lin, and Fusheng Lin (collectively, "Lead Plaintiffs") in the above-entitled action. I make this Declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated September 19, 2024.

3.      Attached as Exhibit 2 is a true and correct copy of the firm résumé for Glancy Prongay & Murray LLP.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts from Edward Flores and Svetlana Starykh, Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review (NERA Jan. 23, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2024, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer

1
DECLARATION OF GARTH SPENCER

## <u>**PROOF OF SERVICE BY ELECTRONIC POSTING**</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On September 23, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2024, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer