BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200

*Attorneys for Defendants Progenity, Inc.,
Harry Stylli, Eric d'Esparbes, Jeffrey Alter,
John Bigalke, Jeffrey Ferrell, Brian L. Kotzin,
Samuel Nussbaum, and Lynne Powell*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | CASE NO. 3:20-cv-1683-RBM-AHG<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY**<br><br>Hon. Ruth Bermudez Montenegro |

**PLEASE TAKE NOTICE** that, on December 27, 2024, Defendant Progenity, Inc. (now known as Biora Therapeutics, Inc.) (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). The case is pending before the Honorable Brendan L. Shannon. The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. A copy of the Debtor's voluntary Chapter 11 petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 362 of the Bankruptcy Code, as of the commencement date of the Debtor's Chapter 11 case, the above-captioned action has been automatically stayed as against the Debtor. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a Chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [Chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [Chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ." 11 U.S.C. §§ 362(a)(1), (6).

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtor or its property without *first* obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and assessment by the Bankruptcy Court of penalties, fines, and/or sanctions, as may be appropriate.

DATED: January 10, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian M. Lutz*
Brian M. Lutz
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Email: blutz@gibsondunn.com

*Attorneys for Defendants Progenity, Inc., Harry Stylli, Eric d'Esparbes, Jeffrey Alter, John Bigalke, Jeffrey Ferrell, Brian L. Kotzin, Samuel Nussbaum, and Lynne Powell*