ROBERT V. PRONGAY (#270796)
  rprongay@glancylaw.com
CASEY E. SADLER (#274241)
  csadler@glancylaw.com
GARTH SPENCER (#335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-RBM-AHG |
| | **NOTICE THAT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS NOT OPPOSED** |
| | Hon. Ruth Bermudez Montenegro |
| | Noticed Hearing Date: June 16, 2025 |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

`

Lead plaintiffs Lin Shen, Lingjun Lin, and Fusheng Lin ("Lead Plaintiffs") submit this notice to inform the Court that no opposition has been filed to the Motion For Preliminary Approval Of Class Action Settlement (ECF No. 91) ("Motion"). The Motion is noticed for June 16, 2025. Pursuant to Civil Local Rule 7.1.e.2 and the Court's Civil Chambers Rules at section III.C, any opposition was due by June 2, 2025. Therefore, and for the reasons stated in the Motion, Lead Plaintiffs respectfully request that the Court grant the Motion.

DATED: June 3, 2025            **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Garth Spencer*
ROBERT V. PRONGAY (#270796)
  *rprongay@glancylaw.com*
CASEY E. SADLER (#274241)
  *csadler@glancylaw.com*
GARTH SPENCER (#335424)
  *gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

NOTICE THAT MOTION IS NOT OPPOSED

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On June 3, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 3, 2025, at Wilmington, North Carolina.

*s/ Garth Spencer*

Garth Spencer