ROBERT V. PRONGAY (#270796)
  rprongay@glancylaw.com
CASEY E. SADLER (#274241)
  csadler@glancylaw.com
GARTH SPENCER (#335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PROGENITY, INC. SECURITIES LITIGATION | Case No. 3:20-cv-01683-RBM-AHG |
|---|---|
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL PRELIMINARY APPROVAL BRIEF** |
| | Hon. Ruth Bermudez Montenegro |

DECLARATION OF GARTH SPENCER I/S/O SUPPLEMENTAL PRELIMINARY APPROVAL BRIEF

I, Garth Spencer, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice in the Southern District of California.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiffs Lin Shen, Lingjun Lin, and Fusheng Lin (collectively, "Plaintiffs") in the above-entitled action.  I make this Declaration in support of Plaintiffs' Supplemental Preliminary Approval Brief, and in further support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as **Exhibit 1** is a true and correct copy of the Declaration of Paul Mulholland of Strategic Claims Services.

3.    Attached as **Exhibit 2** is a true and correct copy of the Declaration of Michael A. Marek, CFA.

4.    Attached as **Exhibit 3** is a true and correct copy of the Declaration of Sharon M. McGowan of the Public Justice Foundation.

5.    Attached as **Exhibit 4** is a true and correct copy of the Order Granting Plaintiffs' Renewed Motion For Preliminary Approval Of Class Action Settlement filed in the matter of *Ali v. Franklin Wireless Corp.*, Case No.: 21-CV-00687-AJB-MSB, ECF No. 77 (S.D. Cal. April 22, 2024).

6.    Attached as **Exhibit 5** is a true and correct copy of the Class Distribution Order filed in the matter of *Zaidi v. Adamas Pharms., Inc.*, Case No. 4:19-cv-08051 (N.D. Cal. May 16, 2025), ECF No. 155.

7.    Attached as **Exhibit 6** is a true and correct copy of the Order Granting Lead Plaintiffs' Unopposed Motion For Class Distribution filed in the matter of *Derr v. RA Medical Sys., Inc.*, Case No. 3:19-cv-01079 (S.D. Cal. Apr. 3, 2024), ECF No. 101.

8.    Attached as **Exhibit 7** is a true and correct copy of the Class Distribution

DECLARATION OF GARTH SPENCER I/S/O SUPPLEMENTAL PRELIMINARY APPROVAL BRIEF

Order filed in the matter of *Yaron v. Intersect ENT, Inc.*, Case No. 4:19-CV-02647-JSW, ECF No. 86 (N.D. Cal. April 10, 2023).

9. Attached as **Exhibit 8** is a true and correct copy of the Class Distribution Order filed in the matter of *In re K12 Inc. Sec. Litig.*, Master File No. 4:16-cv-04069-PJH, ECF No. 122 (N.D. Cal. Feb. 1, 2021).

10. Attached as **Exhibit 9** is a true and correct copy of the Class Distribution Order filed in the matter of *Davis v. Yelp, Inc.*, Case No. 3:18-cv-00400-EMC, ECF No. 216 (N.D. Cal. Aug. 29, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 25, 2025, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer

DECLARATION OF GARTH SPENCER I/S/O SUPPLEMENTAL PRELIMINARY APPROVAL BRIEF

## **<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On July 25, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 25, 2025, at Wilmington, North Carolina.

*s/ Garth Spencer*　　　　　　　
Garth Spencer
